FILED

Oct 16  2 10 PM '03

U.S. DISTRICT COURT
NEW HAVEN CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLEROCK PROPERTIES JOINT VENTURE, L.P. | : | CASE NO. 3:01cv896 (MRK) |
| | : | |
| V. | : | |
| | : | |
| BENJAMIN SCHILBERG; SCHILBERG INTEGRATED METALS, CORP.; THOMAS NIGRO; ASHFORD DEVELOPMENT CO.; DENNIS V. LOVELY; ANTHONY M. MILO; JAMES A. STEVENS; JEAN G. MARTIN; DAVID W. FLORIAN; THOMAS STANTON, JR.; CHRISTIAN R. BRAYFIELD; CHARLES HILL; and SUBURBAN EXCAVATORS, INC. | : : : : : : : : | OCTOBER 15, 2003 |

## MOTION FOR JUDGMENT BY DEFAULT
## FOR FAILURE TO APPEAR AND TO PLEAD

Pursuant to F.R.C.P. 55(a), the Plaintiff, CadleRock Properties Joint Venture, L.P.,

hereby moves that a judgment by default be entered against the defendant, Benjamin Schilberg,

for his failure to file an appearance and responsive pleading in this action.  In support of this

motion, Plaintiff states that service was made pursuant to Fed. R. Civ. P. 4 (e)(1) upon

Benjamin Schilberg (see Exhibit A attached hereto).

WHEREFORE, Plaintiff respectfully requests that an Order for Judgment by Default for

Failure and To Plead be entered against Benjamin Schilberg.

**PLAINTIFF, CADLEROCK PROPERTIES
JOINT VENTURE, L.P.**


By:_____
Jill Hartley
Fed. Bar No. ct10570
Michael G. Albano
Fed. Bar No. ct21440
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103
Telephone: (860) 541-2077
Facsimile:  (860) 713-8944

- 2 -

## CERTIFICATION

I hereby certify that a copy of the foregoing has been sent by first-class mail, postage prepaid, this 15th day of October, 2003, to all counsel of record and pro se parties as follows:

Thomas M. Armstrong, Esq.
Lawrence H. Lissitzyn, Esq.
Reid & Riege, P.C.
One Financial Plaza
Hartford, CT 06103

Steven Berglass, Esq.
John W. Sullivan, Esq.
Seeley & Berglass
121 Whitney Avenue
New Haven, CT 06510

Joseph F. DePaolo, Jr., Esq.
132 Main Street
P.O. Box 554
Southington, CT 06489

Mr. Thomas Nigro
7 Howard Road
Ashford, CT 06278

Jon David Biller, Esq.
Biller, Sachs, Raio & Bonadies
2750 Whitney Avenue
Hamden, CT 06518

Brian P. Daniels, Esq.
Brenner, Saltzman & Wallman, LLP
271 Whitney Avenue
P.O. Box 1746
New Haven, CT 06507-1746

Thomas S. Luby, Esq.
Luby, Olson, P.C.
405 Broad Street
P.O. Box 2695
Meriden, CT 06450-1695

Michael G. Albano

E:\WPDOCS\CADLB\ASHFORD\CERCLA\default.appear.schilberg.wpd

- 3 -

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. District Court

ss:  South Windsor, June 11, 2001

District of Connecticut


Then and there by virtue hereof, I served the within named defendant, **BENJAMIN SCHILBERG,** by leaving at the usual place of abode of said defendant, 906 Sandstone Drive, South Windsor, CT., a true and attested copy of the original Summons, Complaint, Notice to Counsel, Order Re: Disclosure Statement, Standing Order and Order on Pretrial Deadlines with my endorsement thereon.

ATTEST:

ROBERT S. MILLER
STATE MARSHAL
NEW HAVEN COUNTY

FEES:
Service Fee     $ 20.00
Copies            19.00
Endorsements        .80
Travel            42.20

        $ 82.00

**EXHIBIT A**