UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLEROCK PROPERTIES JOINT VENTURE, L.P. | : | |
| | : | |
| V. | | |
| | : | |
| BENJAMIN SCHILBERG; SCHILBERG INTEGRATED METALS, CORP.; THOMAS NIGRO; ASHFORD DEVELOPMENT CO.; DENNIS V. LOVLEY; ANTHONY M. MILO; JAMES A. STEVENS; WILSON MORIN; JEAN G. MARTIN; DAVID W. FLORIAN; THOMAS STANTON, JR.; CHRISTIAN R. BRAYFIELD; CHARLES HILL; and SUBURBAN EXCAVATORS, INC. | : : : : : | CASE NO. 3:01cv896 (MRK) OCTOBER 21, 2003 |

**PLAINTIFF'S NOTICE OF INTENTION
TO FILE FOR SUMMARY JUDGMENT
AGAINST BENJAMIN SCHILBERG**

Plaintiff, CadleRock Properties Joint Venture, L.P. ("Plaintiff") respectfully submits its Notice of Intention to File for Summary Judgment Against Benjamin Schilberg ("Schilberg"). In its motion, Plaintiff will argue and prove that there is no issue of material fact that Schilberg is liable to Plaintiff for recovery costs pursuant to 42 U.S.C. §§ 9607(a) and 9613(f).

                    PLAINTIFF, CADLEROCK PROPERTIES
                    JOINT VENTURE, L.P.


                    _____
                    Jill Hartley
                    Fed. Bar No. CT 10570
                    Michael G. Albano
                    Fed. Bar No. CT 21440
                    Sabia & Hartley, LLC
                    190 Trumbull Street, Suite 202
                    Hartford, CT 06103
                    Telephone: (860) 541-2077
                    Facsimile:  (860) 713-8944

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing has been sent, via first class mail, postage pre-paid, this 21st day of October, 2003 to counsel of record and pro se party as follows:

Thomas A. Armstrong, Esq.  
Lawrence H. Lissitzyn, Esq.  
Reid & Riege, P.C.  
One Financial Plaza  
Hartford, CT 06103  

Joseph F. DePaolo, Jr., Esq.  
132 Main Street  
P.O. Box 554  
Southington, CT 06489  

Steven Berglass, Esq.  
John W. Sullivan, Esq.  
Seeley & Berglass  
121 Whitney Avenue  
New Haven, CT 06510  

Mr. Thomas Nigro  
7 Howard Road  
Ashford, CT 06278  

Jon David Biller, Esq.  
Biller, Sachs, Raio & Bonadies  
2750 Whitney Avenue  
Hamden, CT 06518  

Brian P. Daniels, Esq.  
Brenner, Saltzman & Wallman, LLP  
271 Whitney Avenue  
P.O. Box 1746  
New Haven, CT 06507-1746  

Thomas S. Luby, Esq.  
Luby, Olson, P.C.  
405 Broad Street  
P.O. Box 2695  
Meriden, CT 06450-1695  

                                                                                                                                                                                                                                                                                                                            _____  
                                                        Michael G. Albano

E:\WPDOCS\CADLE\ASHFORD\CERCLA\notice.sj.schilberg.wpd