# United States District Court
# District of Connecticut

FILED
OCT 22 3 06 PM '03
DISTRICT COURT
NEW HAVEN, CONN.

CadleRock Properties
*Plaintiff*
v.
Schilberg, et al.
*Defendants*

Case No. 3:01cv896MRK

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

____ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

✖ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

✖ To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

✖ A ruling on the following motions which are currently pending: (orefm.)
Doc# **128, 149, 168, 169**

✖ A settlement conference (orefmisc./cnf.)

____ A conference to discuss the following: (orefmisc./cnf.)

____ Other: (orefmisc./misc)

SO ORDERED this 22nd day of October, 2003 at New Haven, Connecticut.

Hon. Mark R. Kravitz
UNITED STATES DISTRICT COURT JUDGE