UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CADLEROCK PROPERTIES JOINT VENTURE, L.P., | : CASE NO.3:01CV896(MRK) |
| Plaintiff, | : |
| V. | : |
| BENJAMIN SCHILBERG, SCHILBERG INTEGRATED METALS, CORP., THOMAS NIGRO, ASHFORD DEVELOPMENT CO., DENNIS V. LOVELY, ANTHONY M. MILO, JAMES A. STEVENS, WILSON MORIN, JEAN G. MARTIN, DAVID W. FLORIAN, THOMAS STANTON, JR., CHRISTIAN R. BRAYFIELD, CHARLES HILL, AND SUBURBAN EXCAVATORS, INC., | : |
| Defendants. | : OCTOBER 24, 2003 |

**DEFENDANT ANTHONY M. MILO'S MOTION FOR EXTENSION OF TIME FOR DISCLOSURE OF DEFENDANT'S EXPERT**

Defendant Anthony M. Milo, with concurrence of the Plaintiff, hereby moves for an Order of this Court to modify its Scheduling Order dated July 22, 2003 regarding the disclosure of Defendants' experts pursuant to Federal Rules of Civil Procedure 26(a)(2). Defendant Milo seeks a thirty (30) day extension through December 1, 2003, to disclose the Defendants' expert, pending a meeting with Magistrate Judge Garfinkel on November

17086.001/332999.1

4, 2003 to review the prior scheduling order. Defendant Milo asserts the following facts in support of this motion.

1. This Court has entered several pretrial orders regarding pretrial deadlines, including the deadline for Defendants to disclose their experts on or before October 31, 2003.

2. There was a pretrial conference scheduled for October 22, 2003 with Judge Kravitz which, in part, was to take up the issue of scheduling. That meeting was cancelled.

3. This Motion is filed because the next meeting with the Court (i.e. November 4, 2003) is beyond the Court ordered date for disclosure of experts (i.e. October 31, 2003).

4. The Plaintiff has consented to this extension for Defendant Milo and the other Defendants.

**DEFENDANT,**
**ANTHONY M. MILO**

By:_____

Thomas M. Armstrong
Fed. Bar No. ct03545
Lawrence H. Lissitzyn
Fed. ID # ct05356
Reid and Riege, P.C.
One State Street
Hartford, CT 06103
Tel (860) 278-1150

17086.001/343733.1

17086.001/343733.1

**CERTIFICATION OF SERVICE**

      I hereby certify that a copy of the foregoing was mailed, by first class mail, postage prepaid, on this 24th day of October, 2003 to the following:

| | |
|---|---|
| Jill Hartley, Esq.<br>Sabia & Hartley, LLC<br>190 Trumbull Street, Suite 202<br>Hartford, CT 06130-2205 | Mr. Thomas Nigro<br>7 Howard Road<br>Ashford, CT 06278 |
| Brian P. Daniels, Esq.<br>John R. Bashaw, Esq.<br>Brenner, Saltzman & Wallman, LLP<br>271 Whitney Avenue<br>P. O. Box 1746<br>New Haven, CT  06507-1746 | Joseph F. DePaolo, Jr., Esq.<br>132 Main Street<br>P.O. Box 554<br>Southington, CT 06489 |
| | Jon D. Biller, Esq.<br>Biller, Sachs, Raio & Bonadies<br>2750 Whitney Avenue<br>Hamden, CT  06518 |
| Steven Berglass, Esq.<br>Sloan W. Farrell<br>Seeley & Berglass<br>121 Whitney Avenue<br>New  Haven, CT  06510 | Thomas S. Luby<br>Luby Olson, P.C.<br>405 Broad Street<br>P.O. Box 2695<br>Meriden, CT  06450 |

 

_____
Thomas M. Armstrong