UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Oct 28  2 47 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

CADLEROCK PROPERTIES
JOINT VENTURE, L.P.,

        Plaintiff,

v.

BENJAMIN SCHILBERG, et al.,

        Defendants.

CIVIL ACTION NO.
3:01CV896(MRK)

OCTOBER 27, 2003

## DEFENDANT BENJAMIN SCHILBERG'S MOTION FOR EXTENSION OF TIME FOR DISCLOSURE OF EXPERT WITNESSES

Defendant Benjamin Schilberg hereby joins in the October 24, 2003 motion of Defendant Anthony M. Milo to extend the time for the disclosure of the defendants' expert witnesses. Specifically, Mr. Schilberg requests a thirty (30) day extension of time to December 1, 2003 to allow for the currently scheduled November 4, 2003 conference with Magistrate Judge Garfinkel to occur so that a more detailed pretrial schedule can be established.

DEFENDANT BENJAMIN SCHILBERG

By: _____
Brian P. Daniels (ct11863)
John R. Bashaw (ct15612)
BRENNER, SALTZMAN & WALLMAN LLP
His Attorneys
271 Whitney Avenue
New Haven, CT 06511
Tel. (203) 772-2600

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was served by United States first-class mail, postage prepaid, this 27th day of October, 2003, upon

Jill Hartley, Esq.
Michael G. Albano, Esq.
Sabia & Hartley, LLC
190 Trumbull Street - Suite 202
Hartford, CT 06103
Counsel for Plaintiff

Joseph F. Depaolo, Jr., Esq.
16 Cornerstone Court
Plantsville, CT 06479-1551
Counsel for Defendant Dennis V. Lovely

Thomas M. Armstrong, Esq.
Dominic Fulco, III, Esq.
Lauren R. Greenspoon, Esq.
Reid & Riege, P.C.
One Financial Plaza
Hartford, CT 06103
Counsel for Defendant Anthony M. Milo

Thomas S. Luby, Esq.
Luby Olson, P.C.
405 Broad Street
P.O. Box 2695
Meriden, CT 06450-1695
Counsel for Defendants Thomas Stanton, Jr.
  and Christian R. Brayfield

John David Biller, Esq.
Biller, Sachs, Raio & Bonadies
2750 Whitney Avenue
Hamden, CT 06518
Counsel for Defendant Jean G. Martin

Steven Berglass, Esq.
Sloan W. Farrell, Esq.
John W. Sullivan, Esq.
Seeley & Berglass
121 Whitney Avenue
New Haven, CT 06510
Counsel for Defendant David W. Florian

Thomas Nigro, Pro Se
7 Howard Road
Ashford, CT 06278

_____
Brian P. Daniels (ct11863)

759383.doc

2