UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------------x
CADLEROCK PROPERTIES JOINT VENTURE, L.P.   : CIVIL ACTION NO.
                                            : 301CV896(MRK)
      Plaintiff,                              :
                                            :
VS.                                         :
                                            :
BENJAMIN SCHILBERG; SCHILBERG INTEGRATED    :
METALS CORP.; THOMAS NIGRO; ASHFORD         :
DEVELOPMENT CO.; DENNIS V. LOVELY;          :
ANTHONY M. MILO; JAMES A. STEVENS; WILSON   :
MORIN; JEAN G. MARTIN; DAVID W. FLORIAN;    :
THOMAS STANTON, JR.; CHRISTIAN R. BRAYFIELD :
CHARLES HILLS; AND SUBURBAN EXCAVATORS      :
INC.                                        :
                                            :
      Defendant.                              : OCTOBER 29, 2003
---------------------------------------------------------------------x

### DEFENDANT DAVID FLORIAN'S MOTION FOR EXTENSION OF TIME
### TO DISCLOSE EXPERT WITNESSES

Defendant David W. Florian respectfully joins in Defendant Anthony M. Milo's and Defendant Benjamin Schilberg's Motions for Extension of Time to Disclose Defendant's Expert Witnesses. Defendant David A. Florian respectfully joins in the foregoing Defendants' Motions for Extension of Time to Disclose Defendants' Experts for the reasons stated therein. Defendant Florian respectfully requests a thirty-day extension to December 1, 2003. This is the first such extension of time request and plaintiff does not object.

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED

Respectfully submitted,

DEFENDANT
DAVID W. FLORIAN

By: _____
Steven Berglass, Esq.
Federal ID No.: ct06030
John W. Sullivan, Esq.
Federal ID No.: ct22947
Seeley & Berglass
121 Whitney Avenue
New Haven, CT 06510
Telephone No.: (203) 562-5888

2

## CERTIFICATION

This is to certify that a copy of the foregoing has been telefaxed and mailed by first class mail, postage prepaid, to the following counsel of record this 29th day of October 2003:

Jill Hartley, Esq.
Sabia & Hartley
190 Trumbull Street
Suite 2002
Hartford, CT 06103

Brian P. Daniels, Esq.
John R. Bashaw, Esq.
Brenner, Saltzman & Wallman
271 Whitney Avenue
New Haven, CT 06510

Joseph F. Depaolo, Jr., Esq.
132 Main Street
P O Box 554
Southington, CT 06489

Thomas M. Armstrong, Esq.
Lawrence H. Lissitzyn Esq.
Reid & Riege, P.C.
One Financial Plaza
Hartford, CT 06103

Thomas S. Luby, Esq.
Luby Olson, P.C.
405 Broad Street
P.O. Box 2695
Meriden, CT 06450

John D. Biller, Esq.
Biller, Sachs, Raio & Bonadies
2750 Whitney Avenue
Hamden, CT 06518

Richard P. Colbert, Esq.
Day Berry & Howard
One Canterbury Green
Stamford, CT 06901

This is to certify that a copy of the foregoing has been mailed by certified mail, return receipt requested and first class mail, postage prepaid, to the following pro se party this 29th day of October 2003:

Thomas Nigro
7 Howard Road
Ashford, CT 06278

*Steven Berglass*
John W. Sullivan

3