UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------x

CADLEROCK PROPERTIES JOINT VENTURE, L.P.  : CIVIL ACTION NO.
: 301CV896(MRK)
    Plaintiff,

VS.

BENJAMIN SCHILBERG; SCHILBERG INTEGRATED
METALS CORP.; THOMAS NIGRO; ASHFORD
DEVELOPMENT CO.; DENNIS V. LOVELY;
ANTHONY M. MILO; JAMES A. STEVENS; WILSON
MORIN; JEAN G. MARTIN; DAVID W. FLORIAN;
THOMAS STANTON, JR.; CHRISTIAN R. BRAYFIELD
CHARLES HILLS; AND SUBURBAN EXCAVATORS
INC.



    Defendant.     : OCTOBER 29, 2003

------------------------------------------------------------x

### DEFENDANT DAVID FLORIAN'S MOTION FOR EXTENSION OF TIME TO DISCLOSE EXPERT WITNESSES

Defendant David W. Florian respectfully joins in Defendant Anthony M. Milo's and Defendant Benjamin Schilberg's Motions for Extension of Time to Disclose Defendant's Expert Witnesses. Defendant David A. Florian respectfully joins in the foregoing Defendants' Motions for Extension of Time to Disclose Defendants' Experts for the reasons stated therein. Defendant Florian respectfully requests a thirty-day extension to December 1, 2003. This is the first such extension of time request and plaintiff does not object.

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED