UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLEROCK PROPERTIES JOINT VENTURE, L.P. | : | CASE NO. 3:01CV896(SRU) |
| | : | |
| vs. | : | |
| | : | |
| BENJAMIN SCHILBERG, ET AL | : | October 31, 2003 |

## MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO RESPOND TO DISCOVERY REQUESTS

The Defendant, JEAN G. MARTIN, in the above captioned matter hereby requests an enlargement of time of thirty (30) days within which to respond to the Plaintiff's Second Set of Interrogatories and Requests for Production dated October 17, 2003 for the following reasons.

1. The undersigned requires additional time to meet with his client and prepare appropriate responses to the discovery requests.

2. The granting of this motion should not cause prejudice to any party to the action.

1

3. Attorney Michael Albano, counsel for the Plaintiff, has been contacted and indicates that he has no objection to this request for enlargement of time.

THE DEFENDANT, JEAN MARTIN

BY_____
JON D. BILLER
BILLER, SACHS, RAIO & BONADIES
2750 Whitney Avenue
Hamden, CT 06518
(203) 281-1717
Facsimile (203) 281-7887
Juris No. ct03546

2

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **CADLEROCK PROPERTIES JOINT VENTURE, L.P.** | : | **CASE NO. 3:01CV896(SRU)** |
| vs. | : | |
| **BENJAMIN SCHILBERG, ET AL** | : | October 31, 2003 |

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following counsel and pro se parties of record on the above date:

Jill Hartley, Esq.
Michael G. Albano, Esq.
Sabia & Hartley
190 Trumbull Street
Suite 202
Hartford, CT 06103-2205

Thomas A. Armstrong, Esq.
Dominic Fulco, III, Esq.
Reid & Reige, P.C.
One Financial Plaza
Hartford, CT 06103

Joseph F. DePaolo, Jr., Esq.
132 Main Street
P.O. Box 554
Southington, CT 06489

1

Brian P. Daniels, Esq.
Brenner, Saltzman & Wallman, LLP
271 Whitney Avenue
P.O. Box 1746
New Haven, CT 06507-1746

Steven Berglass, Esq.
Sloan W. Farrell, Esq.
Seeley & Berglass
121 Whitney Avenue
New Haven, CT 06510

Mr. Thomas Nigro
7 Howard Road
Ashford, CT 06278

Thomas S. Luby, Esq.
Luby Olson, PC
405 Broad Street
P.O. Box 2695
Meriden, CT 06450



Jon D. Biller