UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLEROCK PROPERTIES JOINT VENTURE, L.P., | : : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 3:01CV896(MRK) |
| | : : : | |
| BENJAMIN SCHILBERG, et al., | : : | NOVEMBER 3, 2003 |
| Defendants. | : : | |

**DEFENDANTS THOMAS STANTON, JR., AND CHRISTIAN R. BRAYFIELD MOTION FOR EXTENSION OF TIME FOR DISCLOSURE OF EXPERT WITNESS**

Defendants Thomas Stanton, Jr. and Christian R. Brayfield hereby join in the October 24, 2003 motion of Defendant Anthony M. Milo to extend the time for the disclosure of the defendants' expert witnesses. Specifically, defendants request a thirty (30) day extension of time to December 1, 2003 to allow for the currently scheduled November 4, 2003 conference with Magistrate Judge Garfinkel to occur so that a more detailed pretrial schedule can be established.

DEFENDANTS
THOMAS STANTON, JR. and
CHRISTIAN R. BRAYFIELD

By /s/ Thomas S. Luby
Thomas S. Luby
Luby Olson, P.C.
405 Broad Street
Meriden, CT 06450
Phone: 203-639-3560
Fax: 203-639-3569
Federal Bar No.: 00187

## CERTIFICATION OF SERVICE

      This is to certify that a true and accurate copy of the foregoing was served by United States first-class mail, postage prepaid, this 3rd day of November, 2003, to:

Jill Hartley, Esq.
Michael G. Albano, Esq.
Sabia & Hartley, LLC
190 Trumbull Street – Suite 202
Hartford, CT  06103

Joseph F. Depaolo, Jr., Esq.
16 Cornerstone Court
Plantsville, CT  06479-1551

Steven Berglass, Esq.
John W. Sullivan, Esq.
Seeley & Berglass
121 Whitney Avenue
New Haven, CT  06510

John David Biller, Esq.
Biller, Sachs, Raio & Bonadies
2750 Whitney Avenue
Hamden, CT  06518

Brian P. Daniels, Esq.
Brenner, Saltzman & Wallman, LLP
271 Whitney Avenue
P.O. Box 1746
New Haven, CT  06507-1746

Thomas Armstrong, Esq.
Lawrence H. Lissitzyn, Esq.
Reid & Riege, P.C.
One Financial Plaza
Hartford, CT  06103

Thomas Nigro
7 Howard Road
Ashford, CT  06278

_____
Thomas S. Luby