UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* Telephonic Status Conference Calendar

(\* Plaintiff counsel shall initiate the conference call.) Thanks

Honorable William I. Garfinkel, U. S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room 429

November 4, 2003

1:00 p.m.

*Held*

*30 mins.*

3-01-cv-896 (SRU) CadleRock Prop Joint v Schilberg

---

COUNSEL OF RECORD:

| | |
|---|---|
| Michael G. Albano | Sabia & Hartley, LLC, 190 Trumbull St. Suite 202, Hartford, CT 860-541-2077 |
| Thomas M. Armstrong | Reid & Riege, P.C., One Financial Plaza, Hartford, CT 860-278-1150 |
| John A. Barbieri | 18 Cedar St., PO Box 1445, New Britain, CT 860-224-7119 |
| John R. Bashaw | Brenner, Saltzman & Wallman, 271 Whitney Ave., Po Box 1746, New Haven, CT 203-772-2600 |
| Steven Berglass | Seeley & Berglass, 121 Whitney Ave., New Haven, CT 562-5888 |
| Jon David Biller | Biller, Sachs, Raio & Bonadies, 2750 Whitney Ave., Hamden, CT 203-281-1717 |
| Brian P. Daniels | Brenner, Saltzman & Wallman, 271 Whitney Ave., Po Box 1746, New Haven, CT 203-772-2600 |
| Joseph F. Depaolo Jr. | 16 Cornerstone Court, Plantsville, CT 860-621-1225 |
| Sloan W. Farrell | Seeley & Berglass, 121 Whitney Ave., New Haven, CT 562-5888 |
| Dominic Fulco III | Reid & Riege, P.C., One Financial Plaza, Hartford, CT 860-278-1150 |
| Jill Hartley | Sabia & Hartley, LLC, 190 Trumbull St. Suite 202, Hartford, CT 860-541-2077 |
| Patricia A. Horgan | Attorney General's Office, 55 Elm St., Po Box 120, Hartford, CT 566-2090 |
| Lawrence H. Lissitzyn | Reid & Riege, P.C., One Financial Plaza, Hartford, CT 860-278-1150 |

3-01-cv-896   (SRU) CadleRock Prop Joint v Schilberg
-----------------------------------------------------------

       COUNSEL OF RECORD (continued)

| | |
|---|---|
| Thomas S. Luby | Luby, Olson, Mango, Gaffney and DeFrances, 405 Broad St., Meriden, CT 639-3560 |
| Thomas Nigro | 7 Howard Road, Ashford, CT  860-429-0507 |
| Gail Suzanne Shane | Attorney General's Office, 55 Elm St., Hartford, CT |
| John W. Sullivan | Seeley & Berglass, 121 Whitney Ave., New Haven, CT 562-5888 |
| Edward C. Taiman Jr. | Sabia & Hartley, LLC, 190 Trumbull St. Suite 202, Hartford, CT 860-541-2077 |

                                            BY ORDER OF THE COURT
                                            KEVIN F. ROWE, CLERK