UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Nov 12  2 59 PM '03
U.S DISTRICT COURT
CONN.

---------------------------------------------------------------x

CADLEROCK PROPERTIES JOINT VENTURE, L.P.         : CIVIL ACTION NO.
                                                  : 301CV896(MRK)
        Plaintiff,

VS.

BENJAMIN SCHILBERG; SCHILBERG INTEGRATED
METALS CORP.; THOMAS NIGRO; ASHFORD
DEVELOPMENT CO.; DENNIS V. LOVELY;
ANTHONY M. MILO; JAMES A. STEVENS; WILSON
MORIN; JEAN G. MARTIN; DAVID W. FLORIAN;
THOMAS STANTON, JR.; CHRISTIAN R. BRAYFIELD
CHARLES HILLS; AND SUBURBAN EXCAVATORS
INC.

        Defendant.                                : NOVEMBER 12, 2003

---------------------------------------------------------------x

### DEFENDANT DAVID FLORIAN'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT DAVID W. FLORIAN DATED OCTOBER 17, 2003

Pursuant to Federal and Local Rules of Civil Procedure Defendant David W. Florian respectfully requests an additional thirty days (30) until December 16, 2003, by which to respond to Plaintiff's Second Set of Interrogatories and Request for Production to Defendant David W. Florian dated October 17, 2003.

The plaintiff consents to Defendant's Motion for Extension of Time. This is the first extension of time request relating to this discovery request.

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED

Based on the foregoing, David W. Florian respectfully requests an Extension of Time to respond to Plaintiff's Second Set of Interrogatories and Requests for Production to Defendant David W. Florian.

Respectfully submitted,

DEFENDANT
DAVID W. FLORIAN

By: _____
Steven Berglass, Esq.
Federal ID No.: ct06030
John W. Sullivan, Esq.
Federal ID No.: ct22947
Seeley & Berglass
121 Whitney Avenue
New Haven, CT 06510
Telephone No.: (203) 562-5888

## CERTIFICATION

This is to certify that a copy of the foregoing has been telefaxed and mailed by first class mail, postage prepaid, to the following counsel of record this 12th day of November 2003:

Jill Hartley, Esq.
Sabia & Hartley
190 Trumbull Street
Suite 2002
Hartford, CT 06103

Brian P. Daniels, Esq.
John R. Bashaw, Esq.
Brenner, Saltzman & Wallman
271 Whitney Avenue
New Haven, CT 06510

Joseph F. Depaolo, Jr., Esq.
132 Main Street
P O Box 554
Southington, CT 06489

Thomas M. Armstrong, Esq.
Lawrence H. Lissitzyn Esq.
Reid & Riege, P.C.
One Financial Plaza
Hartford, CT 06103

Thomas S. Luby, Esq.
Luby Olson, P.C.
405 Broad Street
P.O. Box 2695
Meriden, CT 06450

John D. Biller, Esq.
Biller, Sachs, Raio & Bonadies
2750 Whitney Avenue
Hamden, CT 06518

Richard P. Colbert, Esq.
Day Berry & Howard
One Canterbury Green
Stamford, CT 06901

This is to certify that a copy of the foregoing has been mailed by certified mail, return receipt requested and first class mail, postage prepaid, to the following pro se party this 12th day of November 2003:

Thomas Nigro
7 Howard Road
Ashford, CT 06278

Steven Berglass
John W. Sullivan

3