UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Nov 12  2 59 PM '03
U.S DISTRICT COURT
NEW HAVEN, CONN.

---------------------------------------------------------------x

CADLEROCK PROPERTIES JOINT VENTURE, L.P.

        Plaintiff,

VS.

BENJAMIN SCHILBERG; SCHILBERG INTEGRATED
METALS CORP.; THOMAS NIGRO; ASHFORD
DEVELOPMENT CO.; DENNIS V. LOVELY;
ANTHONY M. MILO; JAMES A. STEVENS; WILSON
MORIN; JEAN G. MARTIN; DAVID W. FLORIAN;
THOMAS STANTON, JR.; CHRISTIAN R. BRAYFIELD
CHARLES HILLS; AND SUBURBAN EXCAVATORS
INC.

        Defendant.

CIVIL ACTION NO.
301CV896(MRK)

NOVEMBER 12, 2003

---------------------------------------------------------------x

## DEFENDANT DAVID FLORIAN'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT DAVID W. FLORIAN DATED OCTOBER 17, 2003

Pursuant to Federal and Local Rules of Civil Procedure Defendant David W. Florian respectfully requests an additional thirty days (30) until December 16, 2003, by which to respond to Plaintiff's Second Set of Interrogatories and Request for Production to Defendant David W. Florian dated October 17, 2003.

The plaintiff consents to Defendant's Motion for Extension of Time. This is the first extension of time request relating to this discovery request.

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED