FILED
Nov 17  2 36 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

CADLEROCK PROPERTIES JOINT VENTURE, LP,:
    Plaintiff                      :

vs.                                       :   CIVIL ACTION NO.
                                       :   3:01 CV 896 (MRK)
BENJAMIN SCHILBERG, et al.,      :
    Defendants                     :
                                       :   NOVEMBER 13, 2003

---

## DEFENDANT DENNIS V. LOVLEY'S INITIAL MOTION FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND TO DISCOVERY REQUESTS

Defendant Dennis V. Lovley, in the above captioned matter hereby requests a thirty (30) day extension within which to respond to the Plaintiff's Second Set of Interrogatories and Requests for Production dated October 17, 2003. This is Defendant Lovley's first request for such extension and it is based on the following:

    1.    The undersigned requires additional time to meet with his client and prepare appropriate responses to the discovery requests.

    2.    The granting of this motion would not cause prejudice to any party to the action nor will it delay the trial.

    3.    Attorney Jill Hartley, counsel for the Plaintiff, does not object to this request.

DEFENDANT,
DENNIS V. LOVLEY

By: _____
Joseph F. DePaolo, Jr.
Fed. Bar No. CT06570
16 Cornerstone Court
Plantsville, CT 06479
Tel. (860)621-1225

CERTIFICATION

    I hereby certify that a copy of the foregoing was mailed, by first class mail, postage prepaid, on this 13th day of November, 2003 to the following counsel of record:

Jill Hartley, Esq.
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103-2205

Brian P. Daniels, Esq.
John R. Bashaw, Esq.
Brenner, Saltzman & Wallman, LLP
271 Whitney Avenue
P.O. Box 1716
New Haven, CT 06507-1746

Thomas Armstrong, Esq.
Reid and Riege, P.C.
One State Street
Hartford, CT 06103

Thomas S. Luby, Esq.
Luby Olson, P.C.
405 Broad Street
P.O. Box 2695
Meriden, CT 06450

Jon D. Biller, Esq.
Biller, Sachs, Raio & Bonadies
2750 Whitney Avenue
Hamden, CT 06518

Mr. Thomas Nigro
7 Howard Road
Ashford, CT 06278

Steven Berglass, Esq.
Sloan W. Farrel, Esq.
Seeley & Berglass
121 Whitney Avenue
New Haven, CT 06510

_____
Joseph F. DePaolo, Jr.