UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------------x
CADLEROCK PROP JOINT VENTURE LP,                :
    Plaintiff,                                                          :   CIVIL ACTION NO.
                                                                                :   3:01cv0896 (MRK)
      v.                                                                   :
                                                                                :
BENJAMIN SCHILBERG,                                              :
SCHILBERG INTEGRATED METALS, CORP.,          :
THOMAS NIGRO, ASHFORD DEV CO,                    :
DENNIS V. LOVELY, ANTHONY M. MILO,            :
JAMES A. STEVENS, JEAN G. MARTIN,                 :
DAVID W. FLORIAN, THOMAS STANTON, JR.,    :
CHRISTIAN R. BRAYFIELD, CHARLES HILL         :
and SUBURBAN EXCAVATORS, INC                       :
    Defendants.                                                       :
------------------------------------------------------------------------x

**ORDER RE: ENTRY OF DEFAULT**

Plaintiff's motion for entry of default against Defendant Schilberg (Doc. #169) is DENIED. Plaintiff's motion for entry of default against Defendant Ashford (Doc. #168) is GRANTED.

SO ORDERED this 13th day of November, 2003, at Bridgeport, Connecticut.

                                                  */S/ William I. Garfinkel*
                                                William I. Garfinkel
                                                United States Magistrate Judge