UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------------------x
CADLEROCK PROP JOINT VENTURE LP,         :
    Plaintiff,                              :     CIVIL ACTION NO.
                                             :     3:01cv0896 (MRK)
    v.                                       :
                                             :
BENJAMIN SCHILBERG,                      :
SCHILBERG INTEGRATED METALS, CORP.,      :
THOMAS NIGRO, ASHFORD DEV CO,            :
DENNIS V. LOVELY, ANTHONY M. MILO,       :
JAMES A. STEVENS, JEAN G. MARTIN,        :
DAVID W. FLORIAN, THOMAS STANTON, JR.,   :
CHRISTIAN R. BRAYFIELD, CHARLES HILL     :
and SUBURBAN EXCAVATORS, INC             :
    Defendants.                              :
---------------------------------------------------------------------------x

**SCHEDULING AND DISCOVERY ORDER**

    Having conferred with counsel on November 4, 2003, the Court orders:

    1. The deposition of plaintiff's expert is to be taken before December 19, 2003. Site access is to be granted to defense counsel and consultants or experts before the deposition to assist in preparation. Defendants are allowed to depose Mr. Cadle at plaintiff's counsel's office in Connecticut before the deposition of plaintiff's expert.

    2. Defendants are to serve expert reports on plaintiff by February 13, 1004, and are to have reasonable site access necessary for the experts to prepare their reports.

    3. Any and all additional parties must be brought into the case no later than March 5, 2004.

    4. Defendants' experts are to be deposed by April 12, 2004.

    5. All remaining discovery must be completed by May 14, 2004, unless some additional discovery becomes necessary with the presence of additional parties in the case.

    6. All dispositive motions must be filed no later than June 11, 2004, unless additional time is required because of the presence of additional parties in the case. Defendants may file motions for summary judgment on liability issues as early as is practical without prejudice to joining in later motions. Plaintiff may pursue summary judgment with respect to one or more defendants at an early date, if the record is sufficiently developed, without prejudice to filing other dispositive motions after additional discovery.

      7. With respect to defendant Florian's motions to compel filed in May and August of 2003, plaintiff's counsel is to confer with Florian's counsel in an effort to resolve remaining areas of dispute.  Counsel are to report by letter to this judge by November 25, 2003, what, if any, areas require a ruling by the Court.

## CONCLUSION

      Defendant Milo's motion for extension of time (Doc. #173) is GRANTED; Defendant Schilberg's motion for extension of time (Doc. #174) is GRANTED; Defendant Martin motion for extension of time (Doc. #177) is GRANTED; Defendants Stanton and Brayfield's motion for extension of time (Doc. #178) is GRANTED; and Defendant Milo's motion for extension of time (Doc. #180) is GRANTED.

      SO ORDERED this 13th day of November, 2003, at Bridgeport, Connecticut.

                                                */S/ William I. Garfinkel*
                                                William I. Garfinkel
                                                United States Magistrate Judge