UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
DEC 15  2 28 PM '03
U.S. DISTRICT COURT

-------------------------------------------------------------------x

CADLEROCK PROPERTIES JOINT VENTURE, L.P.    : CIVIL ACTION NO.
                                             : 301CV896(MRK)
        Plaintiff,                           :
                                             :
VS.                                          :
                                             :
BENJAMIN SCHILBERG; SCHILBERG INTEGRATED     :
METALS CORP.; THOMAS NIGRO; ASHFORD          :
DEVELOPMENT CO.; DENNIS V. LOVELY;           :
ANTHONY M. MILO; JAMES A. STEVENS; WILSON    :
MORIN; JEAN G. MARTIN; DAVID W. FLORIAN;     :
THOMAS STANTON, JR.; CHRISTIAN R. BRAYFIELD  :
CHARLES HILLS; AND SUBURBAN EXCAVATORS       :
INC.                                         :
                                             :
        Defendant.                           : DECEMBER 15, 2003
-------------------------------------------------------------------x

### DEFENDANT DAVID W. FLORIAN'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION

Defendant David W. Florian respectfully requests extension of time up to and including January 16, 2004, in which to respond to plaintiff's second set of interrogatories and requests for production. Defendant's counsel needs additional time to review the interrogatories and requests for production to formulate a proper response. Plaintiff consents to the motion for extension of time and this is the second motion for extension of time on this matter.

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED

Respectfully submitted,

DEFENDANT
DAVID W. FLORIAN

By: /s/ *signature*
Steven Berglass, Esq.
Federal ID No.: ct06030
John W. Sullivan, Esq.
Federal ID No.: ct22947
Seeley & Berglass
121 Whitney Avenue
New Haven, CT 06510
Telephone No.: (203) 562-5888

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed by first class mail, postage prepaid, to the following counsel of record this 15th day of December 2003:

Jill Hartley, Esq.
Sabia & Hartley
190 Trumbull Street
Suite 2002
Hartford, CT 06103

Brian P. Daniels, Esq.
John R. Bashaw, Esq.
Brenner, Saltzman & Wallman
271 Whitney Avenue
New Haven, CT 06510

Joseph F. Depaolo, Jr., Esq.
132 Main Street
P O Box 554
Southington, CT 06489

Thomas M. Armstrong, Esq.
Lawrence H. Lissitzyn Esq.
Reid & Riege, P.C.
One Financial Plaza
Hartford, CT 06103

Thomas S. Luby, Esq.
Luby Olson, P.C.
405 Broad Street
P.O. Box 2695
Meriden, CT 06450

John D. Biller, Esq.
Biller, Sachs, Raio & Bonadies
2750 Whitney Avenue
Hamden, CT 06518

Richard P. Colbert, Esq.
Day Berry & Howard
One Canterbury Green
Stamford, CT 06901

This is to certify that a copy of the foregoing has been mailed by certified mail, return receipt requested and first class mail, postage prepaid, to the following pro se party this 15th day of December 2003:

Thomas Nigro
7 Howard Road
Ashford, CT 06278

_____
Steven Berglass
John W. Sullivan

3

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
DEC 15  2 28 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

-----------------------------------------------------------x

CADLEROCK PROPERTIES JOINT VENTURE, L.P.  : CIVIL ACTION NO.
: 301CV896(MRK)

      Plaintiff,

VS.

BENJAMIN SCHILBERG; SCHILBERG INTEGRATED
METALS CORP.; THOMAS NIGRO; ASHFORD
DEVELOPMENT CO.; DENNIS V. LOVELY;
ANTHONY M. MILO; JAMES A. STEVENS; WILSON
MORIN; JEAN G. MARTIN; DAVID W. FLORIAN;
THOMAS STANTON, JR.; CHRISTIAN R. BRAYFIELD
CHARLES HILLS; AND SUBURBAN EXCAVATORS
INC.

      Defendant.   : DECEMBER 15, 2003
-----------------------------------------------------------x

## DEFENDANT DAVID W. FLORIAN'S MOTION FOR EXTENSION OF TIME
## TO RESPOND TO PLAINTIFF'S SECOND SET OF INTERROGATORIES AND REQUESTS
## FOR PRODUCTION

Defendant David W. Florian respectfully requests extension of time up to and including January 16, 2004, in which to respond to plaintiff's second set of interrogatories and requests for production. Defendant's counsel needs additional time to review the interrogatories and requests for production to formulate a proper response. Plaintiff consents to the motion for extension of time and this is the second motion for extension of time on this matter.

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED

Respectfully submitted,

DEFENDANT
DAVID W. FLORIAN

By: /s/ *signature*
Steven Berglass, Esq.
Federal ID No.: ct06030
John W. Sullivan, Esq.
Federal ID No.: ct22947
Seeley & Berglass
121 Whitney Avenue
New Haven, CT 06510
Telephone No.: (203) 562-5888

2

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed by first class mail, postage prepaid, to the following counsel of record this 15th day of December 2003:

Jill Hartley, Esq.
Sabia & Hartley
190 Trumbull Street
Suite 2002
Hartford, CT 06103

Brian P. Daniels, Esq.
John R. Bashaw, Esq.
Brenner, Saltzman & Wallman
271 Whitney Avenue
New Haven, CT 06510

Joseph F. Depaolo, Jr., Esq.
132 Main Street
P O Box 554
Southington, CT 06489

Thomas M. Armstrong, Esq.
Lawrence H. Lissitzyn Esq.
Reid & Riege, P.C.
One Financial Plaza
Hartford, CT 06103

Thomas S. Luby, Esq.
Luby Olson, P.C.
405 Broad Street
P.O. Box 2695
Meriden, CT 06450

John D. Biller, Esq.
Biller, Sachs, Raio & Bonadies
2750 Whitney Avenue
Hamden, CT 06518

Richard P. Colbert, Esq.
Day Berry & Howard
One Canterbury Green
Stamford, CT 06901

This is to certify that a copy of the foregoing has been mailed by certified mail, return receipt requested and first class mail, postage prepaid, to the following pro se party this 15th day of December 2003:

Thomas Nigro
7 Howard Road
Ashford, CT 06278

_____
Steven Berglass
John W. Sullivan

3