**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED
DEC 17 11 25 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| CADLEROCK PROPERTIES JOINT VENTURE, L.P. | : <br> : <br> : |
| V. | : CASE NO.: 301 CV 896 (MRK) |
| BENJAMIN SCHILBERG; SCHILBERG INTEGRATED METALS, CORP.; THOMAS NIGRO; ASHFORD DEVELOPMENT CO.; DENNIS V. LOVELY; ANTHONY M. MILO; JAMES A. STEVENS; WILSON MORIN; JEAN G. MARTIN; DAVID W. FLORIAN; THOMAS STANTON, JR.; CHRISTIAN R. BRAYFIELD; CHARLES HILL; and SUBURBAN EXCAVATORS, INC. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : DECEMBER 16, 2003 |

**SECOND MOTION OF DEFENDANTS THOMAS STANTON, JR. AND CHRISTIAN R. BRAYFIELD FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND TO DISCOVERY REQUESTS**

Defendants Thomas Stanton, Jr., and Christian R. Brayfield, in the above captioned matter hereby request an additional extension of time from December 17th, 2003 until January 15, 2004 within which to respond or object to the Plaintiff's First Set and Second Set of Interrogatories and Requests for Production dated October 17, 2003 for the following reasons:

1. The undersigned requires additional time to meet with his clients and prepare appropriate responses or objections to the discovery requests.

2. The granting of this motion should not cause prejudice to any party to the action.

3. Counsel for the Plaintiff has no objection to this request.

THE DEFENDANTS
THOMAS STANTON, JR.
and CHRISTIAN R. BRAYFIELD

by *[signature]*
Thomas S. Luby
Luby Olson, P.C.
405 Broad Street
P.O. Box 2695
Meriden, CT 06450
Their Attorneys
Phone: 203-639-3560
Facsimile: 203-639-3569
Juris No.: ct00187

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CADLEROCK PROPERTIES JOINT VENTURE, L.P. | : |
| V. | : CASE NO.: 301 CV 896 (MRK) |
| BENJAMIN SCHILBERG; SCHILBERG INTEGRATED METALS, CORP.; THOMAS NIGRO; ASHFORD DEVELOPMENT CO.; DENNIS V. LOVELY; ANTHONY M. MILO; JAMES A. STEVENS; WILSON MORIN; JEAN G. MARTIN; DAVID W. FLORIAN; THOMAS STANTON, JR.; CHRISTIAN R. BRAYFIELD; CHARLES HILL; and SUBURBAN EXCAVATORS, INC. | : DECEMBER 16, 2003 |

### CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, by first class mail, postage prepaid, on this 16th day of December, 2003 to the following:

Jill Hartley, Esq.
Michael G. Albano, Esq.
Sabia & Hartley, LLC
190 Trumbull Street – Suite 202
Hartford, CT  06103

Joseph F. DePaolo, Jr., Esq.
16 Cornerstone Court
Plantsville, CT  06479-1551

Steven Berglass, Esq.
John W. Sullivan, Esq.
Seeley & Berglass
121 Whitney Avenue
New Haven, CT  06510

John David Biller, Esq.
Biller, Sachs, Raio & Bonadies
2750 Whitney Avenue
Hamden, CT  06518

Brian P. Daniels, Esq.
Brenner, Saltzman & Wallman, LLP
271 Whitney Avenue
P.O. Box 1746
New Haven, CT 06507-1746

Thomas Armstrong, Esq.
Lawrence H. Lissitzyn, Esq.
Reid & Riege, P.C.
One Financial Plaza
Hartford, CT 06103

Thomas Nigro
7 Howard Road
Ashford, CT 06278

_____
Thomas S. Luby