UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CADLEROCK PROPERTIES JOINT VENTURE, L.P., | : CASE NO.3:01CV896(MRK) |
| Plaintiff, | : |
| V. | : |
| BENJAMIN SCHILBERG, SCHILBERG INTEGRATED METALS, CORP., THOMAS NIGRO, ASHFORD DEVELOPMENT CO., DENNIS V. LOVELY, ANTHONY M. MILO, JAMES A. STEVENS, WILSON MORIN, JEAN G. MARTIN, DAVID W. FLORIAN, THOMAS STANTON, JR., CHRISTIAN R. BRAYFIELD, CHARLES HILL, AND SUBURBAN EXCAVATORS, INC., | : |
| Defendants. | : DECEMBER 17, 2003 |

**DEFENDANT ANTHONY M. MILO'S SECOND MOTION FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND TO DISCOVERY REQUESTS**

Defendant Anthony M. Milo, in the above captioned matter hereby requests a additional extension of time from December 17, 2003 until January 5, 2004 within which to respond or object to the Plaintiff's Second Set of Interrogatories and Requests for Production dated October 17, 2003 for the following reasons:

17086.001/348147.1

1. The undersigned requires additional time to meet with his client and prepare appropriate responses or objections to the discovery requests.

2. The granting of this motion would not cause prejudice to any party to the action.

3. Attorney Jill Hartley, counsel for the Plaintiff, does not object to this request.

DEFENDANT,
ANTHONY M. MILO

By: _____

Thomas M. Armstrong
Fed. Bar No. ct03545
Lawrence H. Lissitzyn
Fed. ID # ct05356
Reid and Riege, P.C.
One State Street
Hartford, CT 06103
Tel (860) 278-1150

17086.001/343733.1

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed, by first class mail, postage prepaid, on this 17th day of December, 2003 to the following:

Jill Hartley, Esq.
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06130-2205

Brian P. Daniels, Esq.
John R. Bashaw, Esq.
Brenner, Saltzman & Wallman, LLP
271 Whitney Avenue
P. O. Box 1746
New Haven, CT 06507-1746

Steven Berglass, Esq.
Sloan W. Farrell
Seeley & Berglass
121 Whitney Avenue
New Haven, CT 06510

Mr. Thomas Nigro
7 Howard Road
Ashford, CT 06278

Joseph F. DePaolo, Jr., Esq.
132 Main Street
P.O. Box 554
Southington, CT 06489

Jon D. Biller, Esq.
Biller, Sachs, Raio & Bonadies
2750 Whitney Avenue
Hamden, CT 06518

Thomas S. Luby
Luby Olson, P.C.
405 Broad Street
P.O. Box 2695
Meriden, CT 06450

_____
Lawrence Lissitzyn

17086.001/343733.1