IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLEROCK PROPERTIES JOINT VENTURE, L.P. | : | |
| | : | |
| V. | | |
| | : | |
| BENJAMIN SCHILBERG; SCHILBERG INTEGRATED METALS, CORP.; THOMAS NIGRO; ASHFORD DEVELOPMENT CO.; DENNIS V. LOVELY; ANTHONY M. MILO; JAMES A. STEVENS; JEAN G. MARTIN; DAVID W. FLORIAN; THOMAS STANTON, JR.; CHRISTIAN R. BRAYFIELD; CHARLES HILL; and SUBURBAN EXCAVATORS, INC. | : : : : : | CASE NO. 3:01cv896 (MRK)  DECEMBER 18, 2003 |

**MOTION FOR EXTENSION OF TIME**

Plaintiff, Cadlerock Properties Joint Venture, L.P. ("Plaintiff"), hereby moves for a thirty-day extension of time within which to allow Defendants to take the deposition of Plaintiff's expert. In support of this motion, Plaintiff states as follows:

Plaintiff's expert was unavailable prior to the deadline (December 18, 2003) for his deposition. Because of the expert's unavailability, Plaintiff moves for a 30-day extension of the deadline to January 17, 2004. Plaintiff also requests that all other deadlines in the instant action be moved forward by 30 days.

**NO ORAL ARGUMENT REQUESTED;
TESTIMONY NOT REQUIRED.**

Counsel for Defendants all consent to the granting of the instant motion. This is the first such request for an extension of time made by Plaintiff in this regard.

**RESPECTFULLY SUBMITTED,
PLAINTIFF, CADLEROCK PROPERTIES
JOINT VENTURE, L.P.**

By:_____
    Michael G. Albano
    Fed. Bar No. CT 21440
    Sabia & Hartley, LLC
    190 Trumbull Street, Suite 202
    Hartford, CT 06103
    Telephone: (860)-541-2077
    Facsimile:  (860) 713-8944

## CERTIFICATION

I hereby certify that a copy of the foregoing has been sent via first class mail, postage prepaid, this 18th day of December, 2003 to counsel of record and pro se party as follows:

Thomas A. Armstrong, Esq.  
Reid & Riege, P.C.  
One Financial Plaza  
Hartford, CT 06103  

Joseph F. DePaolo, Jr., Esq.  
132 Main Street  
P.O. Box 554  
Southington, CT 06489  

Steven Berglass, Esq.  
John W. Sullivan, Esq.  
Seeley & Berglass  
121 Whitney Avenue  
New Haven, CT 06510  

Thomas Nigro  
7 Howard Road  
Ashford, CT 06278  

Jon David Biller, Esq.  
Biller, Sachs, Raio & Bonadies  
2750 Whitney Avenue  
Hamden, CT 06518  

Brian P. Daniels, Esq.  
Brenner, Saltzman & Wallman, LLP  
271 Whitney Avenue  
P.O. Box 1746  
New Haven, CT 06507-1746  

Thomas S. Luby, Esq.  
Luby, Olson, P.C.  
405 Broad Street  
P.O. Box 2695  
Meriden, CT 06450-1695  

_____  
Michael G. Albano

E:\WPDOCS\CADLE\ASHFORD\CERCLA\Mot.ext.time.extend.deadlines.wpd