UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Jan 14  3 05 PM '04
U.S. DISTRICT COURT

-----------------------------------------------------------------x

CADLEROCK PROPERTIES JOINT VENTURE, L.P. : CIVIL ACTION NO.
: 301CV896(MRK)
      Plaintiff, :

VS.

BENJAMIN SCHILBERG; SCHILBERG INTEGRATED
METALS CORP.; THOMAS NIGRO; ASHFORD
DEVELOPMENT CO.; DENNIS V. LOVELY;
ANTHONY M. MILO; JAMES A. STEVENS; WILSON
MORIN; JEAN G. MARTIN; DAVID W. FLORIAN;
THOMAS STANTON, JR.; CHRISTIAN R. BRAYFIELD
CHARLES HILLS; AND SUBURBAN EXCAVATORS
INC.

      Defendant. : JANUARY 14, 2004
-----------------------------------------------------------------x

### DEFENDANT DAVID W. FLORIAN'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND SET OF REQUESTS FOR INTERROGATORIES AND REQUESTS FOR PRODUCTION

      Pursuant to the Federal and Local Rules of Civil Procedure, defendant David W. Florian respectfully requests an additional thirty (30) day up to and including February 17, 2004 to respond to plaintiff's Second Set of Interrogatories and Requests for Production. Defendant Florian requires additional time to review the interrogatories and requests for production to formulate an appropriate response. This is the third request for an extension of time by defendant. The plaintiff does not object to a twenty (20) day extension of time.

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED

Based on the foregoing, Defendant David W. Florian respectfully requests a thirty day extension of time to respond to plaintiff's Second Set of Interrogatories and Requests for Production.

Respectfully submitted,

DEFENDANT
DAVID W. FLORIAN

By: /s/ 
Steven Berglass, Esq.
Federal ID No.: ct06030
John W. Sullivan, Esq.
Federal ID No.: ct22947
Seeley & Berglass
121 Whitney Avenue
New Haven, CT 06510
Telephone No.: (203) 562-5888

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed by first class mail, postage prepaid, to the following counsel of record this 14th day of January 2004:

Jill Hartley, Esq.
Sabia & Hartley
190 Trumbull Street
Suite 2002
Hartford, CT 06103

Brian P. Daniels, Esq.
John R. Bashaw, Esq.
Brenner, Saltzman & Wallman
271 Whitney Avenue
New Haven, CT 06510

Joseph F. Depaolo, Jr., Esq.
132 Main Street
P O Box 554
Southington, CT 06489

Thomas M. Armstrong, Esq.
Lawrence H. Lissitzyn Esq.
Reid & Riege, P.C.
One Financial Plaza
Hartford, CT 06103

Thomas S. Luby, Esq.
Luby Olson, P.C.
405 Broad Street
P.O. Box 2695
Meriden, CT 06450

John D. Biller, Esq.
Biller, Sachs, Raio & Bonadies
2750 Whitney Avenue
Hamden, CT 06518

Richard P. Colbert, Esq.
Day Berry & Howard
One Canterbury Green
Stamford, CT 06901

This is to certify that a copy of the foregoing has been mailed by certified mail, return receipt requested and first class mail, postage prepaid, to the following pro se party this 14th day of January 2004:

Thomas Nigro
7 Howard Road
Ashford, CT 06278

_____
Steven Berglass
John W. Sullivan

3