# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

```
------------------------------------------------------------------------x
CADLEROCK PROP JOINT VENTURE  LP,            :
        Plaintiff,                           :        CIVIL ACTION NO.
                                             :        3:01cv0896 (MRK)
             v.                              :
                                             :
BENJAMIN SCHILBERG,                          :
SCHILBERG INTEGRATED METALS, CORP.,          :
THOMAS NIGRO, ASHFORD DEV CO,                :
 DENNIS V. LOVELY, ANTHONY M. MILO,          :
JAMES A. STEVENS, JEAN G. MARTIN,            :
DAVID W. FLORIAN, THOMAS STANTON, JR.,       :
CHRISTIAN R. BRAYFIELD, CHARLES HILL         :
and SUBURBAN EXCAVATORS, INC                 :
        Defendants.                          :
------------------------------------------------------------------------x
```

## RULING ON PENDING MOTIONS and
## AMENDED SCHEDULING ORDER

Currently pending are Defendants Motion to Compel and for Order (Doc. #132); the

Department of Environmental Protections Motion for Protective Order and to Quash (Doc.

#144); Defendant David W. Florian's  Motion to Compel (Doc. # 153); Anthony M. Milo

Motion for Extension of Time (Doc. # 157); CadleRock Prop Joint Venture LP Motion for

Miscellaneous Relief (Doc. # 162); CadleRock Prop Joint Venture LP Motion for Protective

Order (Doc. # 163); Dennis V. Lovely Motion for Extension of Time (Doc. # 183); Thomas

Stanton Jr., Christian R. Brayfield Motion for Extension of Time (Doc. # 184); David W.

Florian Motion for Extension of Time (Doc. # 187); Thomas Stanton Jr., Christian R.

Brayfield Motion for Extension of Time (Doc. # 188); Anthony M. Milo Motion for

Extension of Time (Doc. # 190); CadleRock Prop Joint Venture LP Motion for Extension of

Time (Doc. # 191); Christian R. Brayfield Motion for Extension of Time (Doc. # 192); and

David W. Florian Motion for Extension of Time (Doc. # 193).

**Florian's Motion to Compel Against Credit Suisse**

Florian's motion to compel deposition and documents is DENIED for reasons stated persuasively in Credit Suisse's memorandum that the Court need not reiterate here. Attorney Colbert is opposing counsel for purpose of Local Rule 37 and therefore Florian's counsel had an obligation to confer with him and discuss discovery issues with him in detail in a good faith effort to eliminate or reduce the area of controversy. D.Conn. L. Civ. R. 37. As set out convincing in Credit Suisse's memorandum, the lack of even elementary cooperation, courtesy and consideration by Florian's counsel generated an utterly unnecessary dispute.  Credit Suisse shall serve on Florian's counsel within two weeks an affidavit of fees and costs with a copy to the Court.  Florian or his counsel shall submit payment to Credit Suisse through its counsel within seven (7) days of receiving the affidavit.

**Amended Scheduling Order**

1. Disclosure of Defendants' experts is due April 16, 2004

2. Defendants' motions for summary judgment on liability issues shall be filed on or before June 1, 2004.

3. Discovery shall be completed on or before August 31, 2004.

4. Dispositive Motions shall be filed on or before October 18, 2004.

## CONCLUSION

Defendant David Florian's Motions to Compel **(Doc. #132-1)** and for Order **(Doc. #132-2)** are stayed for thirty days to permit Florian and Cadlerock one more opportunity to resolve the disputed issues; the Department of Environmental Protections Motion for Protective Order **(Doc. #144-1)** and to Quash **(Doc. #144-2) are GRANTED in the absence of opposition**;  Defendant David Florian's Motion to Compel **(Doc. # 153) is DENIED;** Anthony Milo Motion for Extension of Time **(Doc. # 157) is DENIED as Moot**; CadleRock Prop Joint Venture LP Motion to join in a brief **(Doc. # 162) is GRANTED**; CadleRock's

Motion for Protective Order **(Doc. # 163) is GRANTED in the absence of opposition**;

Dennis Lovely's Motion for Extension of Time **(Doc. # 183) is GRANTED nunc pro tunc in the absence of opposition**; Thomas Stanton Jr. and Christian R. Brayfield's Motion for Extension of Time **(Doc. # 184) is GRANTED nunc pro tunc in the absence of opposition**; David Florian's Motion for Extension of Time **(Doc. # 187) is GRANTED nunc pro tunc in the absence of opposition**; Thomas Stanton Jr., and Christian R. Brayfield's Motion for Extension of Time **(Doc. # 188) is GRANTED nunc pro tunc in the absence of opposition**; Anthony M. Milo Motion for Extension of Time **(Doc. # 190) is GRANTED nunc pro tunc in the absence of opposition**; Cadlerock's Motion for Extension of Time **(Doc. # 191) is GRANTED nunc pro tunc in the absence of opposition**; Christian R. Brayfield Motion for Extension of Time **(Doc. # 192) is GRANTED nunc pro tunc in the absence of opposition**; and David W. Florian Motion for Extension of Time **(Doc. # 193) is GRANTED nunc pro tunc**.

SO ORDERED this 9th day of March, 2004, at Bridgeport, Connecticut.


*/S/ William I. Garfinkel*
William I. Garfinkel
United States Magistrate Judge