FILED

Mar 25   2 32 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CADLEROCK PROPERTIES JOINT     :
VENTURE, L.P.

                               :

V.                             :

                               :

BENJAMIN SCHILBERG;                          mrK
SCHILBERG INTEGRATED METALS,   :   CASE NO. 3:01cv896 (SRU)
CORP.; THOMAS NIGRO; ASHFORD
DEVELOPMENT CO.; DENNIS V.      :
LOVELY; ANTHONY M. MILO; JAMES
A. STEVENS; WILSON MORIN; JEAN G.:
MARTIN; DAVID W. FLORIAN;
THOMAS STANTON, JR.; CHRISTIAN R.:
BRAYFIELD; CHARLES HILL; and
SUBURBAN EXCAVATORS, INC.      :   MARCH 24, 2004

---

### PLAINTIFF/COUNTERCLAIM DEFENDANT, CADLEROCK PROPERTIES JOINT VENTURE, L.P.'S AMENDED REPLY TO DEFENDANT/COUNTERCLAIM PLAINTIFF DAVID FLORIAN'S COUNTERCLAIMS IN LIGHT OF DECEMBER 19, 2003 ORDER ON PLAINTIFF'S MOTION TO STRIKE

FIRST COUNTERCLAIM

      1.     Plaintiff/Counterclaim Defendant CadleRock Joint Venture, L.P. ("Plaintiff")

neither admits nor denies the allegations made in Paragraph 1 of the First

Counterclaim as said allegations are merely characterizations of the allegations

in Plaintiff's Amended Complaint, which speaks for itself.

      2.     Plaintiff admits the allegation in Paragraph 2 of the First Counterclaim that it is

the current owner of the property identified in the Amended Complaint. Plaintiff

SABIA & HARTLEY, LLC  •  ATTORNEYS AT LAW
190 TRUMBULL STREET  •  SUITE 202  •  HARTFORD, CT 06103-2205  •  (860) 541-2077  •  FAX (860) 713-8944

neither admits nor denies that portion of the Paragraph 2 of the First

Counterclaim that alleges that Plaintiff is an "operator" inasmuch as this is not

an allegation of fact but, instead, calls for a legal conclusion.

3.     Plaintiff neither admits nor denies the allegations made in Paragraph 3 of the

First Counterclaim as said allegations are merely characterizations of the

allegations in Plaintiff's Amended Complaint, which speaks for itself.

4.     Plaintiff denies the allegations contained in Paragraph 4 of the First

Counterclaim.

## SECOND COUNTERCLAIM

1-4.     Plaintiff repeats and realleges its answers to Paragraphs 1 through 4 of the First

Counterclaim, as if set forth fully herein.

5.     Plaintiff denies the allegations contained in Paragraph 5 of the Second

Counterclaim.

6.     Plaintiff denies the allegations contained in Paragraph 6 of the Second

Counterclaim.

## THIRD COUNTERCLAIM

1-6.     Plaintiff repeats and realleges its answers to Paragraphs 1 through 6 of the

Second Counterclaim, as if set forth fully herein.

-2-

7.      Plaintiff denies the allegations contained in Paragraph 7 of the Third

Counterclaim.

FOURTH COUNTERCLAIM

1-7.    Plaintiff repeats and realleges its answers to Paragraphs 1 through 7 of the Third

Counterclaim, as if set forth fully herein.

8.      Plaintiff admits that prior to filing the complaint in this proceeding it

commenced an action in state court against Florian to collect on a guarantee.

9.      Plaintiff admits that Florian paid a sum of money to a predecessor in interest of

Plaintiff.

10.     Plaintiff denies the allegations contained in Paragraph 10 of the Fourth

Counterclaim.

11.     Plaintiff denies the allegations contained in Paragraph 11 of the Fourth Count.

12.     Plaintiff denies the allegations contained in Paragraph 12 of the Fourth

Counterclaim.

13.     Plaintiff denies the allegations contained in Paragraph 13 of the Fourth

Counterclaim.

14.     Plaintiff denies the allegations contained in Paragraph 14 of the Fourth

Counterclaim.

