FILED

Mar 25  2 32 PM '04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLEROCK PROPERTIES JOINT VENTURE, L.P. | : | |
| | : | |
| V. | : | |
| | : | |
| BENJAMIN SCHILBERG; SCHILBERG INTEGRATED METALS, CORP.; THOMAS NIGRO; ASHFORD DEVELOPMENT CO.; DENNIS V. LOVELY; ANTHONY M. MILO; JAMES A. STEVENS; WILSON MORIN; JEAN G. MARTIN; DAVID W. FLORIAN; THOMAS STANTON, JR.; CHRISTIAN R. BRAYFIELD; CHARLES HILL; and SUBURBAN EXCAVATORS, INC. | : : : : : : : | CASE NO. 3:01cv896 (SRU)  MRK  MARCH 24, 2004 |

## PLAINTIFF/COUNTERCLAIM DEFENDANT, CADLEROCK PROPERTIES JOINT VENTURE, L.P.'S REPLY TO DEFENDANT/COUNTERCLAIM PLAINTIFF THOMAS NIGRO'S COUNTERCLAIMS

In his Answer dated April 27, 2003, Defendant/Counterclaim Plaintiff Thomas Nigro asserted the following counterclaim: "I also assert same counterclaims as have been asserted by any defendants." As its reply to said counterclaim, Plaintiff/Counterclaim Defendant CadleRock Joint Venture, L.P. ("Plaintiff"), asserts as follows:

FIRST COUNTERCLAIM

Plaintiff hereby incorporates its replies to the counterclaims of Defendants/Counterclaim Plaintiffs Denis V. Lovley, Jean G. Martin, Anthony M. Milo, David

W. Florian, and Thomas Stanton, Jr. and Christian R. Brayfield, as if fully set forth herein.

PLAINTIFF/COUNTERCLAIM DEFENDANT,
CADLEROCK PROPERTIES
JOINT VENTURE, L.P.

*/s/ Jill Hartley*

Jill Hartley
Fed. Bar No. CT 10570
Michael G. Albano
Fed. Bar No. CT 21440
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103
Telephone: (860) 541-2077
Facsimile: (860) 713-8944

-2-

## CERTIFICATION

I hereby certify that a copy of the foregoing has been sent, via first class mail, postage pre-paid, this 24th day of March, 2004 to counsel of record and pro se party as follows:

Thomas A. Armstrong, Esq.
Lawrence H. Lissitzyn, Esq.
Reid & Riege, P.C.
One State Street - 18th Floor
Hartford, CT 06103-3185

Joseph F. DePaolo, Jr., Esq.
132 Main Street
P.O. Box 554
Southington, CT 06489

Steven Berglass, Esq.
John W. Sullivan, Esq.
Seeley & Berglass
121 Whitney Avenue
New Haven, CT 06510

Thomas Nigro
7 Howard Road
Ashford, CT 06278

John David Biller, Esq.
Biller, Sachs, Raio & Bonadies
2750 Whitney Avenue
Hamden, CT 06518

Brian P. Daniels, Esq.
Brenner, Saltzman & Wallman, LLP
271 Whitney Avenue
P.O. Box 1746
New Haven, CT 06507-1746

Thomas S. Luby, Esq.
Luby, Olson, Mango, Gaffney &
DeFrances, P.C.
405 Broad Street
P.O. Box 2695
Meriden, CT 06450-1695

_____
Michael G. Albano

E:\WPDOCS\CADLE\ASHFORD\CERCLA\answer.nigro.wpd

SABIA & HARTLEY, LLC • ATTORNEYS AT LAW
190 TRUMBULL STREET • SUITE 202 • HARTFORD, CT 06103-2205 • (860) 541-2077 • FAX (860) 713-8944