FILED

Mar 25   2 32 PM '04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLEROCK PROPERTIES JOINT VENTURE, L.P. | : | |
| | : | |
| V. | : | |
| | : | |
| BENJAMIN SCHILBERG; SCHILBERG INTEGRATED METALS, CORP.; THOMAS NIGRO; ASHFORD DEVELOPMENT CO.; DENNIS V. LOVELY; ANTHONY M. MILO; JAMES A. STEVENS; WILSON MORIN; JEAN G. MARTIN; DAVID W. FLORIAN; THOMAS STANTON, JR.; CHRISTIAN R. BRAYFIELD; CHARLES HILL; and SUBURBAN EXCAVATORS, INC. | : : : : | CASE NO. 3:01cv896 (MRK) |
| | : | MARCH 24, 2004 |

## PLAINTIFF/COUNTERCLAIM DEFENDANT, CADLEROCK PROPERTIES JOINT VENTURE, L.P.'S REPLY TO DEFENDANTS/COUNTERCLAIM PLAINTIFFS CHRISTIAN BRAYFIELD'S AND THOMAS STANTON'S COUNTERCLAIMS

FIRST COUNTERCLAIM

1. Plaintiff/Counterclaim Defendant CadleRock Joint Venture, L.P. ("Plaintiff") neither admits nor denies the statements made in Paragraph 1 of the First Counterclaim as said statements are merely characterizations of the allegations in Plaintiff's Amended Complaint, which speaks for itself.

2. Plaintiff admits the allegation in Paragraph 2 of the First Counterclaim that it is the owner of the property identified in the Amended Complaint. Plaintiff neither admits nor denies that portion of the Second Paragraph of the First Counterclaim

   that alleges that Plaintiff is an "operator" inasmuch as this is not an allegation of fact but, instead, calls for a legal conclusion.

3.  Plaintiff admits the allegations in Paragraph 3 of the First Counterclaim.

4.  Plaintiff denies the allegations contained in Paragraph 4 of the First Counterclaim.

## SECOND COUNTERCLAIM

1-4.  Plaintiff repeats and realleges its answers to Paragraphs 1 through 4 of the First Counterclaim, as if set forth fully herein.

5.  Plaintiff denies the allegations contained in Paragraph 5 of the Second Counterclaim.

6.  Plaintiff denies the allegations contained in Paragraph 6 of the Second Counterclaim.

## THIRD COUNTERCLAIM

1-4.  Plaintiff repeats and realleges its answers to Paragraphs 1 through 4 of the First Counterclaim, as if set forth fully herein.

5.  Plaintiff denies the allegations contained in Paragraph 5 of the Third Counterclaim.

6.  Plaintiff denies the allegations contained in Paragraph 6 of the Third Counterclaim.

SABIA & HARTLEY, LLC • ATTORNEYS AT LAW
190 TRUMBULL STREET • SUITE 202 • HARTFORD, CT 06103-2205 • (860) 541-2077 • FAX (860) 713-8944

PLAINTIFF/COUNTERCLAIM DEFENDANT,
CADLEROCK PROPERTIES
JOINT VENTURE, L.P.

*[signature]*

Jill Hartley
Fed. Bar No. CT 10570
Michael G. Albano
Fed. Bar No. CT 21440
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103
Telephone: (860) 541-2077
Facsimile: (860) 713-8944

-3-

## CERTIFICATION

I hereby certify that a copy of the foregoing has been sent, via first class mail, postage pre-paid, this 24th day of March, 2004 to counsel of record and pro se party as follows:

Thomas A. Armstrong, Esq.
Lawrence H. Lissitzyn, Esq.
Reid & Riege, P.C.
One State Street - 18th Floor
Hartford, CT 06103-3185

Joseph F. DePaolo, Jr., Esq.
132 Main Street
P.O. Box 554
Southington, CT 06489

Steven Berglass, Esq.
John W. Sullivan, Esq.
Seeley & Berglass
121 Whitney Avenue
New Haven, CT 06510

Thomas Nigro
7 Howard Road
Ashford, CT 06278

John David Biller, Esq.
Biller, Sachs, Raio & Bonadies
2750 Whitney Avenue
Hamden, CT 06518

Brian P. Daniels, Esq.
Brenner, Saltzman & Wallman, LLP
271 Whitney Avenue
P.O. Box 1746
New Haven, CT 06507-1746

Thomas S. Luby, Esq.
Luby, Olson, Mango, Gaffney &
DeFrances, P.C.
405 Broad Street
P.O. Box 2695
Meriden, CT 06450-1695

_____
Michael G. Albano

E:\WPDOCS\CADLE\ASHFORD\CERCLA\answer.counterclaims.Stanton&Brayfield.wpd

SABIA & HARTLEY, LLC • ATTORNEYS AT LAW
190 TRUMBULL STREET • SUITE 202 • HARTFORD, CT 06103-2205 • (860) 541-2077 • FAX (860) 713-8944