FILED

Mar 25   2 32 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CADLEROCK PROPERTIES JOINT VENTURE, L.P. | : |
| | : |
| V. | |
| | : |
| BENJAMIN SCHILBERG; SCHILBERG INTEGRATED METALS, CORP.; THOMAS NIGRO; ASHFORD DEVELOPMENT CO.; DENNIS V. LOVELY; ANTHONY M. MILO; JAMES A. STEVENS; WILSON MORIN; JEAN G. MARTIN; DAVID W. FLORIAN; THOMAS STANTON, JR.; CHRISTIAN R. BRAYFIELD; CHARLES HILL; and SUBURBAN EXCAVATORS, INC. | : CASE NO. 3:01cv896 (MRK) (SRU) |
| | : MARCH 24, 2004 |

**PLAINTIFF/COUNTERCLAIM DEFENDANT, CADLEROCK PROPERTIES JOINT VENTURE, L.P.'S AMENDED REPLY TO DEFENDANT/COUNTERCLAIM PLAINTIFF JEAN MARTIN'S COUNTERCLAIMS IN LIGHT OF DECEMBER 19, 2003 ORDER ON PLAINTIFF'S MOTION TO STRIKE**

FIRST COUNTERCLAIM

1. Plaintiff/Counterclaim Defendant CadleRock Joint Venture, L.P. ("Plaintiff") admits that it filed an action against Defendant/Counterclaim Plaintiff Jean Martin, among others, pursuant to, among other things, 42 U.S.C. § 9613. Plaintiff denies the remaining allegations of Paragraph 1 of the First Counterclaim.

2. Plaintiff admits the allegation in Paragraph 2 of the First Counterclaim that it is the current owner of the property identified in the Amended Complaint. Plaintiff neither admits nor denies that portion of the Paragraph 2 of the First Counterclaim that alleges that Plaintiff is an "operator" inasmuch as this is not an allegation of fact but, instead, calls for a legal conclusion.

3. Plaintiff neither admits nor denies the allegations made in Paragraph 3 of the first Counterclaim as said allegations are merely characterizations of the allegations in Plaintiff's Amended Complaint, which speaks for itself.

4. Plaintiff denies the allegations contained in Paragraph 4 of the First Counterclaim.

## SECOND COUNTERCLAIM

1-4. Plaintiff repeats and realleges its answers to Paragraphs 1 through 4 of the First Counterclaim, as if set forth fully herein.

5. Plaintiff denies the allegations contained in Paragraph 5 of the Second Counterclaim.

6. Plaintiff denies the allegations contained in Paragraph 6 of the Second Counterclaim.

-2-

THIRD COUNTERCLAIM

1-6.   Plaintiff repeats and realleges its answers to Paragraphs 1 through 6 of the Second Counterclaim, as if set forth fully herein.

7.   Plaintiff denies the allegations contained in Paragraph 7 of the Third Counterclaim.

FOURTH COUNTERCLAIM

1-7.   Plaintiff repeats and realleges its answers to Paragraphs 1 through 7 of the Third Counterclaim, as if set forth fully herein.

8.   Plaintiff admits that prior to filing the complaint in this proceeding it commenced an action in state court against Martin to collect on a guarantee.

9.   Plaintiff admits that Martin paid a sum of money to a predecessor in interest of CadleRock.

10.   Plaintiff denies the allegations contained in Paragraph 10 of the Fourth Counterclaim.

11.   Plaintiff denies the allegations contained in Paragraph 11 of the Fourth Count.

12.   Plaintiff denies the allegations contained in Paragraph 12 of the Fourth Counterclaim.

13.   Plaintiff denies the allegations contained in Paragraph 13 of the Fourth Counterclaim.

-3-

14. Plaintiff denies the allegations contained in Paragraph 14 of the Fourth Counterclaim.

15. Plaintiff denies the allegations contained in Paragraph 15 of the Fourth Counterclaim.

16. Plaintiff denies that portion of Paragraph 16 of the Fourth Counterclaim that alleges that CadleRock is a "company." CadleRock neither admits nor denies that portion of Paragraph 16 of the Fourth Counterclaim that alleges that Plaintiff "is subject to Connecticut law" inasmuch as this is not an allegation of fact but, instead, calls for legal conclusions. Plaintiff denies the remaining allegations of Paragraph 16 of the Fourth Counterclaim.

17. Plaintiff denies the allegations contained in Paragraph 17 of the Fourth Counterclaim.

FIFTH COUNTERCLAIM

1-17. Plaintiff repeats and realleges its answers to Paragraphs 1 through 17 of the Fourth Counterclaim, as if set forth fully herein.

18. CadleRock denies the allegations contained in Paragraph 18 of the Fifth Counterclaim.

19. CadleRock denies the allegations contained in Paragraph 19 of the Fifth Counterclaim.

-4-

20. CadleRock denies the allegations contained in Paragraph 20 of the Fifth Counterclaim.

PLAINTIFF/COUNTERCLAIM DEFENDANT,
CADLEROCK PROPERTIES
JOINT VENTURE, L.P.

*[signature]*

Jill Hartley
Fed. Bar No. CT 10570
Michael G. Albano
Fed. Bar No. CT 21440
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103
Telephone: (860) 541-2077
Facsimile: (860) 713-8944

-5-

## **CERTIFICATION**

I hereby certify that a copy of the foregoing has been sent, via first class mail, postage pre-paid, this 24th day of March, 2004 to counsel of record and pro se party as follows:

Thomas A. Armstrong, Esq.
Lawrence H. Lissitzyn, Esq.
Reid & Riege, P.C.
One State Street - 18th Floor
Hartford, CT 06103-3185

Joseph F. DePaolo, Jr., Esq.
132 Main Street
P.O. Box 554
Southington, CT 06489

Steven Berglass, Esq.
John W. Sullivan, Esq.
Seeley & Berglass
121 Whitney Avenue
New Haven, CT 06510

Thomas Nigro
7 Howard Road
Ashford, CT 06278

John David Biller, Esq.
Biller, Sachs, Raio & Bonadies
2750 Whitney Avenue
Hamden, CT 06518

Brian P. Daniels, Esq.
Brenner, Saltzman & Wallman, LLP
271 Whitney Avenue
P.O. Box 1746
New Haven, CT 06507-1746

Thomas S. Luby, Esq.
Luby, Olson, Mango, Gaffney &
DeFrances, P.C.
405 Broad Street
P.O. Box 2695
Meriden, CT 06450-1695

_/s/ Michael G. Albano_
Michael G. Albano

E:\WPDOCS\CADLE\ASHFORD\CERCLA\answer.amended.Martin.counterclaims.wpd

-6-

SABIA & HARTLEY, LLC • ATTORNEYS AT LAW
190 TRUMBULL STREET • SUITE 202 • HARTFORD, CT 06103-2205 • (860) 541-2077 • FAX (860) 713-8944