UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLEROCK PROPERTIES JOINT VENTURE, L.P. | : | |
| | : | |
| V. | | |
| | : | |
| BENJAMIN SCHILBERG; SCHILBERG INTEGRATED METALS, CORP.; THOMAS NIGRO; ASHFORD DEVELOPMENT CO.; DENNIS V. LOVELY; ANTHONY M. MILO; JAMES A. STEVENS; WILSON MORIN; JEAN G. MARTIN; DAVID W. FLORIAN; THOMAS STANTON, JR.; CHRISTIAN R. BRAYFIELD; CHARLES HILL; and SUBURBAN EXCAVATORS, INC. | : : : : : : | CASE NO. 3:01cv896 (MRK)  APRIL 1, 2004 |

**PLAINTIFF/COUNTERCLAIM DEFENDANT, CADLEROCK PROPERTIES JOINT VENTURE, L.P.'S REPLY TO DEFENDANT/COUNTERCLAIM PLAINTIFF ANTHONY M. MILO'S COUNTERCLAIMS**

FIRST COUNTERCLAIM

1. Plaintiff/Counterclaim Defendant CadleRock Joint Venture, L.P. ("Plaintiff") neither admits nor denies the statements made in Paragraph 1 of the First Counterclaim as said statements are merely characterizations of the allegations in Plaintiff's Amended Complaint, which speaks for itself.

2. Plaintiff admits the allegation in Paragraph 2 of the First Counterclaim that it is the current owner of the property identified in the Amended Complaint. Plaintiff neither admits nor denies that portion of the Paragraph 2 of the First Counterclaim that alleges that Plaintiff is an "operator" inasmuch as this is not

an allegation of fact but, instead, calls for a legal conclusion.

3. Plaintiff neither admits nor denies that it is the "'owner' or 'operator' of the Site within the meaning of 42 U.S.C. Section 9607(a) and Section 9701(20)(A)," as alleged in Paragraph 3 of the First Counterclaim, inasmuch as these are not allegations of fact but, instead, call for legal conclusions.

4. Plaintiff denies the allegations contained in Paragraph 4 of the First Counterclaim.

SECOND COUNTERCLAIM

1-4. Plaintiff repeats and realleges its answers to Paragraphs 1 through 4 of the First Counterclaim, as if set forth fully herein.

5. Plaintiff denies the allegations contained in Paragraph 5 of the Second Counterclaim.

6. Plaintiff denies the allegations contained in Paragraph 6 of the Second Counterclaim.

THIRD COUNTERCLAIM

1-4. Plaintiff repeats and realleges its answers to Paragraphs 1 through 4 of the First Counterclaim, as if set forth fully herein.

5. Plaintiff denies the allegations contained in Paragraph 5 of the Third Counterclaim.

6.    Plaintiff denies the allegations contained in Paragraph 6 of the Third Counterclaim.

    PLAINTIFF/COUNTERCLAIM DEFENDANT,
CADLEROCK PROPERTIES
JOINT VENTURE, L.P.

_____
Jill Hartley
Fed. Bar No. CT 10570
Michael G. Albano
Fed. Bar No. CT 21440
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103
Telephone: (860) 541-2077
Facsimile:  (860) 713-8944

# CERTIFICATION

      I hereby certify that a copy of the foregoing has been sent, via first class mail, postage pre-paid, this 1st day of April, 2004 to counsel of record and pro se party as follows:

Thomas A. Armstrong, Esq.  
Lawrence H. Lissitzyn, Esq.  
Reid & Riege, P.C.  
One State Street - 18th Floor  
Hartford, CT 06103-3185  

Joseph F. DePaolo, Jr., Esq.  
132 Main Street  
P.O. Box 554  
Southington, CT 06489  

Steven Berglass, Esq.  
John W. Sullivan, Esq.  
Seeley & Berglass  
121 Whitney Avenue  
New Haven, CT 06510  

Thomas Nigro  
7 Howard Road  
Ashford, CT 06278  

John David Biller, Esq.  
Biller, Sachs, Raio & Bonadies  
2750 Whitney Avenue  
Hamden, CT 06518  

Brian P. Daniels, Esq.  
Brenner, Saltzman & Wallman, LLP  
271 Whitney Avenue  
P.O. Box 1746  
New Haven, CT 06507-1746  

Thomas S. Luby, Esq.  
Luby, Olson, Mango, Gaffney &  
DeFrances, P.C.  
405 Broad Street  
P.O. Box 2695  
Meriden, CT 06450-1695  

                                                                  _____  
                                                                  Michael G. Albano

E:\WPDOCS\CADLE\ASHFORD\CERCLA\answer.counterclaims.Milo.wpd