UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CADLEROCK PROPERTIES JOINT VENTURE, L.P. | : |
| | : |
| V. | : |
| | : |
| BENJAMIN SCHILBERG; SCHILBERG INTEGRATED METALS, CORP.; THOMAS NIGRO; ASHFORD DEVELOPMENT CO.; DENNIS V. LOVELY; ANTHONY M. MILO; JAMES A. STEVENS; JEAN G. MARTIN; DAVID W. FLORIAN; THOMAS STANTON, JR.; CHRISTIAN R. BRAYFIELD; CHARLES HILL; and SUBURBAN EXCAVATORS, INC. | : CASE NO. 3:01cv 896 (SRU) <br><br><br> : <br><br> : <br><br> : <br><br> : APRIL 9, 2004 |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF CONNECTICUT AT NEW HAVEN:

    Please enter the appearance of the undersigned as counsel for the

Defendants, Benjamin Schilberg and Schilberg Integrated Metals, Corp., in the

above-captioned matter, in lieu of Brian P. Daniels, Esq., Brenner, Saltzman &

Wallman, LLP, 271 Whitney Avenue, New Haven, Connecticut 06507.

    Respectfully submitted,

**THE DEFENDANTS,
BENJAMIN SCHILBERG AND
SCHILBERG INTEGRATED
METALS, CORP**.

_____
Robert B. Cohen, Esq.
Levy & Droney, P.C.
75 Batterson Park Road
Farmington, CT 06034-0887
(860) 676-3000
Their Attorneys
Federal Bar No.: ct00013

## **CERTIFICATION**

I hereby certify that a copy of the foregoing has been sent by first-class mail, postage prepaid, this 9th day of April, 2004 to all counsel of record and pro se party as follows:

| | |
|---|---|
| Thomas M. Armstrong, Esq.<br>Lawrence H. Lissitzyn, Esq.<br>Reid & Riege, P.C.<br>One State Street, 18th Floor<br>Hartford, CT 06103-3185 | Jon David Biller, Esq.<br>Biller, Sachs, Raio & Bonadies<br>2750 Whitney Avenue<br>Hamden, CT 06518 |
| Joseph F. DePaolo, Jr., Esq.<br>132 North Main Street<br>P.O. Box 554<br>Southington, CT 06489 | Brian P. Daniels, Esq.<br>Brenner, Saltzman & Wallman, LLP<br>271 Whitney Avenue<br>P.O. Box 1746<br>New Haven, CT 06507-1746 |
| Steven Berglass, Esq.<br>John W. Sullivan, Esq.<br>Seeley & Berglass<br>121 Whitney Avenue<br>New Haven, CT 06510 | Thomas S. Luby, Esq.<br>Luby, Olson, Mango, Gaffney &<br>DeFrances, P.C.<br>405 Broad Street<br>P.O. Box 2695<br>Meriden, CT 06450-1695 |
| Mr. Thomas Nigro<br>7 Howard Road<br>Ashford, CT 06278 | Jill Hartley, Esq.<br>Sabia & Hartley, LLC<br>190 Trumbull Street, Suite 202<br>Hartford, CT 06103 |

_____
Robert B. Cohen