UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CADLEROCK PROPERTIES JOINT         :
VENTURE, L.P.

                                   :

V.                                 :

                                   :

BENJAMIN SCHILBERG;
SCHILBERG INTEGRATED METALS,       :        CASE NO. 3:01cv 896 (MRK)
CORP.; THOMAS NIGRO; ASHFORD
DEVELOPMENT CO.;                   :
DENNIS V. LOVELY; ANTHONY M.
MILO; JAMES A. STEVENS; JEAN G.    :
MARTIN; DAVID W. FLORIAN;
THOMAS STANTON, JR.; CHRISTIAN     :
R. BRAYFIELD; CHARLES HILL; and
SUBURBAN EXCAVATORS, INC.          :        APRIL 9, 2004

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF CONNECTICUT AT NEW HAVEN:

        Please enter the appearance of the undersigned as counsel for the

Defendants, Benjamin Schilberg and Schilberg Integrated Metals, Corp., in the

above-captioned matter, in lieu of Brian P. Daniels, Esq., Brenner, Saltzman &

Wallman, LLP, 271 Whitney Avenue, New Haven, Connecticut 06507.

                                Respectfully submitted,

                                **THE DEFENDANTS,
                                BENJAMIN SCHILBERG AND
                                SCHILBERG INTEGRATED
                                METALS, CORP**.


                                _____
                                Joseph B. Sappington, Esq.
                                Levy & Droney, P.C.
                                75 Batterson Park Road
                                Farmington, CT 06034-0887
                                (860) 676-3000
                                Their Attorneys
                                Federal Bar No.: ct20825

## **CERTIFICATION**

I hereby certify that a copy of the foregoing has been sent by first-class mail, postage prepaid, this 9th day of April, 2004 to all counsel of record and pro se party as follows:

Thomas M. Armstrong, Esq.
Lawrence H. Lissitzyn, Esq.
Reid & Riege, P.C.
One State Street, 18th Floor
Hartford, CT 06103-3185

Joseph F. DePaolo, Jr., Esq.
132 North Main Street
P.O. Box 554
Southington, CT 06489

Steven Berglass, Esq.
John W. Sullivan, Esq.
Seeley & Berglass
121 Whitney Avenue
New Haven, CT 06510

Mr. Thomas Nigro
7 Howard Road
Ashford, CT 06278

Jon David Biller, Esq.
Biller, Sachs, Raio & Bonadies
2750 Whitney Avenue
Hamden, CT 06518

Brian P. Daniels, Esq.
Brenner, Saltzman & Wallman, LLP
271 Whitney Avenue
P.O. Box 1746
New Haven, CT 06507-1746

Thomas S. Luby, Esq.
Luby, Olson, Mango, Gaffney &
DeFrances, P.C.
405 Broad Street
P.O. Box 2695
Meriden, CT 06450-1695

_____
Joseph B. Sappington

2