UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLEROCK PROPERTIES JOINT VENTURE, L.P. | : | |
| | : | |
| V. | : | |
| | : | |
| BENJAMIN SCHILBERG; SCHILBERG INTEGRATED METALS, CORP.; THOMAS NIGRO; ASHFORD DEVELOPMENT CO.; DENNIS V. LOVELY; ANTHONY M. MILO; JAMES A. STEVENS; JEAN G. MARTIN; DAVID W. FLORIAN; THOMAS STANTON, JR.; CHRISTIAN R. BRAYFIELD; CHARLES HILL; and SUBURBAN EXCAVATORS, INC. | : : : : : : | CASE NO. 3:01cv 896 (MRK)  APRIL 9, 2004 |

## MOTION FOR ENLARGEMENT OF TIME

The Defendants, Benjamin Schilberg and Schilberg Integrated Metals in the above-captioned matter respectfully represent that:

This is the First Motion for Enlargement of Time within which to disclose the Defendants' Expert Witness. Said Defendants respectfully request that the time be extended for thirty (30) days up to and including May 14, 2004 for the following reasons:

1. New counsel has recently been assigned to this file.

2. Sufficient time is needed to meet with the experts and to evaluate the expert's opinion and basis.

3. New counsel has not had sufficient time to acquaint themselves with the facts of the case and the many pleadings and actions that have taken place since its inception.

4.	Due to the fact that the original Motion for Disclosure of Experts requires an answer on April 16th and the fact that it is just today that new counsel is entering their appearances, there is insufficient time to obtain the consent of all interested parties. We are, therefore, notifying the parties of this action by way of this motion and we are indicating in the motion that consent has not been given as of this time. If and when consent is obtained, we shall file a supplemental report to the Court.

WHEREFORE, the Defendants, Benjamin Schilberg and Schilberg Integrated Metals, Corp. respectfully move that the time within which to disclose its expert witness be extended for an additional thirty (30) days up to and including May 14, 2004.

Respectfully submitted,

**THE DEFENDANTS,
BENJAMIN SCHILBERG AND
SCHILBERG INTEGRATED
METALS, CORP**.

_____
Joseph B. Sappington, Esq.
Levy & Droney, P.C.
75 Batterson Park Road
Farmington, CT 06034-0887
(860) 676-3000
Their Attorneys
Federal Bar No.: ct00013

2

## **CERTIFICATION**

I hereby certify that a copy of the foregoing has been sent by first-class mail, postage prepaid, this 9th day of April, 2004 to all counsel of record and pro se party as follows:

Thomas M. Armstrong, Esq.
Lawrence H. Lissitzyn, Esq.
Reid & Riege, P.C.
One State Street, 18th Floor
Hartford, CT 06103-3185

Joseph F. DePaolo, Jr., Esq.
132 North Main Street
P.O. Box 554
Southington, CT 06489

Steven Berglass, Esq.
John W. Sullivan, Esq.
Seeley & Berglass
121 Whitney Avenue
New Haven, CT 06510

Mr. Thomas Nigro
7 Howard Road
Ashford, CT 06278

Jon David Biller, Esq.
Biller, Sachs, Raio & Bonadies
2750 Whitney Avenue
Hamden, CT 06518

Brian P. Daniels, Esq.
Brenner, Saltzman & Wallman, LLP
271 Whitney Avenue
P.O. Box 1746
New Haven, CT 06507-1746

Thomas S. Luby, Esq.
Luby, Olson, Mango, Gaffney & DeFrances, P.C.
405 Broad Street
P.O. Box 2695
Meriden, CT 06450-1695

Jill Hartley, Esq.
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103

_____
Joseph B. Sappington