UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| CADLEROCK PROPERTIES JOINT VENTURE, L.P., | : : : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 3:01CV896(MRK) |
| v. | : : | |
| BENJAMIN SCHILBERG, et al., | : : : | APRIL 12, 2004 |
| Defendants. | : : | |

## MOTION TO WITHDRAW APPEARANCE

Undersigned counsel, Attorneys Brian P. Daniels and John R. Bashaw, respectfully move this Court for permission to withdraw their appearances on behalf of Defendants Benjamin Schilberg and Schilberg Integrated Metal Corp. In support hereof, undersigned counsel state that such defendants now have retained substitute defense counsel, namely, Attorneys Robert B. Cohen and Joseph B. Sappington of the firm Levy & Droney P.C., Farmington, Connecticut, and that such substitute counsel already have filed appearances. In light of the foregoing, this motion should be granted.

DEFENDANTS BENJAMIN SCHILBERG
AND SCHILBERG INTEGRATED METALS CORP.

By: s/*Brian P. Daniels*
Brian P. Daniels (ct11863)
John R. Bashaw (ct15612)
BRENNER, SALTZMAN & WALLMAN LLP
Their Attorneys
271 Whitney Avenue
New Haven, CT 06511
Tel. (203) 772-2600

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was served by United States first-class mail, postage prepaid, this 12th day of April, 2004, upon

| | |
|---|---|
| Jill Hartley, Esq.<br>Michael G. Albano, Esq.<br>Sabia & Hartley, LLC<br>190 Trumbull Street - Suite 202<br>Hartford, CT  06103<br>Counsel for Plaintiff | John David Biller, Esq.<br>Biller, Sachs, Raio & Bonadies<br>2750 Whitney Avenue<br>Hamden, CT  06518<br>Counsel for Defendant Jean G. Martin |
| Joseph F. Depaolo, Jr., Esq.<br>16 Cornerstone Court<br>Plantsville, CT  06479-1551<br>Counsel for Defendant Dennis V. Lovely | Steven Berglass, Esq.<br>Sloan W. Farrell, Esq.<br>John W. Sullivan, Esq.<br>Seeley & Berglass<br>121 Whitney Avenue<br>New Haven, CT  06510<br>Counsel for Defendant David W. Florian |
| Thomas M. Armstrong, Esq.<br>Dominic Fulco, III, Esq.<br>Lauren R. Greenspoon, Esq.<br>Reid & Riege, P.C.<br>One Financial Plaza<br>Hartford, CT  06103<br>Counsel for Defendant Anthony M. Milo | Thomas Nigro, Pro Se<br>7 Howard Road<br>Ashford, CT  06278 |
| Thomas S. Luby, Esq.<br>Luby Olson, P.C.<br>405 Broad Street<br>P.O. Box 2695<br>Meriden, CT  06450-1695<br>Counsel for Defendants Thomas Stanton, Jr.<br>  and Christian R. Brayfield | Robert B. Cohen, Esq.<br>Joseph B. Sappington, Esq.<br>Levy & Droney P.C.<br>74 Batterson Park Road<br>Farmington, CT  06034 |

s/*Brian P. Daniels*
Brian P. Daniels (ct11863)

826169.doc