UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CADLEROCK PROPERTIES JOINT VENTURE, L.P., | : CASE NO.3:01CV896(MRK) |
| Plaintiff, | : |
| V. | : |
| BENJAMIN SCHILBERG, SCHILBERG INTEGRATED METALS, CORP., THOMAS NIGRO, ASHFORD DEVELOPMENT CO., DENNIS V. LOVELY, ANTHONY M. MILO, JAMES A. STEVENS, WILSON MORIN, JEAN G. MARTIN, DAVID W. FLORIAN, THOMAS STANTON, JR., CHRISTIAN R. BRAYFIELD, CHARLES HILL, AND SUBURBAN EXCAVATORS, INC., | : |
| Defendants. | : APRIL 13, 2004 |

**MOTION FOR EXTENSION OF TIME
FOR DISCLOSURE OF EXPERT WITNESSES AND EXPERT REPORTS**

Defendant Anthony M. Milo ("Defendant Milo"), by and through his undersigned counsel, hereby requests a thirty (30) day extension of time to disclose its expert witness. In support of this motion, Defendant Milo respectfully represents:

1. Counsel for Defendants Benjamin Schilberg and Schilberg Integrated Metal Corp ("Schilberg") have filed a Motion to Withdraw Appearance dated April 12, 2004 which is currently pending before this Court. New Schilberg counsel has requested a thirty (30) day extension of time.

2. The deposition of Ted Richard, scheduled for April 13, 2004, was postponed due to

17086.001/357459.1

Mr. Richard's illness. Mr. Richard is the owner of Suburban Excavation and is viewed by Plaintiff's counsel as an important witness to the Plaintiff's theory of the case.

3. In light of the delay of Mr. Richard's deposition testimony, experts for the defendants are not able to review and comment upon his testimony. The defendant's experts need additional time for the reasons set forth above.

4. Defendants Lovley, Martin, Florian, Stanton and Brayfield consent to the extension sought in this motion.

5. Counsel for the Plaintiff has not consented to the extension of time sought herein.

**WHEREFORE**, Defendant Milo respectfully requests an extension of time to and including May 19, 2004 for disclosure of its expert witnesses and reports.

                                                     DEFENDANT,
                                                     ANTHONY M. MILO

By: _____
      Thomas M. Armstrong
      Fed. Bar No. ct03545
      Reid and Riege, P.C.
      One Financial Plaza
      Hartford, CT 06103
      Tel (860) 278-1150

17086.001/343733.1

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed, by first class mail, postage prepaid, on this 13th day of April, 2004 to the following:

Jill Hartley, Esq.
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06130-2205

Brian P. Daniels, Esq.
John R. Bashaw, Esq.
Brenner, Saltzman & Wallman, LLP
271 Whitney Avenue
P. O. Box 1746
New Haven, CT 06507-1746

Steven Berglass, Esq.
Sloan W. Farrell
Seeley & Berglass
121 Whitney Avenue
New Haven, CT 06510

Mr. Thomas Nigro
7 Howard Road
Ashford, CT 06278

Joseph F. DePaolo, Jr., Esq.
132 Main Street
P.O. Box 554
Southington, CT 06489

Jon D. Biller, Esq.
Biller, Sachs, Raio & Bonadies
2750 Whitney Avenue
Hamden, CT 06518

Thomas S. Luby
Luby Olson, P.C.
405 Broad Street
P.O. Box 2695
Meriden, CT 06450

_____
Thomas M. Armstrong

17086.001/343733.1