UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CADLEROCK PROPERTIES JOINT VENTURE, L.P. | : :   FILED :   Apr 19  2 19 PM '04 |
| V. | : CASE NO.: 301 CV 896 (MRK) |
| BENJAMIN SCHILBERG; SCHILBERG INTEGRATED METALS, CORP.; THOMAS NIGRO; ASHFORD DEVELOPMENT CO.; DENNIS V. LOVELY; ANTHONY M. MILO; JAMES A. STEVENS; WILSON MORIN; JEAN G. MARTIN; DAVID W. FLORIAN; THOMAS STANTON, JR.; CHRISTIAN R. BRAYFIELD; CHARLES HILL; and SUBURBAN EXCAVATORS, INC. | : : : : : : : : : : APRIL 16, 2004 |

## MOTION OF DEFENDANTS THOMAS STANTON, JR. AND CHRISTIAN R. BRAYFIELD FOR EXTENSION OF TIME FOR DISCLOSURE OF EXPERT WITNESSES AND EXPERT REPORTS

Defendants Thomas Stanton, Jr., and Christian R. Brayfield, in the above captioned matter hereby requests a thirty (30) day extension of time to disclose its expert witness for the same reasons as set forth in Defendant Milo's Motion For Extension of Time For Disclosure of Expert Witnesses and Expert Reports dated April 13, 2004.

It is the defendants understanding that the Ashford defendants do not object, but that the plaintiff does object to this extension.

THE DEFENDANTS
THOMAS STANTON, JR.
and CHRISTIAN R. BRAYFIELD

by_____
Thomas S. Luby
Luby Olson, P.C.
405 Broad Street
P.O. Box 2695
Meriden, CT 06450
Their Attorneys
Phone: 203-639-3560
Facsimile: 203-639-3569
Federal Bar No.: ct00187

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CADLEROCK PROPERTIES JOINT VENTURE, L.P. | : |
| V. | : CASE NO.: 301 CV 896 (MRK) |
| BENJAMIN SCHILBERG; SCHILBERG INTEGRATED METALS, CORP.; THOMAS NIGRO; ASHFORD DEVELOPMENT CO.; DENNIS V. LOVELY; ANTHONY M. MILO; JAMES A. STEVENS; WILSON MORIN; JEAN G. MARTIN; DAVID W. FLORIAN; THOMAS STANTON, JR.; CHRISTIAN R. BRAYFIELD; CHARLES HILL; and SUBURBAN EXCAVATORS, INC. | : April 16, 2004 |

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, by first class mail, postage prepaid, on this 16th day of April, 2004 to the following:

Jill Hartley, Esq.
Michael G. Albano, Esq.
Sabia & Hartley, LLC
190 Trumbull Street – Suite 202
Hartford, CT  06103

Joseph F. DePaolo, Jr., Esq.
16 Cornerstone Court
Plantsville, CT  06479-1551

Steven Berglass, Esq.
Seeley & Berglass
121 Whitney Avenue
New Haven, CT  06510

John David Biller, Esq.
Biller, Sachs, Raio & Bonadies
2750 Whitney Avenue
Hamden, CT  06518

Brian P. Daniels, Esq.
Brenner, Saltzman & Wallman, LLP
271 Whitney Avenue
P.O. Box 1746
New Haven, CT 06507-1746

Thomas Armstrong, Esq.
Reid & Riege, P.C.
One Financial Plaza
Hartford, CT 06103

Thomas Nigro
7 Howard Road
Ashford, CT 06278

_____
Thomas S. Luby