UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CadleRock Properties Joint Venture, L.P., | : | |
| | : | |
| Plaintiff, | : | NO.   3:01cv896 (MRK) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| Benjamin Schilberg, et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

Attorneys Brian P. Daniels' and John R. Bashaw's Motion To Withdraw Appearance on behalf of Defendant Benjamin Schilberg [doc. #205], dated April 12, 2004, is GRANTED. Substitute counsel for Mr. Schilberg have filed Appearances on his behalf.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
             U.S.D.J.

Dated at New Haven, Connecticut: April 20, 2004.

1