UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------------------x
:
CADLEROCK PROPERTIES JOINT VENTURE, L.P.    : CIVIL ACTION NO.
: 301CV896(MRK)
      Plaintiff,    :
:
VS.    :
:
BENJAMIN SCHILBERG; SCHILBERG INTEGRATED    :
METALS CORP.; THOMAS NIGRO; ASHFORD    :
DEVELOPMENT CO.; DENNIS V. LOVELY;    :
ANTHONY M. MILO; JAMES A. STEVENS; WILSON    :
MORIN; JEAN G. MARTIN; DAVID W. FLORIAN;    :
THOMAS STANTON, JR.; CHRISTIAN R. BRAYFIELD    :
CHARLES HILLS; AND SUBURBAN EXCAVATORS    :
INC.    :
:
      Defendant.    : APRIL 19, 2004
---------------------------------------------------------------------------x

## DEFENDANT DAVID W. FLORIAN'S JOINDER IN DEFENDANT ANTHONY M. MILO'S MOTION FOR EXTENSION OF TIME FOR DISCLOSURE OF EXPERT WITNESSES AND EXPERT REPORTS

Defendant David W. Florian respectfully requests a thirty-day extension of time to disclose its expert witness for the reasons stated in Defendant Anthony M. Milo's Motion for Extension of Time for Disclosure of Expert Witnesses and Expert Reports. Plaintiff does not consent to this request. Based on the foregoing, Defendant David Florian respectfully requests an extension of time up to and including May 19, 2004, for disclosure of its expert witnesses and expert reports.

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED

        Respectfully submitted,

        DEFENDANT
        DAVID W. FLORIAN


By:_____
    Steven Berglass, Esq.
    Federal ID No.: ct06030
    John W. Sullivan, Esq.
    Federal ID No.: ct22947
    Seeley & Berglass
    121 Whitney Avenue
    New Haven, CT  06510
    Telephone No.:  (203) 562-5888

CERTIFICATION

This is to certify that a copy of the foregoing has been telefaxed and mailed by first class mail, postage prepaid, to the following counsel of record this _____ day of April 2004:

Jill Hartley, Esq.
Sabia & Hartley
190 Trumbull Street
Suite 2002
Hartford, CT  06103

Joseph B. Sappington, Esq.
Levy & Drony, P.C.
75 Batterson Park Road
Farmington, CT 06034

Joseph F. Depaolo, Jr., Esq.
132 Main Street
P O Box 554
Southington, CT 06489

Thomas M. Armstrong, Esq.
Lawrence H. Lissitzyn Esq.
Reid & Riege, P.C.
One Financial Plaza
Hartford, CT 06103

Thomas S. Luby, Esq.
Luby Olson, P.C.
405 Broad Street
P.O. Box 2695
Meriden, CT 06450

John D. Biller, Esq.
Biller, Sachs, Raio & Bonadies
2750 Whitney Avenue
Hamden, CT 06518

This is to certify that a copy of the foregoing has been mailed by certified mail, return receipt requested and first class mail, postage prepaid, to the following pro se party this _____ day of April 2004:

Thomas Nigro
7 Howard Road
Ashford, CT 06278

_____
Steven Berglass
John W. Sullivan

3