UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CADLEROCK PROPERTIES JOINT VENTURE, L.P.<br>　　　　　　　Plaintiff, | :<br>:<br>:<br>: |
| vs. | : Civil Action No. 3 01 CV 896 (SRU)<br>: |
| BENJAMIN SCHILBERG;<br>SCHILBERG INTEGRATED METALS CORP;<br>THOMAS NIGRO;<br>ASHFORD DEVELOPMENT CO.;<br>DENNIS V. LOVELY; ANTHONY M. MILO;<br>JAMES A. STEVENS; WILSON MORIN;<br>JEAN G. MARTIN; DAVID W. FLORIAN;<br>THOMAS STANTON, JR.;<br>CHRISTIAN R. BRAYFIELD; CHARLES HILL;<br>and SUBURBAN EXCAVATORS INC.<br>　　　　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**NON-PARTY DEPONENT CREDIT SUISSE FIRST BOSTON (USA), INC.'S
NOTICE OF FILING AFFIDAVIT RE ATTORNEYS' FEES**

　　Non-party deponent Credit Suisse First Boston (USA), Inc. ("CSFB") hereby gives notice that it has this date submitted an affidavit of attorneys' fees in response to the Court's March 9, 2004 ruling on defendant David Florian's motion to compel deposition and documents from CSFB.  The undersigned hereby represents that upon receipt of the Court's email order, he unknowingly moved the email to an email folder for another case and did not realize the mistake

until the email was first seen on April 16, 2004 while searching for an archived email in said email folder. The affidavit ordered by the Court is attached hereto as Exhibit A. Under the circumstances, CSFB has no objection to Florian or his counsel submitting payment to CSFB within two (2) weeks of receiving the affidavit, which is one additional week more than the Court ordered.

Dated: April 20, 2004

>Respectfully submitted,
>
>NON PARTY DEPONENT,
>CREDIT SUISSE FIRST
>BOSTON (USA), INC.
>
>
>By _____
>   Richard P. Colbert (ct08721)
>   Day, Berry & Howard LLP
>   One Canterbury Green
>   Stamford, CT 06901
>   Telephone: (203) 977-7300
>   Facsimile:  (203) 977-7301

## **CERTIFICATION**

      I, Richard P. Colbert, hereby certify that a true and correct copy of the foregoing was sent by first-class mail, postage prepaid, this 20th day of April 2004, to the following counsel of record:

Steven Berglass, Esq.
Seeley & Berglass
121 Whitney Avenue
New Haven, CT 06510

Jill Hartley
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103

Thomas A. Armstrong, Esq.
Lawrence H. Lissitzyn, Esq.
Reid & Riege, P.C.
One State Street – 18th Floor
Hartford, CT 06103-3185

Joseph F. DePaolo, Jr., Esq.
132 Main Street
P.O. Box 554
Southington, CT 06489

John David Biller, Esq.
Biller, Sachs, Raio & Bonadies
2750 Whitney Avenue
Hamden, CT 06518

Brian P. Daniels, Esq.
John R. Bashaw, Esq.
Brenner, Saltzman & Wallman, LLP
271 Whitney Avenue
P.O. Box 1746
New Haven, CT 06507-1746

Thomas S. Luby, Esq.
Luby Olson, P.C.
405 Broad Street
P.O. Box 2695
Meriden, CT 06450

    This is to certify that a copy of the foregoing has been mailed by certified mail, return receipt requested and first class mail, postage prepaid, to the following pro se party this 19th day of April 2004.

Thomas Nigro
7 Howard Road
Ashford, CT 06278

                                                                        _____
                                                                                   Richard P. Colbert