# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CADLEROCK PROPERTIES JOINT VENTURE, L.P.<br>　　　　　Plaintiff,<br><br>vs.<br><br>BENJAMIN SCHILBERG;<br>SCHILBERG INTEGRATED METALS CORP;<br>THOMAS NIGRO;<br>ASHFORD DEVELOPMENT CO.;<br>DENNIS V. LOVELY; ANTHONY M. MILO;<br>JAMES A. STEVENS; WILSON MORIN;<br>JEAN G. MARTIN; DAVID W. FLORIAN;<br>THOMAS STANTON, JR.;<br>CHRISTIAN R. BRAYFIELD; CHARLES HILL;<br>and SUBURBAN EXCAVATORS INC.<br>　　　　　Defendants. | Civil Action No. 3 01 CV 896 (SRU) |

## AFFIDAVIT RE: CREDIT SUISSE FIRST BOSTON (USA), INC.'S ATTORNEYS' FEES

State of Connecticut　:
　　　　　　　　　　 : ss.　Stamford
County of Fairfield　　:

　　　I, Richard P. Colbert, having been duly sworn, depose and say that:

　　　1.　I am over eighteen years of age, and I believe in the obligation of an oath.

2. I am a partner of the law firm Day, Berry & Howard LLP and I represent non-party deponent Credit Suisse First Boston (USA), Inc. ("CSFB") in the above-captioned action.

3. I have personal knowledge of the facts and circumstances set forth in this affidavit.

4. A review of Day, Berry & Howard's time records reveals that CSFB incurred legal fees of $4,290 in connection with CSFB's numerous efforts to resolve the issues surrounding Defendant David Florian's motion to compel dated August 4, 2003 and thereafter to formally oppose the motion. These efforts included, but are not limited to the following: (i) review of complaint; (ii) numerous calls and messages to Attorney Steven Berglass and his office regarding motion to compel; (iii) various correspondence regarding motion to compel; (iv) discussions with client regarding motion to compel; (v) discussions with Attorney Steven Berglass regarding motion to compel; (vi) preparation of motion to compel and redaction of exhibits related thereto; and (vii) attendance at cancelled status conference.

5. I recorded time on this matter at the following indicated rate:

| Attorney | Rate | Hours | Total Charge |
|---|---|---|---|
| Richard P. Colbert, Esq. | $300.00 | 14.3 | $4,290 |

6. The foregoing respective hourly rate is the standard rate charged by Day, Berry & Howard for a partner in its Stamford, Connecticut office for my experience level.

_Richard P. Colbert_

Sworn to and subscribed before me
this 20th day of April 2004

_Melissa L. Bellavia_
Commissioner of the Superior Court

3