FILED

Apr 23  2 29 PM '04

U.S. DISTRICT COURT
NEW HAVEN CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------x

| | |
|---|---|
| CADLEROCK PROPERTIES JOINT VENTURE, L.P. : | CIVIL ACTION NO. |
| : | 301CV8969(MRK) |
| Plaintiff : | |
| Vs. : | |
| BENJAMIN SCHILBERG; SCHILBERG INTEGRATED : | |
| METALS CORP.; THOMAS NIGRO; ASHFORD : | |
| DEVELOPMENT CO.; DENNIS V. LOVELY; : | |
| ANTHONY M. MILO; JAMES A. STEVENS; WILSON : | |
| MORIN; JEAN G. MARTIN; DAVID W. FLORIAN; : | |
| THOMS STANTON, JR.; CRHISTIAN R. BRAYFIELD : | |
| CHARLES HILLS; AND SUBURBAN EXCAVATORS : | |
| INC. : | |
| : | |
| Defendant. : | APRIL 21, 2004 |

---------------------------------------------------------------x

### DEFENDANT JEAN G. MARTIN'S JOINDER IN DEFENDANT ANTHONY M. MILO'S MOTION FOR EXTENSION OF TIME FOR DISCLOSURE OF EXPERT WITNESSES AND EXPERT REPORTS

Defendant, Jean G. Martin respectfully requests a thirty-day extension of time to disclose its expert witness for the reasons stated in Defendant Anthony M. Milo's Motion for Extension of Time for Disclosure of expert Witnesses and Expert Reports. Plaintiff does not consent to this request. Based on the foregoing, Defendant, Jean G. Martin

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED

respectfully requests an extension of time up to and including May 21, 2004, for disclosure of its expert witnesses and expert reports.

Respectfully submitted,

DEFENDANT
JEAN G. MARTIN

BY: _____
    Jon D. Biller, Esquire
Federal ID No. ct03546
Biller, Sachs, Raio & Zito
2750 Whitney Avenue
Hamden, CT 06518
Telephone No. (203) 281 1717

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed by first class mail, postage prepaid, to the following counsel of record this 21st day of April, 2004

Jill Hartley, Esquire
Sabia & Hartley
190 Trumbull Street
Suite 202
Hartford, CT 06103

Joseph F. Depaolo, Jr., Esquire
132 Main Street
P.O. Box 554
Southington, CT 06489

Thomas S. Luby, Esquire
Luby Olson, P.C.
405 Broad Street
P.O. Box 2695
Meriden, CT 06450

Joseph B. Sappington, Esquire
Levy & Drony, P.C.
75 Batterson Park Road
Farmington, CT 06034

Thomas M. Armstrong, Esquire
Lawrence H. Lissitzyn, Esquire
Reid & Riege, P.C.
One Financial Plaza
Hartford, CT 06103

Steven Berglass, Esquire
John W. Sullivan, Esquire
Seeley & Berglass
121 Whitney Avenue
New Haven, CT 06510

    This is to certify that a copy of the foregoing has been mailed by certified mail, return receipt and first class mail, postage prepaid to the following *pro se* party this 21st day of April, 2004.

Thomas Nigro
7 Howard Road
Ashford, CT 06278

_____
Jon D. Biller