UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| CADLEROCK PROP JOINT VENTURE  LP, | : |
|     Plaintiff, | : CIVIL ACTION NO. |
| | : 3:01cv0896 (MRK) |
|     v. | : |
| | : |
| BENJAMIN SCHILBERG, | : |
| SCHILBERG INTEGRATED METALS, CORP., | : |
| THOMAS NIGRO, ASHFORD DEV CO, | : |
|  DENNIS V. LOVELY, ANTHONY M. MILO, | : |
| JAMES A. STEVENS, JEAN G. MARTIN, | : |
| DAVID W. FLORIAN, THOMAS STANTON, JR., | : |
| CHRISTIAN R. BRAYFIELD, CHARLES HILL | : |
| and SUBURBAN EXCAVATORS, INC | : |
|     Defendants. | : |

## RULING ON PENDING MOTIONS

Defendant David Florian's Motion to Compel and for Order **(Doc. #132) is** **DENIED** without prejudice to renewal; Benjamin Schilberg's motion for Extension of Time **(Doc. # 204) is GRANTED**; Anthony M. Milo Motion for Extension of Time **(Doc. # 206) is GRANTED**; Thomas Stanton Jr., Christian R. Brayfield Motion for Extension of Time **(Doc. # 207) is GRANTED**;  David W. Florian Motion for Extension of Time **(Doc. # 209) is GRANTED** and Jean Martin's Motion for Extension of Time **(Doc. # 211) is GRANTED**.

SO ORDERED this 10th day of May, 2004, at Bridgeport, Connecticut.

                    */S/ William I. Garfinkel*
                    William I. Garfinkel
                    United States Magistrate Judge