UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------------------x
                                                                           :
CADLEROCK PROPERTIES JOINT VENTURE, L.P.       : CIVIL ACTION NO.
                                                                           : 301CV896(MRK)
       Plaintiff,                                          :
                                                                           :
VS.                                                                        :
                                                                           :
BENJAMIN SCHILBERG; SCHILBERG INTEGRATED        :
METALS CORP.; THOMAS NIGRO; ASHFORD             :
DEVELOPMENT CO.; DENNIS V. LOVELY;              :
ANTHONY M. MILO; JAMES A. STEVENS; WILSON       :
MORIN; JEAN G. MARTIN; DAVID W. FLORIAN;        :
THOMAS STANTON, JR.; CHRISTIAN R. BRAYFIELD     :
CHARLES HILLS; AND SUBURBAN EXCAVATORS          :
INC.                                                                       :
                                                                           :
       Defendant.                                          : MAY 24, 2004
---------------------------------------------------------------------------x

### DEFENDANT DAVID W. FLORIAN'S MOTION FOR SUMMARY JUDGMENT

Pursuant to the Federal and Local Rules of Civil Procedure, defendant David W. Florian ("Defendant Florian") respectfully moves for summary judgment on the grounds that:

1. On plaintiff's first count, as Defendant Florian is not an owner or operator as the term is defined and interpreted under the Comprehensive Environmental Response, Compensation and Liability Act of 1980, 42 U.S.C. 9601 et seq.

2. On plaintiff's second count, as plaintiff may not pierce the corporate veil against Defendant Florian.

3. On Defendant Florian's fifth counterclaim, as Defendant Florian is entitled to specific performance on the delivery of a general release that would bar plaintiff's instant action.

4. On Defendant Florian's sixth affirmative defense, as plaintiff's action is barred by the principles of release and discharge.

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED

The grounds for the motion for summary judgment are more fully described in defendant Florian's accompanying Memorandum.

Respectfully submitted,

DEFENDANT
DAVID W. FLORIAN


By:_____
Steven Berglass, Esq.
Federal ID No.: ct06030
John W. Sullivan, Esq.
Federal ID No.: ct22947
Seeley & Berglass
121 Whitney Avenue
New Haven, CT  06510
Telephone No.:  (203) 562-5888

CERTIFICATION

This is to certify that a copy of the foregoing has been mailed by first class mail, postage prepaid, to the following counsel of record this ____day of May 2004:

Jill Hartley, Esq.
Sabia & Hartley
190 Trumbull Street
Suite 2002
Hartford, CT  06103

Brian P. Daniels, Esq.
John R. Bashaw, Esq.
Brenner, Saltzman & Wallman
271 Whitney Avenue
New Haven, CT 06510

Joseph F. Depaolo, Jr., Esq.
132 Main Street
P O Box 554
Southington, CT 06489

Thomas M. Armstrong, Esq.
Lawrence H. Lissitzyn Esq.
Reid & Riege, P.C.
One State Street
Hartford, CT 06103

Thomas S. Luby, Esq.
Luby Olson, P.C.
405 Broad Street
P.O. Box 2695
Meriden, CT 06450

John D. Biller, Esq.
Biller, Sachs, Raio & Bonadies
2750 Whitney Avenue
Hamden, CT 06518

Richard P. Colbert, Esq.
Day Berry & Howard
One Canterbury Green
Stamford, CT 06901

This is to certify that a copy of the foregoing has been mailed by certified mail, return receipt requested and first class mail, postage prepaid, to the following parties this ___day of May 2004:

Thomas Nigro
7 Howard Road
Ashford, CT 06278

_____
Steven Berglass
John W. Sullivan