## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CADLEROCK PROPERTIES JOINT VENTURE, L.P. | : |
| V. | : CASE NO.: 301 CV 896 (MRK) |
| BENJAMIN SCHILBERG; SCHILBERG INTEGRATED METALS, CORP.; THOMAS NIGRO; ASHFORD DEVELOPMENT CO.; DENNIS V. LOVELY; ANTHONY M. MILO; JAMES A. STEVENS; WILSON MORIN; JEAN G. MARTIN; DAVID W. FLORIAN; THOMAS STANTON, JR.; CHRISTIAN R. BRAYFIELD; CHARLES HILL; and SUBURBAN EXCAVATORS, INC. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: JUNE 1, 2004 |

FILED
JUN 1  3 39 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

### MOTION OF DEFENDANTS THOMAS STANTON, JR. AND CHRISTIAN R. BRAYFIELD FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTIONS ON LIABILITY

Defendants Thomas Stanton, Jr., and Christian R. Brayfield, in the above captioned matter hereby request an extension of time from June 1, 2004 to July 2, 2004, for the filing of summary judgment motions relating to liability. This additional time is necessary to properly prepare the motion and supporting affidavits, and the need for such additional time arises in part from the previously granted one month change in the defense expert disclosure date.

Counsel for the Plaintiff has no objection to this request.

Respectfully Submitted,

THE DEFENDANTS
THOMAS STANTON, JR.
and CHRISTIAN R. BRAYFIELD

by _____
Thomas S. Luby
Luby Olson, P.C.
405 Broad Street
P.O. Box 2695
Meriden, CT 06450
Their Attorneys
Phone: 203-639-3560
Facsimile: 203-639-3569
Federal Bar No.: ct00187

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CADLEROCK PROPERTIES<br>JOINT VENTURE, L.P.<br><br>V.<br><br>BENJAMIN SCHILBERG;<br>SCHILBERG INTEGRATED METALS,<br>CORP.; THOMAS NIGRO; ASHFORD<br>DEVELOPMENT CO.; DENNIS V.<br>LOVELY; ANTHONY M. MILO; JAMES<br>A. STEVENS; WILSON MORIN; JEAN G.<br>MARTIN; DAVID W. FLORIAN;<br>THOMAS STANTON, JR.; CHRISTIAN R.<br>BRAYFIELD; CHARLES HILL; and<br>SUBURBAN EXCAVATORS, INC. | :<br>:<br>:<br>: CASE NO.: 301 CV 896 (MRK)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: JUNE 1, 2004 |

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, by first class mail, postage prepaid, on this 28th day of May, 2004 to the following:

Jill Hartley, Esq.
Michael G. Albano, Esq.
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT  06103

Thomas A. Armstrong, Esq.
Reid & Riege, P.C.
One Financial Plaza, 21st Floor
Hartford, CT  06103

Joseph F. DePaolo, Jr., Esq.
132 Main Street
P.O. Box 554
Southington, CT  06489

Joseph B. Sappington, Esq.
Levy & Droney, PC
74 Batterson Park Road
P.O. Box 887
Farmington, CT  06034-0887

Steven Berglass, Esq.
John W. Sullivan, Esq.
Seeley & Berglass
121 Whitney Avenue
New Haven, CT 06510

Jon David Biller, Esq.
Biller, Sachs, Raio & Bonadies
2750 Whitney Avenue
Hamden, CT 06518

Mr. Thomas Nigro
7 Howard Road
Ashford, CT 06278

_/s/ Thomas S. Luby_
Thomas S. Luby