UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CADLEROCK PROPERTIES JOINT VENTURE, L.P.,

V.

BENJAMIN SCHILBERG, SCHILBERG INTEGRATED METALS, CORP., THOMAS NIGRO, ASHFORD DEVELOPMENT CO., DENNIS V. LOVELY, ANTHONY M. MILO, JAMES A. STEVENS, WILSON MORIN, JEAN G. MARTIN, DAVID W. FLORIAN, THOMAS STANTON, JR., CHRISTIAN R. BRAYFIELD, CHARLES HILL, AND SUBURBAN EXCAVATORS, INC.,

: CASE NO.3:01CV896(MRK)

: JUNE 1, 2004

FILED
JUN 1 2 01 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

**MOTION FOR EXTENSION OF TIME**
**OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendant Anthony M. Milo ("Defendant Milo"), by and through his undersigned counsel, hereby requests a thirty (30) day extension of time to and including July 2, 2004 to file its motion for summary judgment on liability issues. In support of this motion, Defendant Milo respectfully represents:

1. Discovery has not been completed. Plaintiff will be taking the deposition of Elizabeth Milo (spouse of Defendant Milo) on June 9, 2004.

2. Defendant Milo's counsel needs additional time to finalize its motion for summary judgment.

3. Counsel for the Plaintiff initially consented to a two (2) week to the extension but has agreed to a thirty (30) day extension for Defendants Brayfield and Stanton.

4. Defendant Milo's counsel wishes to coordinate its submissions with other Defendants' counsel to avoid duplication.

**WHEREFORE**, Defendant Milo respectfully requests an extension of time to and including July 2, 2004 to file its motion for summary judgment on liability issues.

**DEFENDANT,**
**ANTHONY M. MILO**

By: [signature]
Thomas M. Armstrong
Fed. Bar No. ct03545
Reid and Riege, P.C.
One Financial Plaza
Hartford, CT 06103
Tel (860) 278-1150

**CERTIFICATION OF SERVICE**

I hereby certify that a copy of the foregoing was mailed, by first class mail, postage prepaid, on this 1st day of June, 2004 to the following:

Jill Hartley, Esq.
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06130-2205

Joseph Sappington, Esq.
Levy & Droney PC
P.O. Box 887
Farmington, CT 06034-0887

Steven Berglass, Esq.
Sloan W. Farrell
Seeley & Berglass
121 Whitney Avenue
121 Whitney Avenue

Thomas S. Luby
Luby Olson, P.C.
405 Broad Street
P.O. Box 2695
Meriden, CT 06450

Mr. Thomas Nigro
7 Howard Road
Ashford, CT 06278

Joseph F. DePaolo, Jr., Esq.
132 Main Street
P.O. Box 554
Southington, CT 06489

Jon D. Biller, Esq.
Biller, Sachs, Raio & Bonadies
2750 Whitney Avenue
Hamden, CT 06518

Thomas M. Armstrong