FILED
Jun 7  2 31 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CADLEROCK PROPERTIES JOINT VENTURE, LP. | CASE NO. 3:01cv896 (MRK) |
| V. | |
| BENJAMIN SCHILBERG; SCHILBERG INTEGRATED METALS, CORP.; THOMAS NIGRO; ASHFORD DEVELOPMENT CO.; DENNIS V. LOVLEY; ANTHONY M. MILO; JAMES A. STEVENS; JEAN G. MARTIN; DAVID W. FLORIAN; THOMAS STANTON, JR.; CHRISTIAN R. BRAYFIELD; CHARLES HILL; and SUBURBAN EXCAVATORS, INC. | JUNE 3, 2004 |

## MOTION FOR EXTENSION OF TIME
## OF DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT

Defendant Dennis V. Lovley ("Defendant Lovley), by and through his undersigned counsel, hereby requests a thirty (30) day extension of time to and including July 2, 2004 to file its motion for summary judgment on liability issues. In support of this motion, Defendant Lovley respectfully represents:

1.  Discovery has not been completed. Plaintiff will be taking the deposition of Elizabeth Milo on June 9, 2004.

2.  Defendant Lovley's counsel needs additional time to finalize its motion for summary judgment.

3.  Counsel for the Plaintiff has agreed to a thirty (3) day extension for Defendants Brayfield and Stanton.

**WHEREFORE**, Defendant Lovley respectfully requests an extension of time to and including July 2, 2004 to file its motion for summary judgment on liability issues.

**DEFENDANT,**
**DENNIS V. LOVLEY**

By: _/s/ Joseph F. DePaolo, Jr._
Joseph F. DePaolo, Jr.
His Attorney
Fed. Bar No. CT06570
16 Cornerstone Court
Plantsville, CT 06479
Tel. (860)621-1225

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, by first class mail, postage prepaid, on this 3rd day of June, 2004 to the following counsel of record:

Jill Hartley, Esq.
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103-2205

Mr. Thomas Nigro
7 Howard Road
Ashford, CT 06278

Thomas Armstrong, Esq.
Reid and Riege, P.C.
One State Street
Hartford, CT 06103

Thomas S. Luby, Esq.
Luby Olson, P.C.
405 Broad Street
P.O. Box 2695
Meriden, CT 06450

Jon D. Biller, Esq.
Biller, Sachs, Raio & Bonadies
2750 Whitney Avenue
Hamden, CT 06518

Steven Berglass, Esq.
Sloan W. Farrel, Esq.
Seeley & Berglass
121 Whitney Avenue
New Haven, CT 06510

Joseph Sappington, Esq.
Levy & Drony, P.C.
P.O. Box 887
Farmington, CT 06034-0887

_____
Joseph F. DePaolo, Jr.