IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLEROCK PROPERTIES JOINT VENTURE, L.P. | : | |
| | : | |
| V. | : | |
| | : | |
| BENJAMIN SCHILBERG; SCHILBERG INTEGRATED METALS, CORP.; THOMAS NIGRO; ASHFORD DEVELOPMENT CO.; DENNIS V. LOVELY; ANTHONY M. MILO; JAMES A. STEVENS; JEAN G. MARTIN; DAVID W. FLORIAN; THOMAS STANTON, JR.; CHRISTIAN R. BRAYFIELD; CHARLES HILL; and SUBURBAN EXCAVATORS, INC. | : : : : : | CASE NO. 3:01cv896 (MRK) JUNE 8, 2004 |

**MOTION FOR EXTENSION OF TIME TO FILE
OMNIBUS MEMORANDUM IN OPPOSITION
TO MOTIONS FOR SUMMARY JUDGMENT**

Pursuant to Rule 7(b)(2) of the Local Rules of Civil Procedure for the United States District Court, District of Connecticut, Plaintiff, Cadlerock Properties Joint Venture, L.P. ("Plaintiff"), hereby requests a fifty-day (50) extension of time, until August 4, 2004, within which to oppose Defendant David W. Florian's ("Florian") Motion for Summary Judgment. Plaintiff also seeks a twelve-day (12) extension of time, until August 4, 2004, within which to oppose Defendants Anthony M. Milo's ("Milo"), Thomas Stanton, Jr.'s ("Stanton"), and Christian R. Brayfield's ("Brayfield") Motions for Summary Judgment, which motions are

expected to be filed by July 2, 2004.  Plaintiff's anticipates filing an omnibus memorandum opposing all of these motions.  In support of this motion, Plaintiff states as follows:

1. On March 9, 2004, Magistrate Judge William I. Garfinkel issued a Ruling on Pending Motions and Amended Scheduling Order that provided, among other things, that "Defendants' motions for summary judgment on liability shall be filed on or before June 1, 2004."

2. Florian filed his motion for summary judgment on or about May 25, 2004.

3. On May 27, 2004, counsel for Milo asked for the undersigned's consent to a two-week extension of time to file Milo's motion for summary judgment.  On May 28, 2004, counsel for Stanton and Brayfield made a similar request for a one-month extension.

4. The undersigned consented to both requests.

5. On June 1, 2004, Milo filed a motion seeking to extend the time to file motions for summary judgment to July 2, 2004.  That same day, Stanton and Brayfield collectively filed a similar motion seeking the same extension of time.

6. Rather than file a separate opposition memorandum for each respective Defendant's motion for summary judgment, Plaintiff asks this Court's leave to file a single omnibus opposition memorandum responding to the claims asserted in all three motions for summary judgment, thereby making more effective use of party and judicial resources.

7. The proposed extension of time would also be appropriate because Plaintiff will be taking the deposition of Elizabeth Milo, wife of Milo and a former officer of defendant Ashford Development Corp. on June 9, 2004.  This deposition was originally scheduled for May 19, 2004, but was delayed at the request of counsel for Milo and Ms. Milo.

8. Although Plaintiff inquired by facsimile letter on June 4, 2004 whether counsel for Florian, Milo, Stanton, and Brayfield would consent to Plaintiff's proposed briefing schedule, and renewed that inquiry by telephone on June 7, 2004, no response has been forthcoming.

9. This is Plaintiff's first request with respect to these deadlines.

WHEREFORE, Plaintiff requests that its Motion for Extension of Time be granted.

**PLAINTIFF, CADLEROCK PROPERTIES JOINT VENTURE, L.P.**

By:_____
Jill Hartley
Fed. Bar No. CT 10570
Michael G. Albano
Fed. Bar No. 21440
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103
Telephone: (860) 541-2077
Facsimile: (860) 713-8944

## CERTIFICATION

      I hereby certify that a copy of the foregoing has been sent by first-class mail, postage prepaid, this 8th day of June, 2003 to all counsel of record and pro se parties as follows:

Thomas M. Armstrong, Esq.  
Lawrence H. Lissitzyn, Esq.  
Reid & Riege, P.C.  
One State Street - 18th Floor  
Hartford, CT 06103-3185  

Joseph F. DePaolo, Jr., Esq.  
132 Main Street  
P.O. Box 554  
Southington, CT 06489  

Steven Berglass, Esq.  
John W. Sullivan, Esq.  
Seeley & Berglass  
121 Whitney Avenue  
New Haven, CT 06510  

Mr. Thomas Nigro  
7 Howard Road  
Ashford, CT 06278  

Jon David Biller, Esq.  
Biller, Sachs, Raio & Bonadies  
2750 Whitney Avenue  
Hamden, CT 06518  

Joseph B. Sappington, Esq.  
Robert B. Cohen, Esq.  
Levy & Droney, P.C.  
74 Batterson Park Road  
Farmingon, CT 06034-0887  

Thomas S. Luby, Esq.  
Luby, Olson, Mango, Gaffney & DeFrances, P.C.  
405 Broad Street  
P.O. Box 2695  
Meriden, CT 06450-1695  

_____  
Michael G. Albano  

E:\WPDOCS\CADLE\ASHFORD\CERCLA\extend.time.opp.SJ.wpd