# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLEROCK PROPERTIES JOINT | : | |
| VENTURE, L.P. | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Civil Action No. 3 01 CV 896 (SRU) |
| | : | |
| BENJAMIN SCHILBERG; | : | |
| SCHILBERG INTEGRATED METALS CORP; | : | |
| THOMAS NIGRO; | : | |
| ASHFORD DEVELOPMENT CO.; | : | |
| DENNIS V. LOVELY; ANTHONY M. MILO; | : | |
| JAMES A. STEVENS; WILSON MORIN; | : | |
| JEAN G. MARTIN; DAVID W. FLORIAN; | : | |
| THOMAS STANTON, JR.; | : | |
| CHRISTIAN R. BRAYFIELD; CHARLES HILL; | : | |
| and SUBURBAN EXCAVATORS INC. | : | |
| | : | |
| Defendants. | : | |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), the undersigned attorney hereby moves to withdraw his

appearance in the above-captioned case on behalf of non-party Credit Suisse First Boston (USA),

Inc. ("CSFB"). The limited discovery issue involving CSFB has been fully resolved and thus

CSFB has no further interest in this action.

Respectfully submitted,

_____

Richard Colbert  (ct 08721)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901
Tel. (203) 977-7300
Fax  (203) 977-7301
E-mail:  rpcolbert@dbh.com
Counsel for Non-Party

## CERTIFICATION

I, Richard P. Colbert, hereby certify that a true and correct copy of the foregoing was sent by first-class mail, postage prepaid, this 10th day of June 2004, to the following counsel of record:

Steven Berglass, Esq.
Seeley & Berglass
121 Whitney Avenue
New Haven, CT 06510

Jill Hartley
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103

Thomas A. Armstrong, Esq.
Lawrence H. Lissitzyn, Esq.
Reid & Riege, P.C.
One State Street – 18th Floor
Hartford, CT 06103-3185

Joseph F. DePaolo, Jr., Esq.
132 Main Street
P.O. Box 554
Southington, CT 06489

John David Biller, Esq.
Biller, Sachs, Raio & Bonadies
2750 Whitney Avenue
Hamden, CT 06518

Brian P. Daniels, Esq.
John R. Bashaw, Esq.
Brenner, Saltzman & Wallman, LLP
271 Whitney Avenue
P.O. Box 1746
New Haven, CT 06507-1746

Thomas S. Luby, Esq.
Luby Olson, P.C.
405 Broad Street
P.O. Box 2695
Meriden, CT 06450

     This is to certify that a copy of the foregoing has been mailed by certified mail, return receipt requested and first class mail, postage prepaid, to the following pro se party this 10th day of June 2004.

Thomas Nigro
7 Howard Road
Ashford, CT 06278

                                                      _____

                                                      Richard P. Colbert