FILED
Jun 17  1 55 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

------------------------------------------------------------x

CADLEROCK PROPERTIES JOINT VENTURE, L.P.

      Plaintiff

Vs.

BENJAMIN SCHILBERG; SCHILBERG INTEGRATED
METALS CORP.; THOMAS NIGRO; ASHFORD
DEVELOPMENT CO.; DENNIS LOVELY;
ANTHONY M. MILO; JAMES A. STEVENS; WILSON
MORIN; JEAN G. MARTIN; DAVID W FLORIAN;
THOMAS STANTON, JR.; CHRISTIAN R. BRAYFIELD
CHARLES HILLS; AND SUBURBAN EXCAVATORS
INC.

      Defendant

CIVIL ACTION
301CV896(MRK)

June 14, 2004

------------------------------------------------------------x

### DEFENDANT JEAN G. MARTIN'S JOINDER IN DEFENDANTS ANTHONY MILO, CHRISTIAN BRAYFIELD, AND THOMAS STANTON'S MOTION FOR EXTENSION OF TIME FOR SUMMARY JUDGMENT SUBMISSIONS.

Defendant, Jean G Martin respectfully requests a thirty-day extension of time to prepare its summary judgment motion for the reasons stated in Defendants Milo, Brayfield, and Stanton's Motion for Extension of Time for Summary Judgment Submissions. Plaintiff has already consented to the aforementioned requests. Based on

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED

the foregoing, Defendant, Jean G. Martin, respectfully requests an extension of time, up to and including July 10, 2004 for submission of Summary Judgment motions.

Respectfully submitted,

DEFENDANT
JEAN G. MARTIN

BY: _____
Jon D. Biller, Esquire
Federal ID No. ct03546
Biller, Sachs, Raio & Zito
2750 Whitney Avenue
Hamden, CT 06518
Telephone No. (203) 281-1717

## CERTIFICATION

      This is to certify that a copy of the foregoing has been mailed by first class mail, postage prepaid, to following counsel of record this 14th day of June, 2004.

Jill Hartley, Esquire
Sabia & Hartley
190 Trumbull Street
Suite 202
Hartford, CT 06103

Joseph F. Depaolo, Jr., Esquire
132 Main Street
P.O. Box 554
Southington, CT 06489

Thomas S. Luby, Esquire
Luby Olson, P.C.
405 Broad Street
P.O. Box 2695
Meriden, CT 06450

Joseph B. Sappington, Esquire
Levy & Drony, P.C.
75 Batterson Park Road
Farmington, CT 06034

Thomas M. Armstrong, Esquire
Lawrence H. Lissitzyn, Esquire
Reid & Reige, P.C.
One Financial Plaza
Hartford, CT 06103

Steve Berglass, Esquire
John W. Sullivan, Esquire
Seeley and Berglass
121 Whitney Avenue
New Haven, CT 06510

      This is to certify that a copy of the foregoing has been mailed by certified mail, return receipt and first class mail, postage prepaid to the following *pro se* party this 14th day of June, 2004.

Thomas Nigro
7 Howard Road
Ashford, CT 06278

                                        _____
                                        Jon D. Biller