(Rev. 2/93)

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

CADLEROCK PROPERTIES JOINT VENTURE, L.P.
    Plaintiff,
V.
BENJAMIN SCHILBERG, ET AL.
    Defendants.

**APPEARANCE**

JUN 18  1 31 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

CASE NUMBER: 301CV896(MRK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: David W. Florian, Defendant

_____6-17-04_____
Date

_ct24267_
Federal Bar Number

_203-562-5888_
Telephone Number


Signature

Patrick M. Fryer, Esq.
Print Clearly or Type Name

Seeley & Berglass
Address  121 Whitney Avenue
New Haven, CT 06510

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See attached.

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed by first class mail, postage prepaid, to the following counsel of record this 17 day of June 2004:

Jill Hartley, Esq.
Sabia & Hartley
190 Trumbull Street
Suite 2002
Hartford, CT 06103

Joseph B. Sappington, Esq.
Levy & Drony, P.C.
75 Batterson Park Road
Farmington, CT 06034

Joseph F. Depaolo, Jr., Esq.
132 Main Street
P O Box 554
Southington, CT 06489

Thomas M. Armstrong, Esq.
Lawrence H. Lissitzyn Esq.
Reid & Riege, P.C.
One Financial Plaza
Hartford, CT 06103

Thomas S. Luby, Esq.
Luby Olson, P.C.
405 Broad Street
P.O. Box 2695
Meriden, CT 06450

John D. Biller, Esq.
Biller, Sachs, Raio & Bonadies
2750 Whitney Avenue
Hamden, CT 06518

This is to certify that a copy of the foregoing has been mailed by certified mail, return receipt requested and first class mail, postage prepaid, to the following pro se party this 17 day of June 2004:

Thomas Nigro
7 Howard Road
Ashford, CT 06278

_____
Steven Berglass
Patrick M. Fryer