FILED
Jun 30 2 01 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CADLEROCK PROPERTIES JOINT VENTURE, L.P. | CASE NO. 3:01CV896 (MRK) |
| vs. | |
| BENJAMIN SCHILBERG, ET AL | June 30, 2004 |

## JOINT MOTION FOR ENLARGEMENT OF TIME
## WITHIN WHICH TO FILE A MOTION FOR SUMMARY JUDGMENT

The Defendants, JEAN G. MARTIN, ANTHONY MILO, THOMAS STANTON, CHRISTIAN R. BRAYFIELD AND DENNIS LOVELY in the above captioned matter hereby request an additional enlargement of time of seventeen (17) days to July 19, 2004 within which to file their Motions for Summary Judgment. The Plaintiff, CADLEROCK PROPERTIES JOINT VENTURE, LP requests an extension of time of an additional eight (8) days to August 27, 2004 within which it must file is Omnibus Opposition to all Defendants' Motions for Summary Judgment. The Parties make this request for the following reasons.

1. This motion began with a request by counsel for the Defendant, Jean Martin. On behalf of Mr. Martin, Attorney Biller sought an addition period of

1

approximately two weeks to file his motion for summary judgment for a number of reasons, including the fact that his partner has been out of the office with a serious illness, and his case load has increased significantly over the past sixty days.

2. Attorney Albano on behalf of the Plaintiff consents to Attorney Biller's request but is on vacation in the middle of August, and therefore he requests an additional eight days be added to his thirty day response time

3. Attorney Albano also intends to file an Omnibus Opposition to all of the Defendants' Motions for Summary Judgment, and therefore, suggested that he would require this additional time to file same.

4. Counsel for other co-Defendant's (Attorney Berglass' client having already filed a motion for extension) have no objection to either Mr. Martin's request or CadleRock's request, however, they would ask that their time frames be extended to the same date as Mr. Martin's.

5. All parties have indicated additional time would be helpful in order to streamline the summary judgment motions filing and enable the Plaintiff to coordinate its Omnibus Opposition.

2

WHEREFORE, the parties request that the time for filing summary judgment motionsbe extended to July 19, 2004 and that the time for filing a response to said motions be extended to August 27, 2004.

THE PLAINTIFF, CADLEROCK PROPERTIES
JOINT VENTURE, LP

BY _____
MICHAEL G. ALBANO, ESQUIRE
SABIA & HARTLEY
190 Trumbull Street
Hartford, CT 06103-2205
(860) 541-2077
Facsimile (860) 713-8944
Juris No. ct 21440

THE DEFENDANT, JEAN MARTIN

BY _____
JON D. BILLER
BILLER, SACHS, RAIO & ZITO
2750 Whitney Avenue
Hamden, CT 06518
(203) 281-1717
Facsimile (203) 281-7887
Juris No. ct03546

3

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLEROCK PROPERTIES JOINT VENTURE, L.P. | : | CASE NO. 3:01CV896 |
| | : | |
| vs. | : | |
| | : | |
| BENJAMIN SCHILBERG, ET AL | : | June 30, 2004 |

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following counsel and pro se parties of record on the above date:

Jill Hartley, Esq.
Michael G. Albano, Esq.
Sabia & Hartley
190 Trumbull Street
Suite 202
Hartford, CT 06103-2205

Thomas A. Armstrong, Esq.
Dominic Fulco, III, Esq.
Reid & Reige, P.C.
One Financial Plaza
Hartford, CT 06103

Joseph F. DePaolo, Jr., Esq.
132 Main Street
P.O. Box 554
Southington, CT 06489

1

Joseph B. Sappington, Esq.
Levy & Droney
74 Batterson Park Road
P.O. Box 887
Farmington, CT 06034-0887

Steven Berglass, Esq.
Sloan W. Farrell, Esq.
Seeley & Berglass
121 Whitney Avenue
New Haven, CT 06510

Mr. Thomas Nigro
7 Howard Road
Ashford, CT 06278

Thomas S. Luby, Esq.
Luby Olson, PC
405 Broad Street
P.O. Box 2695
Meriden, CT 06450



Jon D. Biller