UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CADLEROCK PROPERTIES JOINT VENTURE, L.P. : | |
| : | |
| Plaintiff : | CIVIL ACTION NO. |
| : | 301:CV896 (MRK) |
| vs. : | |
| : | |
| BENJAMIN SCHILBERG; SCHILBERG INTEGRATED : | |
| METALS CORP.; THOMAS NIGRO; ASHFORD : | |
| DEVELOPMENT CO.; DENNIS V. LOVELY; : | |
| ANTHONY M. MILO; JAMES A. STEVENS; WILSON : | |
| MORIN; JEAN G. MARTIN; DAVID W. FLORIAN; : | |
| THOMAS STANTON, JR.; CHRISTIAN R. : | |
| BRAYFIELD; CHARLES HILLS; and SUBURBAN : | |
| EXCAVATORS, INC. : | |
| : | |
| Defendants : | JULY 2, 2004 |

### DEFENDANT ANTHONY M. MILO'S
### MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56(b) of the Federal Rules of Civil Procedure and Rule 56(a) of the Local Rules of Civil Procedure, Defendant Anthony M. Milo moves this Court for entry of an Order granting summary judgment in his favor as to each count of Plaintiff's Amended Complaint, dated November 30, 2001. The attached Local Rule 56(a)(1) Statement and Memorandum of Law are filed in support of this Motion.

**ORAL ARGUMENT REQUESTED**

17086.001/363843.1

Dated this 2nd day of July, 2004.

                                                  **DEFENDANT ANTHONY M. MILO**

By: _____
Thomas M. Armstrong, Esq.
Federal Bar Number CT03545
Reid & Riege, P.C.
One Financial Plaza, 21st Floor
Hartford, CT 06103
(860) 278-1150 - Telephone
(860) 240-1002 - Fax
tarmstrong@reidandriege.com - Email
His Counsel

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Defendant Anthony M. Milo's Motion for Summary Judgment was served upon the following by first class mail, postage pre-paid, along with a true copy of the accompanying Defendant Anthony M. Milo's Memorandum of Law in Support of Motion for Summary Judgment, the Affidavit of Anthony M. Milo, the attached Local Rule 56(a)(1) Statement, and all evidence attached thereto on this 2nd day of July 2004:

| | |
|---|---|
| Jill Hartley, Esq.<br>Michael G. Albano, Edq.<br>Sabia & Hartley, LLC<br>190 Trumbull Street, Suite 202<br>Hartford, CT 06103-2205 | Jon D. Biller, Esq.<br>Biller, Sachs, Raio & Bonadies<br>2750 Whitney Avenue<br>Hamden, CT 06518 |

**ORAL ARGUMENT REQUESTED**          2

17086.001/363843.1

Brian P. Daniels, Esq.
John R. Bashaw, Esq.
Brenner, Saltzman & Wallman, LLP
271 Whitney Avenue
P. O. Box 1746
New Haven, CT  06507-1746

Thomas S. Luby, Esq.
Luby Olsen, P.C.
405 Broad Street
P.O. Box 2695
Meriden, CT 06450-1695

Steven Berglass, Esq.
Sloan W. Farrell
Seeley & Berglass
121 Whitney Avenue
New Haven, CT  06510

Mr. Thomas Nigro
7 Howard Road
Ashford, CT  06278

Joseph F. Depaolo, Jr., Esq.
132 Main Street
P.O. Box 554
Southington, CT  06489

_____
Thomas M. Armstrong, Esq.

**ORAL ARGUMENT REQUESTED**     3

17086.001/363843.1