VOL 100  PAGE 114

WARRANTEE DEED

Cleaveland Legal Blank Service, Inc.
E. Hartford, Connecticut

## To all People to whom these Presents shall come, Greeting:

KNOW YE, THAT We, DENNIS V. LOVLEY and ANTHONY M. MILO, both of the Town of Southington, County of Hartford and State of Connecticut

for the consideration of ~~FIFTY~~ FIFTY THOUSAND (50,000) ~~ONE MILLION FOUR HUNDRED THOUSAND and 00/100~~

~~($1,400,000.00)~~ Dollars

received to our full satisfaction of ASHFORD DEVELOPMENT CO., a corporation organized and existing under the laws of the State of Connecticut with a place of business at 93 Berlin Avenue, in the Town of Southington, County of Hartford and State of Connecticut

do give, grant, bargain, sell and confirm unto the said ASHFORD DEVELOPMENT CO., its successors and assigns

SEE SCHEDULE --------C.----------ATTACHED HERETO AND MADE A PART HEREOF

Said premises are subject to:

1. Second half taxes to the Towns of Ashford and Willington on the List of October 1, 1987, which taxes are due on January 1, 1989, which taxes the Grantee assumes and agrees to pay as part consideration for this deed.

$ 55.00  Conveyance Tax received

_____
Patricia _____ ATC
Town Clerk of Willington"  225.00 ST

SCHEDULE C    VOL 100   PAGE 140

that certain piece or parcel of land, together with all improvements thereon standing, located on the highway, U. S. Route 44A in the Town of Ashford, County of Windham and State of Connecticut, and that certain piece or parcel of land, together with all improvements thereon located on the highway, U. S. Route 44A in the Towns of Ashford and Willington, County of Windham and State of Connecticut, and that certain piece or parcel of land, together with all improvements thereon located on the highway, U. S. Route 44A in the Town of Willington, County of Windham and State of Connecticut, all as more particularly described as follows:

A certain piece or parcel of land, together with all improvements thereon standing, situated in the Town of Ashford, County of Windham and State of Connecticut, being shown and delineated as Lot #5, containing 1.989 acres, on a certain map entitled "Index Map Homestead Estates U. S. Route 44A Ashford & Willington, Connecticut Sheet 1 of 3 Scale 1" = 100' Date 09-02-77 Revised 09-26-77. *Richard F. Mihok Associates, Consulting Engineers Marlborough, Connecticut" certified to be substantially correct by Richard F. Mihok, Registered Professional Engineer No. 6906 and bounded and described as follows:

* Rev. 12-12-77

| | |
|---|---|
| NORTHWESTERLY | by Lot 4, 261.75 feet, as shown on said map; |
| NORTHEASTERLY | by parcel to be conveyed to Charles J. & Thelma A. O'Connell, 151.54 feet, as shown on said map; |
| SOUTHEASTERLY | by land now or formerly of Charles J. & Thelma A. O'Connell, 206.32 feet, as shown on said map; |
| SOUTHERLY | by U. S. Route 44A, 209.75 feet, as shown on said map; and |
| SOUTHWESTERLY | by Lot 4, 350.00 feet, as shown on said map. |

A certain piece or parcel of land, together with all improvements thereon standing, situated in the Towns of Ashford and Willington, County of Windham and State of Connecticut, being shown and delineated as Lot 6, on a certain map entitled " Index Map Homestead Estates U. S. Route 44A Ashford & Willington, Connecticut Sheet 1 of 3 Scale 1" = 100' Date 09-02-77 Revised 09-26-77,*Richard * Rev.12-12-77 F. Mihok Associates, Consulting Engineers Marlborough, Connecticut" certified to be substantially correct by Richard F. Mihok, Registered Professional Engineer No. 6906 and bounded and described as follows:

