Case 3:01-cv-00896-MRK    Document 228-6    Filed 07/02/2004    Page 1 of 2    EXHIBIT D



# GUARANTY

IN CONSIDERATION of the sum of Three Million ($3,000,000.00) Dollars being loaned by State Savings Bank of Southington, Connecticut to Ashford Development Co. of Southington, Connecticut, receipt of which is acknowledged, we, the undersigned, hereby each unconditionally guaranty to State Savings Bank the payment of any and all sums due, or that may become due from this transaction between State Savings Bank and Ashford Development Co. as evidenced by a certain promissory note signed by Ashford Development Co. and attached hereto, up to, but not to exceed, a maximum amount of Three Hundred Thousand ($300,000.00) Dollars, (except in the case of Brayfield and Stanton which amount is One Hundred Fifty Thousand ($150,000.00) Dollars each. We expressly waive presentment for payment, protest and notice of protest thereof. Our guaranty is made regardless of the willingness and ability of Ashford Development Co. to pay the indebtedness and we understand that demand can be made upon any or all of the undersigned at anytime if Ashford Development Co. fails to make a timely payment under the attached note or abide by the terms of said note. The undersigned all understand that this guaranty is to remain in full force and effect until written notice of its termination is given by State Savings Bank.

IT IS FURTHER UNDERSTOOD that there are no conditions or limitation to this undertaking except those contained herein and that no modification of this Guaranty shall be made unless done in writing and signed by State Savings Bank and the guarantors herein.

| NAME: | SIGNATURE | AMOUNT GUARANTEED |
|---|---|---|
| ✓ George William Richard, Jr. | *George W. Richard* | $300,000.00 |

| Name | Signature | Amount |
|---|---|---|
| ✓ Wilson Morin | *signed* | $300,000.00 |
| ✓ James A. Stevens | *signed* | $300,000.00 |
| ✓ Raymond Theriault | *signed* | $300,000.00 |
| ✓ Jean G. Martin | *signed* | $300,000.00 |
| ✓ Dennis V. Lovley | *signed* | $300,000.00 |
| ✓ Anthony M. Milo | *signed* | $300,000.00 |
| Ernest J. Roed | *signed* | $300,000.00 |
| ✓ Christian R. Brayfield | *signed* | $150,000.00 |
| ✓ Thomas Stanton, JR (T.S.) | *signed* | $150,000.00 |
| ✓ David Florian | *signed* | $300,000.00 |

WITNESS: *signed*

DATE: 8/22/88