VOL 119 PAGE 490

CCT-01 4...
Willington T.C., CT.

## ASSIGNMENT OF MORTGAGE

THIS ASSIGNMENT is made as of the 18th day of February, 1994, by SHAWMUT BANK CONNECTICUT, NATIONAL ASSOCIATION, a national banking association with a mailing address at 777 Main Street, Hartford, Connecticut 06115 (Bank), to The Cadle Company of Connecticut, Inc., a Connecticut corporation with a mailing address at 4363 LaFrance Street, Newton Falls, Ohio 44444 (Assignee).

In consideration of the sum of Ten Dollars ($10.00) and other valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Bank hereby grants, bargains, sells, conveys, assigns, transfers and sets over unto Assignee all of its right, title and interest in and to those certain mortgages (the Mortgages) listed on **Exhibit A** attached hereto together with the Notes (the Notes) evidencing the indebtedness secured thereby and to the extent assignable, any and all other loan documents evidencing or securing the indebtedness including, without limitation, all liens, security interests and guaranties (collectively, the Loan Documents).

To have and to hold the same unto the said Assignee, its successors and assigns forever.

This Assignment is made without recourse or warranty except as set forth in that certain Agreement for Purchase and Sale of Notes and Loan Documents entered into by Bank and Assignee.

IN WITNESS WHEREOF, Bank has caused this Assignment to be duly executed as of the date set forth above.

WITNESSES:                          SHAWMUT BANK CONNECTICUT,
                                    NATIONAL ASSOCIATION

_____
Sonia Echevarria            By _____
                                    Theodore J. Horan
                                    Its Vice President
_____
Kimberly Smith

STATE OF CONNECTICUT)
                    ) ss. Hartford
COUNTY OF HARTFORD  )

On this 18th day of February, 1994, personally appeared Theodore J. Horan, Vice President of Shawmut Bank Connecticut, National Association, a national banking association, as aforesaid, signer of the foregoing instrument and acknowledged the same to be his free act and deed and the free act and deed of the association.

After recording return to:         _____
THE CADLE COMPANY                   Andrew J. Campbell
4363 La France Street               ~~Notary Public~~
Newton Falls, OH 44444              Commissioner of the Superior Court
(216) 872-0918                      ~~My Commission Expires:~~

VOL 119 PAGE 491

Exhibit A

| Mortgagor | Mortgaged Property Address(es) | Date of Mortgage | Recording Information |
|---|---|---|---|
| Ashford Development Co. | Ernest J. Reed tract along Rt. 44A, Ashford and Willington, CT | 08/23/88 | Vol. 100/Page 142* |

\* - Recorded in the Willington Land Records

#219
RECEIVED FOR RECORD March 1, 1994
AT 9:50AM Cheryl Brown ATC