VOL 128 PAGE 534
VOL 110 PAGE 576

CT01ACC3/B003
Ashford Dev.

## WARRANTY DEED

STATE OF OHIO )
) KNOW ALL MEN BY THESE PRESENTS:
COUNTY OF TRUMBULL )

That Cadle Properties of Connecticut, Inc., Grantor, a Connecticut corporation with offices at 100 North Center Street, Newton Falls, Ohio 44444, for and in consideration of the sum of TEN AND NO/100 ($10.00) DOLLARS and other valuable consideration paid to the undersigned by the Grantee herein named, the receipt of which consideration is hereby acknowledged, was GRANTED, SOLD AND CONVEYED, and by these presents does GRANT, SELL AND CONVEY unto CADLEROCK PROPERTIES JOINT VENTURE, L.P., Grantee, an Ohio limited partnership with offices at 100 North Center Street, Newton Falls, Trumbull County, Ohio 44444, the real property described in Exhibit "A" attached hereto and made a part hereof.

TO HAVE AND TO HOLD the above-described premises, together with all and singular the rights and appurtenances thereto in anywise belonging, unto the said Grantee, its successors and assigns forever; and Grantor does hereby bind itself and its successors and assigns to WARRANT AND FOREVER DEFEND all and singular the said premises unto the said Grantee, its successors and assigns, against every person whomsoever lawfully claiming or to claim the same or any part thereof.

EXECUTED this the 15th day of November, 1996.

Witness (as to both)                    CADLE PROPERTIES OF CONNECTICUT, INC.

_Amy Hepburn_                           By: _Daniel C. Cadle_
Amy Hepburn                                  Daniel C. Cadle
                                        Its: President

_Sharin Marcu_                          By: _Ruth A. Cadle_
Sharin Marcu                                 Ruth A. Cadle
                                        Its: Secretary

CONVEYANCE TAX RECEIVED                 CONVEYANCE TAX RECEIVED
STATE $ 1550.— LOCAL $ 341.—            1550.™ LOCAL 341.™

TOWN CLERK OF ASHFORD

VOL   128   PAGE   535

VOL. 110 PAGE 577

STATE OF OHIO

COUNTY OF TRUMBULL

    Be it known, that on this day before me, the undersigned Notary Public in and for the said jurisdiction, personally came and appeared DANIEL C. CADLE and RUTH A. CADLE, who, being by me duly sworn, and did depose and say that they reside at 4363 La France Street, Newton Falls, Ohio, 44444. DANIEL C. CADLE and RUTH A. CADLE to me personally known to be the President and Secretary of CADLE PROPERTIES OF CONNECTICUT, INC., a Connecticut corporation, to be the persons whose genuine signatures are affixed to the foregoing document, who signed said document before me in my said jurisdiction and in the presence of the two witnesses whose names are thereto subscribed as such, being competent witnesses, and who acknowledged, in my presence and in the presence of said witnesses, that being informed of the contents of the conveyance, they signed the above and foregoing document as their own free act and deed and the free act and deed of said corporation and for the uses and purposes therein set forth and apparent; that the signatures of the President and Secretary are in their own proper handwriting; and that they know the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the board of directors of said corporation; and that they signed their name thereto, executed, acknowledged and delivered said instrument by the same resolution of the board of directors of said corporation.

    In witness whereof, the said appearers have signed these presents and I have hereunto affixed my hand and seal, together with the said witnesses on the day and date first above written.

My Commission Expires:   Notary Public

_____
Print Name:  KIM M. SALTSMAN   (Use All Capital Letters)

KIM M. SALTSMAN NOTARY PUBLIC
STATE OF OHIO
MY COMMISSION EXPIRES APRIL 27, 1999

Date: November 15, 1996

(This area for official notarial seal)

RECEIVED January 13, 1997 at 1:10 pm
ATTEST _____
ASHFORD TOWN CLERK
asst.

