EXHIBIT K

The Cadle Company<br>
100 North Center Street<br>
Newton Falls, OH 44444<br>
(330) 872-0918<br>
(888) 462-2353 (888-GOCADLE)<br>
FAX (330) 872-5367

December 5, 1997

Anthony DeNorfia, Esq.
133 Main Street
Southington, CT 06489

RE: Ashford
Our File No. 0T010003

Dear Mr. DeNorfia:

This lettter is to confirm our conversation of December 5, 1997, regarding settlement of the judgement against your clients Anthony Milo, Jean Martin, and David Florian.

As we have agreed, The Cadle Company of Connecticut, Inc. will accept two hundred seventeen thousand five hundred dollars ($217,500.00) from each of these judgement debtors as settlement in full of their individual obligations in this matter as long as the transaction has been consummated on or before December 12, 1997.

Enclosed with this letter is a release in favor of The Cadle Company of Connecticut, Inc. for each of the aforementioned debtors. The signed release must be received by The Cadle Company, with the certified funds as above, or in any event before we will be able to release the judgement pertaining to these individuals. Once we receive the signed release and the certified funds, we will send you a release for each of your clients to record.

As I am sure you understand, this payment of six hundred fifty-two thousand five hundred dollars ($652,500.00) will only release the abovementioned debtors from the judgement. The other debtors who are part of this matter will still be held liable for their full portion of the debt as outlined by the court and settlement with them on an individual basis is in no way to be misconstrued or implied by this agreement to settle with your clients.

If you have any questions, please do not hesitate to contact me. I can be reached at the above telephone number between the hours of 8:30 a.m. and 5:00 p.m. Monday through Friday.

Yours very truly,<br><br>
Alan C. Adams<br>
Account Officer

ACA:LA
Enclosures
By fax (860)-276-1047

53414