**RECEIVED**

**DEC 09 1997**

RELEASE

**THE CADLE COMPANY**

The undersigned, was/were Debtor(s), Surety(ies) and Guarantor(s), Obligor(s), as the appropriate case may be, of Shawmut Bank, N.A. ("BANK"). The Bank sold Notes evidencing said indebtedness, together with all Collateral and Security Instruments to THE CADLE COMPANY OF CONNECTICUT, INC. who has now agreed to renew, extend, renegotiate, compromise, settle, or release, as the appropriate case may be, the following identified Note(s)/or Loans(s):

| Note/Loan Number | Original Principal Amount | Date | Obligor(s) |
|---|---|---|---|
| OT010003 | $ 2,030,987.34 | July 17, 1997 | Anthony Milo |

As consideration therefor, the undersigned agrees to execute this Release in favor of the Bank and THE CADLE COMPANY OF CONNECTICUT, INC., as Assignee of the Bank ("Released Parties"), as third-party beneficiaries. Obligor(s), his/their, heirs and assigns, for itself, its successors and assigns (as the appropriate case may be), hereby releases, acquits and forever discharges the Bank and THE CADLE COMPANY OF CONNECTICUT, INC., their agents, servants and employees, and all persons and entities in privity with them or any of them, from any and all claims or causes of action of any kind whatsoever, at common law, statutory or otherwise, which Obligor(s) and those on whose behalf Obligor(s) signs has or might have, whether known or unknown, now existing or arising hereafter, directly, indirectly, or remotely attributable or related to the above described Note(s) or Loan(s), this Release being intended and understood to release all present and future claims of any kind which Obligor(s) and those on whose behalf Obligor(s) sign(s) might have against those hereby released, arising from or growing out of any act or omission occurring prior to the date of this Release.

Date of this Release  12/8/97

_____
(Obligor or Duly Authorized
Representative of Obligor)

B3407