Rec'd/CADLE
MAY 30 1998

| | | |
|---|---|---|
| NO. CV-94-0056277 S | : | SUPERIOR COURT |
| THE CADLE COMPANY OF CONNECTICUT, INC. | : | JUDICIAL DISTRICT OF TOLLAND |
| VS. | : | AT ROCKVILLE |
| ASHFORD DEVELOPMENT CO., ET AL. | : | MAY 28, 1998 |

## SATISFACTION OF JUDGMENT

This certifies that the Judgment entered by the Court dated August 15, 1997 on Plaintiff's Complaint in the above-captioned action has been satisfied as to the following Defendants only:

> DAVID FLORIAN
> JEAN G. MARTIN
> ANTHONY M. MILO

PLAINTIFF,
THE CADLE COMPANY OF
CONNECTICUT, INC.

By: _____
Jill Hartley
Sabia & Hartley, LLC
100 Constitution Plaza, Suite 600
Hartford, CT 06103
(860)541-2077
Its Attorneys
Juris No. 412905

53679

## CERTIFICATION

I hereby certify that a copy of the foregoing Satisfaction of Judgment has been sent postage prepaid, this 28th day of May, 1998 to:

Mr. Robert M. Axelrod
204 East Main Street
P.O. Box 2404
Meriden, CT 06450

Guy R. DeFrances, Jr., Esq.
Luby Olson Mango Gaffney et al.
405 Broad Street
P.O. Box 2695
Meriden, CT 06450-1695

Anthony A. Denorfia, Esq.
Denorfia & Foti, LLC
133 Main Street
P.O. Box 597
Southington, CT 06489

_____
Jill Hartley

I:\WPDOCS\CADLE\ASHFORD\Satisfaction of Judgment.wpd

- 2 -

536630