

# State of Connecticut
## Judicial Branch
### Civil/Family Case Look-up

Go back to menu

Comments Page

Click here for information on how to use our site.

Screen Section Help
  Detail
  Party
  Motions

# Case Detail

Data Updated as of: 7/24/01

| Plaintiff Name | VS | Defendant Name |
|---|---|---|
| CADLEROCK PROPERTIES | VS | ASHFORD DEVELOPMENT |

Docket Number: CV-99-0494879-S        Court Location: New Britain
File Date: Apr 15 1999                 Return Date: May 04 1999
*Last Action Date: Jul 12 2001         ADR Status: Not Applica
Case Type: TORT,OTHER - ALL OTHER

List Type: .

Disposition
Judge/Magistrate:                      Trial List Claim:
Disposition:

* 'Last Action Date' is a data entry date, not actual

## Parties / Attorneys

| Party Name & Address | Pty No. | Pltf / Def | Pro Se | Non Appear |
|---|---|---|---|---|
| CADLEROCK PROPERTIES JOINT VENTURE L.P | 01 | P | | |
| Attorney: SABIA & HARTLEY LLC (Juris No. 412905) 190 TRUMBULL STREET SUITR 202 HARTFORD, CT 06103 2205 860-541-2077 | | | | |
| ASHFORD DEVELOPMENT CO. | 50 | D | | |
| Attorney: RICHARD BAILEY (Juris No. 301136) 886 SOUTH MAIN STREET P.O. BOX 593 PLANTSVILLE, CT 06479 | | | | |
| DENNIS V. LOVELY | 51 | D | | |
| Attorney: RICHARD BAILEY (Juris No. 301136) 886 SOUTH MAIN STREET P.O. BOX 593 PLANTSVILLE, CT 06479 | | | | |
| ANTHONY M. MILO | 52 | D | | |

```
         Attorney: DENORFIA & GALLAGHER LLC (Juris No. 417943)
                   133 MAIN ST PO BOX 597
                   SOUTHINGTON, CT 06489
                   860-628-9671

CHARLES HILLS                    53        D                          Y

THOMAS NIGRO                     54        D           Y

   7 HOWARD ROAD ASHFORD, CT 06278

DAVID FLORIAN                    55        D

         Attorney: SEELEY & BERGLASS (Juris No. 408003)
                   121 WHITNEY AVENUE
                   NEW HAVEN, CT 06510
                   203-562-5888

JEAN G. MARTIN                   56        D

         Attorney: BILLER SACHS RAIO & BONADIES (Juris No. 409077)
                   2750 WHITNEY AVENUE
                   HAMDEN, CT 06518
                   203-281-1717

WILSON MORIN                     57        D                          Y

JAMES STEVENS                    58        D           Y

   62 LASALLE ROAD WEST HARTFORD, CT 06107

THOMAS STANTON                   59        D

         Attorney: LUBY OLSON MANGO GAFFNEY & DEFRANCE (Juris No. 0346
                   405 BROAD STREET
                   PO BOX 2695
                   MERIDEN, CT 06450 1695
                   203-639-3560

CHRISTIAN BRAYFIELD              60        D

         Attorney: LUBY OLSON MANGO GAFFNEY & DEFRANCE (Juris No. 0346
                   405 BROAD STREET
                   PO BOX 2695
                   MERIDEN, CT 06450 1695
                   203-639-3560

SUBURBAN EXCAVATORS INC.         61        D                          Y
(CITED PARTY)
```

## Motions / Pleadings / Objections - (Last 10)

| Entry No | Entry Date | Description | Initiated By | Arguable | Result | Result Date | Ordered By |
|---|---|---|---|---|---|---|---|
| 154.00 | Jan 17 2001 | MOT EXTEND TIME-PLEADING | D | No | | | |
| 155.00 | Feb 16 2001 | MOT EXTEND TIME-PLEADING | D | No | | | |
| 156.00 | Feb 21 2001 | MOT EXTEND TIME-PLEADING | D | No | | | |
| 157.00 | Apr 16 2001 | MOT EXTEND TIME-PLEADING | D | No | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 158.00 | Apr 23 2001 | MOT EXTEND TIME | D | No | | | |
| 159.00 | May 14 2001 | MOT EXTEND TIME | D | No | Granted | Jun 13 2001 | Hon. BERNARD GAFFNEY |
| 160.00 | Jun 13 2001 | MOT EXTEND TIME-PLEADING | D | No | | | |
| 161.00 | Jun 14 2001 | MOT EXTEND TIME-PLEADING | D | No | | | |
| 162.00 | Jun 20 2001 | MOT EXTEND TIME-PLEADING | D | No | | | |
| 163.00 | Jul 09 2001 | MOT EXTEND TIME-PLEADING | D | No | | | |

News and Updates | Supreme and Appellate Courts | Superior Court Probate Court |
Judicial Branch Directory | Yesterday and Today
Kids' Stuff | Frequently Asked Questions