

# STATE OF CONNECTICUT
## DEPARTMENT OF ENVIRONMENTAL PROTECTION



April 25, 1996

Mr. Jim Hoffman
The Caidle Company of Connecticut, Inc.
332 Circle Drive
Torrington, CT 06790

RE: Ashford/Willington, CT
 former Ashford Development Company property

Dear Jim:

I would like to thank you for meeting with Maurice Hamel and I on April 17, 1996 regarding the property your company owns in Ashford and Willington Connecticut. During our meeting, Maurice and I apprised you and the other attendees of the meeting (see attached list) of the status of investigations conducted to date by DEP and others at the site, and of our concerns as regards site environmental conditions.

It is our understanding from the meeting that you are interested in selling the property for development. We noted that there is a limited amount of soil which has been identified in two areas of the site, one with hazardous levels of heavy metals the other with petroleum constituents. There are also a number of unresolved allegations of waste disposal and of drum burial. Some work has previously been done to investigate the property. You indicated that you are in possession of the April, 1994 Phase II report by Rizzo Consultants, Inc., performed on behalf of Shawmut Bank. Their report, to some degree, provides the information to determine what remediation will be necessary to give the site a clean bill of health. We stated that additional investigation of the site is warranted in some areas that Rizzo did not investigate, as well as to better delineate the extent of contamination Rizzo did encounter. To help you interpret the environmental monitoring results you have, and to allow you to better judge the extent of cleanup needed at the site, I provided you with a copy of the Connecticut Remediation Standard Regulations.

During our meeting, approaches to resolving the environmental issues were discussed, including filing the site as an establishment under the state's "Transfer Act", Sec. 22a-134a of the Connecticut General Statutes. Under the Transfer Act it is possible that the site would be eligible to be investigated and remediated under the oversight of a Licensed Environmental Professional. This may provide you greater flexibility in performing the necessary actions to address the outstanding environmental concerns in a timely manner. As we discussed, a transfer filing would also address the need by the state to have firm commitments from various parties to complete the required remedial measures and would serve as an alternative to enforcement actions. The decision on the appropriate course for you to pursue should be made in consultation with your counsel.

If I may be of help in any way, or if you have any questions please do not hesitate to contact me at (860) 424-3769.

Sincerely,

Thomas O'Connor
Environmental Analyst
Permitting, Enforcement & Remediation Division
Bureau of Water Management

( Printed on Recycled Paper )
79 Elm Street • Hartford, CT 06106 - 5127
*An Equal Opportunity Employer*

PROPERTY TRANSFER PROGRAM
PERMITTING, ENFORCEMENT AND REMEDIATION DIVISION
BUREAU OF WATER MANAGEMENT
DEPARTMENT OF ENVIRONMENTAL PROTECTION

MEETING ATTENDEE LIST

SITE: Ashford Development
DATE: 4/17/96
LOCATION: DEP Hartford

| NAME | REPRESENTING | PHONE # |
|---|---|---|
| Maurice Hamel | DEP | 424-3787 |
| Tom O'Conner | DEP | 424-3769 |
| John M Zulick | Ashford | 429-2750 |
| *Jim Hoffman | Cadle Co | 496-1605 |
| Lindy Childress | Childress Land Co | 870-7979 |
| Sebastiano Accaputo | With H.J. | 528-4186 |
| Harry James | H.J. | 528-4186 |
| Francis M. Cosgrove | Prudential RE | 571-6927 |

*The Cadle Company of CT, Inc
332 Circle Dr
Torrington, CT 06790