1

```
 1            UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT
 2
    CADLEROCK PROPERTIES JOINT           :  CASE NO.
 3  VENTURE, L.P.,                       :  3:01CV896 (SRU)
         Plaintiff,                      :
 4                                       :
              vs.                        :
 5                                       :
    BENJAMIN SCHILBERG; SCHILBERG        :
 6  INTEGRATED METALS, CORP.; THOMAS    :
    NIGRO; ASHFORD DEVELOPMENT CO.;     :
 7  DENNIS V. LOVLEY; ANTHONY M. MILO;  :
    JAMES A. STEVENS; JEAN G. MARTIN;   :
 8  DAVID W. FLORIAN; THOMAS STANTON    :
    JR.; CHRISTIAN R. BRAYFIELD; CHARLES :
 9  HILL; and SUBURBAN EXCAVATORS, INC., :
         Defendants.                     :
10
11
12
    ------------------------------------------------------
13            Deposition of:  DANIEL C. CADLE
    ------------------------------------------------------
14
15
16
17            Taken before Sheryl L. Yeske,
      a Notary Public/Stenographer within and for
18      the State of Connecticut, at the Law Offices of
    Reid & Reige, P.C., One Financial Plaza,
19  The Gold Building, Hartford, Connecticut on
    January 30, 2004.
20
21
22
23
              SHERYL L. YESKE, LSR
24              License No. 00028
        Brandon Smith Reporting Service, LLC
25              44 Capitol Avenue
```

2

```
 1   A P P E A R A N C E S:

 2   Appearing on behalf of the PLAINTIFF

 3     JILL HARTLEY, ESQUIRE
       Sabia & Hartley, LLC
 4     190 Trumbull Street, Suite 202
       Hartford, CT 06103-2205
 5
     Appearing on behalf of the DEFENDANT - DENNIS V. LOVLEY
 6
         JOSEPH F. DePAOLO, ESQUIRE
 7       16 Cornerstone Court
         Plantsville, CT 06479
 8
     Appearing on behalf of the DEFENDANT - ANTHONY M. MILO
 9
       THOMAS M. ARMSTRONG, ESQUIRE
10     Reid & Riege, P.C.
       One Financial Plaza
11     The Gold Building
         Hartford, CT 06103
12
     Appearing on behalf of the DEFENDANT - JEAN G. MARTIN
13
       BENJAMIN R. BOUTAUGH, JR., ESQUIRE
14     Biller, Sachs, Raio & Bonadies
       2750 Whitney Avenue
15     Hamden, CT 06518

16   Appearing on behalf of DEFENDANTS - THOMAS STANTON,
     JR., and CHRISTIAN R. BRAYFIELD
17
       THOMAS S. LUBY, ESQUIRE
18     Luby, Olson, Mango, Gaffney & DeFrances, P.C.
       405 Broad Street
19     P.O. Box 2695
       Meriden, CT 06450-1695
20
     Appearing on behalf of DEFENDANT - BENJAMIN SCHILBERG
21
       BRIAN P. DANIELS, ESQUIRE
22     Brenner, Saltzman & Wallman LLP
         271 Whitney Avenue
23       New Haven, CT

24

25
```

3

```
 1
       Direct examination by Attorney Armstrong              10
 2
       Cross-examination by Attorney Daniels               126
 3
       Cross-examination by Attorney DePaolo               160
 4
       Cross-examination by Attorney Luby                  168
 5
       Redirect examination by Attorney Armstrong          198
 6
                        EXHIBIT INDEX
 7
         56, agreement                                      62
 8
         57, letter dated April 25, 1996                    66
 9
         58, document                                             67
10
         59-63, documents                                   67
11
         64 and 65, Rizzo Associates reports                73
12
         66, document                                      106
13
         67-72, documents                                  113
14
         73, document                                      119
15
         74-100, photographs                               152
16
       Reporter's Note:  Original exhibits retained by
17                       Attorney Armstrong.
18
19
20
21
22
23
24
25
```

4

```
 1                    S T I P U L A T I O N S

 2

 3      It is stipulated and agreed between counsel for the

 4   parties that the proof of the authority of the Notary

 5   Public before whom this deposition is waived

 6

 7      It is stipulated that any defects in the notice are

 8   waived.

 9

10      It is further stipulated that the reading and

11   signing of the deposition transcript of the witness are

12   not waived.

13

14

15

16

17

18

19

20

21

22

23

24

25
```

5

```
 1          (Deposition commenced at 10:13 a.m.)
 2
 3          THE REPORTER:  Usual stipulations?
 4          MS. HARTLEY:  Yes.  And we would like him
 5  to read and sign.
 6          MR. DANIELS:  Jill, the only concern I
 7  have with the usual stipulations is that you're only
 8  objecting as to the form.  And you may have other
 9  evidentiary evidence.  I don't know if you plan on
10  bringing Mr. Cadle back in the state to testify at
11  trial.  We would want to use his transcript for a lot
12  of things.  And we don't want to get to trial and have
13  a lack of foundation objection and not be able to use
14  it if he's not in state for the trial.  That was the
15  only concern I had.
16          MS. HARTLEY:  Well --
17          MR. DANIELS:  I mean, I guess the way that
18  will work, if there are relevancy objections,
19  obviously, we will argue certain questions and answers
20  are relevant as part of the transcript.  If you were at
21  a trial proceeding, you would object as to relevancy.
22          MS. HARTLEY:  I don't want to be put at a
23  disadvantage to have to assert all my objections on the
24  spot here.  I mean, I would say just take the
25  deposition per the usual stipulations, and then if we
```

