**3:01-cv-00896-MRK** CadleRock Prop Joint v. Schilberg, et al
Mark R. Kravitz, presiding
**Date filed:** 05/18/2001 **Date of last filing:** 06/23/2004

**Query**

    Alias
    Associated Cases
    Attorney
    Case File Location...
    Case Summary
    Deadlines/Hearings...
    Docket Report...
    Filers
    History/Documents...
    Party
    Related Transactions...
    Status