-3-

15.     Plaintiff denies the allegations contained in Paragraph 15 of the Fourth Counterclaim.

16.     Plaintiff denies that portion of Paragraph 16 of the Fourth Counterclaim that alleges that Plaintiff is a "company." Plaintiff neither admits nor denies that portion of Paragraph 16 of the Fourth Counterclaim that alleges that Plaintiff "is subject to Connecticut law" inasmuch as this is not an allegation of fact but, instead, calls for legal conclusions. Plaintiff denies the remaining allegations of Paragraph 16 of the Fourth Counterclaim.

17.     Plaintiff denies the allegations contained in Paragraph 17 of the Fourth Counterclaim.

## FIFTH COUNTERCLAIM

1-17.   Plaintiff's answers to Paragraphs 1 through 17 of the Fourth Counterclaim are hereby incorporated herein and made Plaintiff's answers to Paragraphs 1-17 of this Fifth Counterclaim.

18.     Plaintiff denies the allegations contained in Paragraph 18 of the Fifth Counterclaim.

19.     Plaintiff denies the allegations contained in Paragraph 19 of the Fifth Counterclaim.

-4-

20.     Plaintiff denies the allegations contained in Paragraph 20 of the Fifth

        Counterclaim.

## SIXTH COUNTERCLAIM

1-20.   Plaintiff's answers to Paragraphs 1 through 20 of the Fifth Counterclaim are

        hereby incorporated herein and made Plaintiff's answers to Paragraphs 1-20 of

        this Sixth Counterclaim.

21.     Plaintiff denies the allegations contained in Paragraph 21 of the Sixth

        Counterclaim.

22.     Plaintiff denies the allegations contained in Paragraph 22 of the Sixth

        Counterclaim.

23.     Plaintiff denies the allegations contained in Paragraph 23 of the Sixth

        Counterclaim.

## SEVENTH COUNTERCLAIM

1-23.   Plaintiff's answers to Paragraphs 1 through 23 of the Sixth Counterclaim are

        hereby incorporated herein and made Plaintiff's answers to Paragraphs 1-23 of

        this Seventh Counterclaim.

24.     Plaintiff denies the allegations contained in Paragraph 24 of the Seventh

        Counterclaim.

**SABIA & HARTLEY, LLC** • ATTORNEYS AT LAW
190 TRUMBULL STREET • SUITE 202 • HARTFORD, CT 06103-2205 • (860) 541-2077 • FAX (860) 713-8944

25.   Plaintiff denies the allegations contained in Paragraph 25 of the Seventh Counterclaim.

26.   Plaintiff denies the allegations contained in Paragraph 26 of the Seventh Counterclaim.

PLAINTIFF/COUNTERCLAIM DEFENDANT,
CADLEROCK PROPERTIES
JOINT VENTURE, L.P.

Jill Hartley
Fed. Bar No. CT 10570
Michael G. Albano
Fed. Bar No. CT 21440
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103
Telephone: (860) 541-2077
Facsimile:  (860) 713-8944

-6-

## CERTIFICATION

I hereby certify that a copy of the foregoing has been sent, via first class mail, postage pre-paid, this 24th day of March, 2004 to counsel of record and pro se party as follows:

Thomas A. Armstrong, Esq.
Lawrence H. Lissitzyn, Esq.
Reid & Riege, P.C.
One State Street - 18th Floor
Hartford, CT 06103-3185

Joseph F. DePaolo, Jr., Esq.
132 Main Street
P.O. Box 554
Southington, CT 06489

Steven Berglass, Esq.
John W. Sullivan, Esq.
Seeley & Berglass
121 Whitney Avenue
New Haven, CT 06510

Thomas Nigro
7 Howard Road
Ashford, CT 06278

John David Biller, Esq.
Biller, Sachs, Raio & Bonadies
2750 Whitney Avenue
Hamden, CT 06518

Brian P. Daniels, Esq.
Brenner, Saltzman & Wallman, LLP
271 Whitney Avenue
P.O. Box 1746
New Haven, CT 06507-1746

Thomas S. Luby, Esq.
Luby, Olson, Mango, Gaffney &
DeFrances, P.C.
405 Broad Street
P.O. Box 2695
Meriden, CT 06450-1695

Michael G. Albano

E:\WPDOCS\CADLE\ASHFORD\CERCLA\answer.amended.Fiorian.counterclaims.wpd

-7-