Commencing at a point in the northerly street line of U. S. Route 44A, said point being the southwesterly corner of Lot 7, as shown on said map and the southeasterly corner of Lot 6 of the herein described parcel as shown on said map; thence N 86° 23' 06" W, a distance of 50.00 feet along the highway, U. S. Route 44A to a CHD; thence N 03° 48' 58" E, a distance of 530.28 feet, along land now or formerly of John S. Blahusiak; thence N 05° 11' 20" E, a distance of 445.71 feet along land now or formerly of John S. Blahusiak; thence N 05° 11' 03", a distance of 956.18 feet to an iron pin, along land now or formerly of John S. Blahusiak; thence N 05° 27' 00", a distance of 234.33 feet to an iron pin, along land now or formerly of Louis J. Votava; thence N 03° 38' 33" E, a distance of 201.84 feet, along land now or formerly of Louis J. Votava; thence N 08° 36' 39" W, a distance of 109.34 feet, along land now or formerly of Louis J. Votava; thence N 04° 56' 22" E, a distance of 634.24 feet along land now or formerly of Louis J. Votava; thence N 26° 09' 07" E, a distance of 18.69 feet along land now or formerly of Louis J. Votava; thence N 48° 34' 17" E, a distance of 91.04 feet, along land now or formerly of Louis J. Votava; thence N 06° 12' 21" E, a distance of 59.96 feet along land now or formerly of Louis J. Votava; thence N 08° 29' 30" W, a distance of 65.70 feet, along land now or formerly of Louis J. Votava; thence N 77° 19'08" E, a distance of 62.26 feet along land now or formerly of Arthur R. Godbout; thence S 84° 13' 30" E, a distance of 518.05 feet, along land now or formerly of Charles R. Busse, Jr., and Mary E. Busse; thence N 75° 25' 16" E, a distance of 264.25 feet, along land now or formerly of Charles R. Busse, Jr., and Mary E. Busse; thence S 07° 25' 58" W, a distance of 227.52 feet, along land now or formerly of Joseph E. Lamotte; thence S 17° 47' 25" W, a distance of 167.52 feet, along land now or formerly of Joseph E. Lamotte; thence S 39° 08' 45" E, a distance of 95.47 feet, along land now or formerly of Joseph E. Lamotte; thence S 22° 07' 28" E, a distance of 110.10 feet, along land now or formerly of Joseph E. Lamotte; thence S 01° 15' 24" E, a distance of 84.40 feet, along land now or formerly of Joseph E. Lamotte; thence S 11° 08' 22" W, a distance of 324.71 feet, along land now or formerly of Joseph E. Lamotte; thence S 09° 43' 19" W, a distance of 276.48 feet, along land now or formerly of Joseph E. Lamotte; thence S 11° 49' 19" W, a distance of 449.29 feet, along land now or formerly of Joseph E. Lamotte; thence S 12° 59' 03" W, a distance of 239.42 feet, along land now or formerly of Joseph E. Lamotte; thence N 78° 31' 15 W, a distance of 278.18 feet, along Lot 10 as shown on said map; thence S 11° 28' 45" W, a distance of 1093.57 feet, along Lot 10 as shown on said map; thence N 81° 39' 06" W, a distance of 341.24 feet, along Lot 7 as shown on said map; thence S 03° 48' 58" W, a distance of 457.27 feet, along Lot 7 as shown on said map to the point and place of beginning.

A certain piece or parcel of land, together with all improvements thereon standing, situated in the Town of Willington, County of Windham and State of Connecticut, being shown and delineated as Lot #7, on a certain map entitled "Index Map Homestead Estates U. S. Route 44A Ashford & Willington, Connecticut Sheet 1 of 3 Scale 1" = 100' Date 09-02-77 Revised 09-26-77, *Richard F. Mihok* Rev. 12-12-77 Associates, Consulting Engineers Marlborough, Connecticut" certified to be substantially correct by Richard F. Mihok, Registered Professional Engineer No. 6906 and bounded and described as follows:

| | |
|---|---|
| NORTHERLY | by Lot 6, a distance of 341.24 feet, as shown on said map; |
| EASTERLY | by Lot 8, a distance of 463.96 feet, as shown on said map; |
| SOUTHERLY | by the highway, U. S. Route 44 A, a distance of 280.95 feet, as shown on said map; and |
| WESTERLY | by Lot 6, a distance of 457.27 feet, as shown on said map. |



VOL 100    PAGE 141

**To Have and to Hold** the above granted and bargained premises, with the appurtenances thereof, unto it the said grantee, its ~~heirs~~ successors, and assigns forever, to it and their own proper use and behoof. And also, we the said grantor s do for our selves, our heirs, executors, administrators, and successors, covenant with the said grantee, its ~~heirs~~ successors, and assigns, that at and until the ensealing of these presents, we are well seised of the premises, as a good indefeasible estate in *Fee Simple;* and have good right to bargain and sell the same in manner and form as is above written and that the same is free from all encumbrances whatsoever, except as hereinbefore mentioned.

And Furthermore, we the said grantor s do by these presents bind oursel ves and our heirs forever to *Warrant and Defend* the above granted and bargained premises to it the said grantee, its ~~heirs~~ successors, and assigns, against all claims and demands whatsoever, except as hereinbefore mentioned.

IN WITNESS WHEREOF,   We, DENNIS V. LOVLEY and ANTHONY M. MILO

have hereunto set our hands this 23rd day of August, 19 88.

Signed and Delivered in the presence of ( Type or Print name below each signature.)

WITNESS:                                                  GRANTOR:
Richard M. Bailey                                         DENNIS V. LOVLEY

Marilyn A. Nichols                                        ANTHONY M. MILO

STATE OF CONNECTICUT,
COUNTY OF HARTFORD    ss.    Southington        August 23,    19 88

Personally Appeared    DENNIS V. LOVLEY and ANTHONY M. MILO
Signer(s) of the foregoing Instrument, and acknowledged the same to be their free act and deed, before me.

~~Notary Public / J. of Peace /~~ Commissioner of Superior Court
RICHARD M. BAILEY

STATE OF CONNECTICUT,
COUNTY OF          ss.                                                 19

Personally Appeared
                                          , as aforesaid, Signer of the foregoing Instrument, and
acknowledged the same to be        free act and deed as such
               and the free act and deed of said corporation/partnership, before me.

Grantees' Address:
93 Berlin Avenue                         Notary Public / J. of Peace / Commissioner of Superior Court

Southington, Connecticut   06489

#937 Received for Record
August 24, 1988 at 1:10 PM
Patricia Todhout ATC