VOL 128 PAGE 536
EXHIBIT A

# VOL. 110 PAGE 578

**FIRST PARCEL**

A certain piece or parcel of land located on the northerly side of US and CONN. Route 44A in the Town of Ashford, County of Windham, and State of Connecticut, containing three (3) acres more or less together with the improvements thereon, more particularly bounded and described as follows, to wit:

Beginning at a point in the northerly line of US and CONN. Route 44A marked by a Connecticut highway monument;

Thence making an interior angle of 90° 53' and running westerly along said US and CONN. Route 44A a distance of seventy-nine and four tenths (79.4) feet to a point marked by a Connecticut highway monument;

Thence making an interior angle of 175° 42' and continuing in a westerly direction along said US and CONN. Route 44A south of a garage, showroom and office building located on the within-described premises a distance of two hundred sixty-four and three tenths (264.3) feet to a point;

Thence, making an interior angle of 81° 22' and running northerly along other lands now or formerly of Hercules Company, Inc. a distance of seventy-seven and four tenths (77.4) feet to a point, said boundary line running to the west of said building;

Thence making an interior angle of 98° 39' and running easterly a distance of fifteen (15) feet to a point;

Thence making an interior angle of 265° 42' and running northerly a distance of two hundred ninety (290) feet along other land now or formerly of Hercules Company, Inc. to a point;

Thence making an interior angle of 98° 18' and running easterly along other lands now or formerly of Hercules Company, Inc. a distance of three hundred twenty-three and four tenths (323.4) feet to a point;

Thence making an interior angle of 82° 24' and running in a southerly direction along other lands now or formerly of Hercules Company, Inc. a distance of three hundred sixty (360) feet to a point;

Thence making an interior angle of 90° and running westerly along said US and CONN. Route 44A a distance of fifty (50) feet to a point marked by a Connecticut highway monument;

Thence making an interior angle of 270° and running in a southerly direction along said US and CONN. Route 44A a distance of twenty and one-tenth (20.1) feet to the point or place of beginning.

VOL   128   PAGE   537
EXHIBIT A
*continued*

VOL. 110 PAGE 579

a certain piece or parcel of land, together with all improvements thereon standing, situated in the Town of Ashford, County of Windham and State of Connecticut, being shown and delineated as Lot #10 containing 11.51 acres on a certain map entitled "Index Map Homestead Estates U. S. Route 44A Ashford & Willington, Connecticut Sheet 1 of 4 Scale 1" = 100' Dated 09-02-77 Revised 09-26-77, Richard F. Hihok Associates, Consulting Engineers Marlborough, Connecticut" certified to be substantially correct by Richard F. Hihok, Registered professional Engineer No. 6906.

Being the same premises as described in a Quit-Claim Deed from Richard D. D'Onofrio and Kathleen L. D'Onofrio to The Wagon Shed, Inc. dated November 8, 1982 and recorded in Vol. 75 at Page 83 of the Ashford Land Records.

Said map is recorded in the Town Clerk's Office in said Town of Ashford as Map No. 445.

VOL 128 PAGE 538   VOL. 110 PAGE 580
EXHIBIT A
*continued*

piece or parcel of land, together with all improvements thereon standing, located on the highway, U. S. Route 44A in the Town of Ashford, County of Windham and State of Connecticut, and that certain piece or parcel of land, together with all improvements thereon located on the highway, U. S. Route 44A in the Towns of Ashford and Ullington, County of Windham and State of Connecticut, and that certain piece or parcel of land, together with all improvements thereon located on the highway, U. S. Route 44A in the Town of Ullington, County of Windham and State of Connecticut, all as more particularly described as follows:

A certain piece or parcel of land, together with all improvements thereon standing, situated in the Town of Ashford, County of Windham and State of Connecticut, being shown and delineated as Lot 15, on a certain map entitled "Index Map Homestead Estates U. S. Route 44A Ashford & Ullington, Connecticut Sheet 1 of 3 Scale 1" = 100' Date 09-02-77 Revised 09-26-77, Richard F. Hihok Associates, Consulting Engineers Marlborough, Connecticut" certified to be substantially correct by Richard F. Hihok, Registered Professional Engineer No. 6906 and bounded and described as follows:

| | |
|---|---|
| NORTHWESTERLY | by Lot 4, 261.75 feet, as shown on said map; |
| NORTHEASTERLY | by parcel to be conveyed to Charles J. & Thelma A. O'Connell, 151.54 feet, as shown on said map; |
| SOUTHEASTERLY | by land now or formerly of Charles J. & Thelma A. O'Connell, 206.32 feet, as shown on said map; |
| SOUTHERLY | by U. S. Route 44A, 209.75 feet, as shown on said map; and |
| SOUTHWESTERLY | by Lot 4, 350.00 feet, as shown on said map. |