20

```
 1   that company?
 2        A.  To tell you the truth, I don't recall.  I may
 3   be.
 4        Q.  Okay.
 5        A.  If I am not, then it is owned by me and some
 6   family members.
 7              (Attorney Boutaugh now present at
 8              deposition)
 9   BY MR. ARMSTRONG:
10        Q.  Do you recall what percentage, if the latter
11   case is accurate, what percentage you own of the stock?
12              MS. HARTLEY:  Objection to the form of the
13   question.  It calls for speculation.
14              THE WITNESS:  Either zero or 27 percent.
15   And I am not certain which.
16   BY MR. ARMSTRONG:
17        Q.  Are you the president of that company?
18        A.  Yes, I am.
19        Q.  Okay.
20        A.  I am the president, and I am the sole director
21   of all of these entities, at least most of them.
22        Q.  Would that include the entities on Exhibit 1?
23        A.  Yes.  Except LLC's don't have, they're a
24   little bit different.  So, not quite true.
25        Q.  Yes, they are.  Take a look at Exhibit 1 for a
```

21

```
 1   second and see if we do have -- we don't have any
 2   LLC's; is that correct?  We do have limited partners in
 3   these.
 4       A.  I am the sole stockholder, sole director,
 5   general partner of the limited partnerships, if that
 6   helps you out.
 7       Q.  I think it does.  I just want to be clear.
 8   Let's go through one by one so we are sure.  With
 9   regard to Cadle Company of Connecticut, Inc., you are
10   saying you're the president and sole director?
11       A.  Yes.
12       Q.  Is that true of Cadle Properties of
13   Connecticut, Inc.?
14       A.  I am fairly certain that is true.
15       Q.  And is that also true of The Cadle Company?
16       A.  The Cadle Company, I am absolutely certain of
17   that, 100 percent stockholder, sole director, and
18   president.
19           MR. LUBY:  I want to see exactly.  Are you
20   referring to the item at the bottom, the Cadle Company?
21           MR. ARMSTRONG:  Yes.
22   BY MR. ARMSTRONG:
23       Q.  With regard to the limited partnerships, what
24   is your position in those again?
25       A.  Limited partnerships, the general partner is a
```

22

1  corporation.  And of the corporation, I am the
2  president of the corporation.  And I am reasonably
3  certain I am the sole stockholder or the sole director
4  of those corporations.
5      Q.  And with regard to the general partner, which
6  is Cadlerock, Inc., are you also the sole shareholder?
7      A.  I think I am not the sole shareholder of
8  Cadlerock Joint Venture, because Cadlerock Joint
9  Venture is owned by other entities.  And I am not
10 certain whether the same owner goes up to the
11 corporation or not.
12     Q.  Okay.  Let's start off then with regard to
13 Cadlerock Properties Joint Venture, L.P., what
14 positions do you hold there?  Again, are you the sole
15 owner?
16     A.  I am reasonably certain that the corporation,
17 Cadlerock, Inc. is the general partner there also.
18 And I am the president and sole director of that.  And
19 I am not certain whether I am the sole stockholder for
20 that.  I can find out that information and let you
21 know.
22     Q.  Thank you. And, again, with regard to the
23 first two companies, The Cadle Company of Connecticut,
24 Cadle Properties of Connecticut, is it your answer that
25 you are uncertain as whether you are the sole

```
 5          I further certify that the above named deponent
        was by me first duly sworn to testify to the truth, the
 6      whole truth and nothing but the truth concerning
        his/her knowledge in the matter of the case of
 7      CADLEROCK PROPERTIES JOINT VENTURE, L.P. VS. BENJAMIN
        SCHILBERG, ET AL., now pending in the Federal Court.
 8
            I further certify that the within testimony was
 9      taken by me stenographically and reduced to typewritten
        form under my direction by means of COMPUTER ASSISTED
10      TRANSCRIPTION; and I further certify that said
        deposition is a true record of the testimony given by
11      said witness.

12          I further certify that I am neither counsel for,
        related to, nor employed by any of the parties to the
13      action in which this deposition was taken; and further,
        that I am not a relative or employee of any attorney or
14      counsel employed by the parties hereto, nor financially
        or otherwise interested in the outcome of the action.
15
            WITNESS my hand, this 12th day of February,
16      2004.

17

18

19              [signature: Sheryl L. Yeske]

20      _____
            Sheryl L. Yeske
21          Notary Public

22      My commission expires
        July 31, 2008.
23

24

25
```