A certain piece or parcel of land, together with all improvements thereon standing, situated in the Towns of Ashford and Ullington, County of Windham and State of Connecticut, being shown and delineated as Lot 6, on a certain map entitled "Index Map Homestead Estates U. S. Route 44A Ashford & Ullington, Connecticut Sheet 1 of 3 Scale 1" = 100' Date 09-02-77 Revised 09-26-77, Richard F. Hihok Associates, Consulting Engineers Marlborough, Connecticut" certified to be substantially correct by Richard F. Hihok, Registered Professional Engineer No. 6906 and bounded and described as follows:

MAP 16/17, 18

Commencing at a point in the northerly street line of U. S. Route 44A, said point being the southeasterly corner of Lot 7, as shown on said map and the southeasterly corner of Lot 6 of the herein described parcel as shown on said map; thence N 86° 23' 06" W, a distance of 50.00 feet along the highway, U. S. Route 44A to a CHD; thence N 03° 48' 58" E, a distance of 530.28 feet, along land now or formerly of John S. Blahuslak; thence N 05° 11' 20" E, a distance of 445.71 feet along land now or formerly of John S. Blahuslak; thence N 05° 11' 03", a distance of 358.18 feet to an iron pin, along land now or formerly of John S. Blahuslak; thence N 03° 27' 00", a distance of 234.33 feet to an iron pin, along land now or formerly of Louis J. Votava; thence N 03° 38' 33" E, a distance of 201.84 feet, along land now or formerly of Louis J. Votava; thence N 08° 36' 39" W, a distance of 109.34 feet, along land now or formerly of Louis J. Votava; thence N 04° 56' 22" E, a distance of 634.24 feet along land now or formerly of Louis J. Votava; thence N 26° 09' 07" E, a distance of 18.69 feet along land now or formerly of Louis J. Votava; thence N 48° 36' 17" E, a distance of 91.04 feet, along land now or formerly of Louis J. Votava; thence N 06° 12' 11" E, a distance of 59.96 feet along land now or formerly of Louis J. Votava; thence N 08° 29' 30" W, a distance of 65.70 feet, along land now or formerly of Louis J. Votava; thence N 77° 19' 08" E, a distance of 62.16 feet along land now or formerly of Arthur R. Cochran; thence S 84° 13' 30" E, a distance of 518.03 feet, along land now or formerly of Charles R. Busse, Jr., and Mary E. Busse; thence N 75° 15' 16" E, a distance of 164.25 feet, along land now or formerly of Charles R. Busse, Jr., and Mary E. Busse; thence S 07° 25' 58" W, a distance of 227.32 feet, along land now or formerly of Joseph E. Larotte; thence S 17° 47' 25" W, a distance of 167.52 feet, along land now or formerly of Joseph E. Larotte; thence S 39° 08' 45" E, a distance of 95.47 feet, along land now or formerly of Joseph E. Larotte; thence S 22° 07' 28" E, a distance of 110.10 feet, along land now or formerly of Joseph E. Larotte; thence S 01° 15' 24" E, a distance of 84.40 feet, along land now or formerly of Joseph E. Larotte; thence S 11° 08' 22" W, a distance of 324.71 feet, along land now or formerly of Joseph E. Larotte; thence S 09° 43' 19" W, a distance of 276.48 feet, along land now or formerly of Joseph E. Larotte; thence S 11° 49' 19" W, a distance of 449.29 feet, along land now or formerly of Joseph E. Larotte; thence S 12° 59' 03" W, a distance of 239.42 feet, along land now or formerly of Joseph E. Larotte; thence N 78° 33' 15" W, a distance of 278.18 feet, along Lot 10 as shown on said map; thence S 11° 28' 45" W, a distance of 1093.57 feet, along Lot 10 as shown on said map; thence N 81° 39' 06" W, a distance of 341.24 feet, along Lot 7 as shown on said map; thence S 03° 43' 58" W, a distance of 457.27 feet, along Lot 7 as shown on said map to the point and place of beginning.

A certain piece or parcel of land, together with all improvements thereon standing, situated in the Town of Ullington, County of Windham and State of Connecticut, being shown and delineated as Lot 17, on a certain map entitled "Index Map Homestead Estates U. S. Route 44A Ashford & Ullington, Connecticut Sheet 1 of 3 Scale 1" = 100' Date 09-02-77 Revised 09-26-77, Richard F. Hihok Rev. 12-12-77 Associates, Consulting Engineers Marlborough, Connecticut" certified to be substantially correct by Richard F. Hihok, Registered Professional Engineer No. 6906 and bounded and described as follows:

MAP 16/17

| | |
|---|---|
| NORTHERLY | by Lot 6, a distance of 341.24 feet, as shown on said map; |
| EASTERLY | by Lot 8, a distance of 463.96 feet, as shown on said map; |
| SOUTHERLY | by the highway, U. S. Route 44 A, a distance of 780.95 feet, as shown on said map; and |
| WESTERLY | by Lot 6, a distance of 457.27 feet, as shown on said map. |

VOL 128 PAGE 539
EXHIBIT A
*continued*   VOL. 110 PAGE 581 6

539

Those certain pieces or parcels of land, situated in the Town of Ashford, County of Windham and State of Connecticut, known as Lot Nos. 1, 4, 13 and 14 on a certain map or plan entitled, "Index Map, Homestead Estates, U.S. Route 44A, Ashford and Willington, Connecticut Scale: 1"=100' Date 9-2-77 Revised 9-26-77, 12-13-77 Approved 6-12-78, and being more particularly bounded and described as follows:

PARCEL A: Designated as Lot #1 on said map or plan, and being bounded:

NORTHERLY: by Lot #15, as shown on said map, a distance of Three Hundred Thirty-seven and eighty-six one-hundredths (337.86) feet;

SOUTHERLY: by U.S. Route 44A, a distance of Three Hundred Fifty and sixteen one-hundredths (350.16) feet;

EASTERLY: by Lot #2, as shown on said map, a distance of Three Hundred Sixty-four and eighteen one-hundredths (364.18) feet; and

WESTERLY: by U.S. Route 44A, a distance of Nineteen and twenty-five one-hundredths (19.25) feet and also by land now or formerly of K & H Construction Co., Inc., a distance of Three Hundred Fifty-five and fourteen one-hundredths (355.14) feet.

PARCEL B: Designated as Lot #4 on said map or plan, and being bounded and described as follows:

Beginning at a point on the northerly side of U.S. Route 44A, which point is Fifty (50) feet from a Conn. Highway Department marker, and being the southeasterly corner of Lot #3 on said map, and the southwesterly corner of the premises herein described, thence running N 14° 32' 37" W, a distance of Three Hundred Forty-nine and seventy-seven one-hundredths (349.77) feet along the line of the said Lot #3 to a point; thence turning and running S 75° 27' 23" W, along the northerly line of said Lot #3, a distance of One Hundred Fifty (150) feet to a point, which point marks the southeasterly corner of Lot #15 on said map; thence turning and running N 12° 39' 12" E, a distance of Eight Hundred Forty and seventy-two one-hundredths (840.72) feet, along line of Lot #15 to a point; thence turning and running S 79° 56' 47" E, a distance of One Hundred Forty-six and forty-five one-hundredths (146.45) feet to a point, thence S 87° 36' 48" E, a distance of Three Hundred Eighty-five and forty-two one-hundredths (385.42) feet to a point, being along the line of land now or formerly of Joseph E. Lamotte; thence turning and running S 02° 15' 43" W, a distance of One Hundred Seventy-six and thirty-four one-hundredths (176.34) feet to a point, thence S 08° 24' 34" E, a distance of Forty and fifty-nine one-hundredths (40.59) feet to a point, thence S 05° 34' 29" W, a distance of Two Hundred Ten and forty-three one-hundredths (210.43) feet to a point, thence S 04° 16' 04" W, a distance of One Hundred Seventy-seven and twenty-nine one-hundredths (177.29) feet to a point, all along line of land now or formerly of Joseph E. Lamotte; thence turning and running S 75° 27' 23" W, a distance of Five Hundred One and twenty-six one-hundred (501.26) feet along line of land now or formerly of Charles J. O'Connell and Thelma A. O'Connell and Lot #5 on said map, partly by each, to a point; thence turning and running S 14° 32' 37" E, a distance of Three Hundred Fifty (350) feet along line of Lot #5 on said map to Conn. Highway Department marker, located on the northerly side of U.S. Route 44A; thence turning and running S 75° 47' 04" W, a distance of Fifty (50) feet to the point and place of beginning.

VOL 128 PAGE 540
EXHIBIT A
*Continued*

VOL. 110 PAGE 582

6

5"

4

**PARCEL C:** Designated as Lot 113 on said map and being bound and described as follows:

Beginning at a point, which point marks the southeasterly corner of Lot 112 on said map and the southwesterly corner of the premises herein described, and being Two Hundred Fifty-three and thirty one-hundredths (253.30) feet westerly to a Conn. Highway Department marker, on the northerly side of U.S. Route 44A; thence running N 08° 20' 54" E, a distance of Four Hundred Fifty (450) feet along line of Lot 112 on the said map to a point; thence turning and running N 08° 20' 54" E along Lot 110 on said map, a distance of One Thousand Forty and eighty one-hundredths (1,040.80) feet to a point; thence turning and running S 63° 52' 49" E, a distance of Six and four one-hundredths (6.04) feet to a point, and thence S 74° 39' 34" E, a distance of Three Hundred Forty-one and eleven one-hundredths (341.11) feet to a point, and thence S 81° 58' 53" E, a distance of Eight five and thirty-six one-hundredths (85.36) feet to a point, all along line of land now or formerly of Joseph E. Lamotte and running along the course of a wire fence, as shown on said map; thence turning and running S 15° 45' 08" W, a distance of One Thousand Six and thirty-one one-hundredths (1,006.31) feet along Lot 114 on said map to a point, and thence S 08° 20' 54" W, a distance of Four Hundred Fifty (450) feet along said Lot 114 to a point, the point being on the northerly side of U.S. Route 44A; thence turning and running N 81° 39' 06" W along said highway, a distance of One Hundred Fifty (150) feet to the point and place of beginning.
***thence S 81° 39' 06" E, 150.00 feet along the line of Lot No. 12 to a point.

**PARCEL D:** Designated as Lot 114 on said map and being bound and described as follows:

Beginning at a point in the northerly side of U.S. Route 44A, which point marks the southeast corner of Lot 113 and the southwest corner of the premises herein described, and being One Hundred Three and Thirty one-hundredths (103.30) feet west of a Conn. Highway Department marker, on the northerly side of U.S. Route 44A; thence running N 08° 20' 54" E along the said Lot 113, a distance of Four Hundred Fifty (450) feet to a point; thence N 15° 45' 08" E, a distance of One Thousand Six and Thirty-one one-hundredths (1,006.31) feet along line of Lot 113 to a point; thence turning and running S 81° 58' 53" E, a distance of Twenty-seven (27) feet to a point where a stonewall commences, thence N 85° 31' 41" E, a distance of One Hundred Seventy-one and Ten one-hundredths (171.10) feet along the said stonewall, thence turning and running N 03° 46' 00" E, a distance of Nine and eighty-four one-hundredths (9.84) feet along said stonewall thence turning and running N 79° 10' 18" E, a distance of Two Hundred Thirty-six and eighty one-hundredths (236.80) feet to a point, all along line of land now or formerly of Joseph E. Lamotte; thence turning and running S 22° 28' 00" W, a distance of One Thousand Six Hundred Twenty-five and seventy-nine one-hundredths (1625.79) feet along the line of Lot 115 on said map, to a point, which point is on the notherly side of U.S. Route 44A; thence turning and running Forty-six and Seventy one-hundredths (46.70) feet westerly to a Conn. Highway Department marker, thence running N 81° 39' 06" W, a distance of One Hundred Three and Thirty (103.30) feet to the point and place of beginning.

VOL   128   PAGE   541
EXHIBIT A
*Continued*

VOL. 110 PAGE 583

That certain piece or parcel of land with the buildings thereon, situated in the southwesterly part of the Town of Ashford, County of Windham and State of Connecticut, more particularly bounded and described as follows:

NORTHERLY: By land now or formerly of Charles H. Busse, Jr. and Mary L. Busse; land now or formerly of Charles H. O'Alesandro and Fred E. Hilton; and land now or formerly of Catherine M. Gillikin, partly by each;

EASTERLY: By land now or formerly of Catherine M. Gillikin; by a public roadway leading to the Knowlton Cemetery; by land now or formerly of William J. Karosi and Rose Karosi; by land now or formerly of William L. Karosi and Jeanette Karosi; by Karosi Road and by Giant Oak Lane, partly by each;

SOUTHERLY: By Giant Oak Lane, a highway, Route 44A; land now or formerly of Roy H. Roberson; and land now or formerly of the Windham Hill Development Group, partly by each; and

WESTERLY: By land now or formerly of Roy H. Roberson, the Windham Hill Development Group and the Town of Willington, partly by each.

Excepting from the above premises land described in a Warranty Deed dated July 12, 1955 from Joseph E. Lamotte to Roy H. and Eleanor L. Roberson, recorded in the Ashford Land Records in Volume 43, at Page 186, containing an estimated area of 1 acre, together with the right to use in common with others a driveway to be built on land of William A. Hajosy along the east side of the property.

Also, excepting from the above described premises, land described in a Quit-Claim Deed from Charles B. Goodstein, William A. Shocket and Robert Satter to Joshua's Tract Conservation and Historic Trust, dated September 20, 1972 and recorded in the Ashford Land Records, in Volume 63, at Page 321. Containing an area of 0.36 acres on the westerly side of Giant Oak Lane as shown on a certain plan on file in the Ashford Land Records entitled "Plan of Ashford Oak Surveyed for Joshua's Tract Conservation and Historic Trust Giant Oak Lane Ashford, Connecticut Scale 1" = 20' July 1972 Kieltyka & Woodis Land Surveyor."

Also, excepting therefrom land described as Lots 1 through 7 on a certain map or plan entitled "Final Subdivision Plan entitled GIANT OAK ESTATES Ashford, Connecticut Scale 1" = 200' Sheet 4 of 4 Prepared for Charles B. Goodstein, et. al. Zone: RA March 18, 1981, Revised 5-9-81, 6-26-81, 10-5-81, 10-27-81, 3-1-82, 3-11-81, Stanley W. Szestovicki and Associates 623 Talcottville Road Vernon, Connecticut No. 7872". Intending hereby to describe all those certain pieces or parcels of land as were conveyed by Robert Satter, Trustee to Crossen Builders, Inc. by Warranty Deed dated May 26, 1982 and recorded in the Ashford Land Records in Volume 73 at Page 36 and by Warranty deed from Florence A. and Charles B. Goodstein to Crossen Builders dated May 19, 1982 and recorded in the Ashford Land Records at Volume 73 Page 37.

Intending hereby to convey a portion of the premises described in the following deeds recorded in the Ashford Land Records in Volume 67 Page 32, Volume 57 Page 243, Volume 58 Page 61. Said premises are shown and designated as "Remaining Land Contains 225 acres (Approx)", on a map or plan entitled "Final Subdivision Plan GIANT OAK ESTATES".

Received for record March 11, 1997
11:10 AM  *[signature]* ATC