UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------------X
:
CADLEROCK PROPERTIES JOINT VENTURE, L.P.    :    CIVIL ACTION NO.
:    301CV896(MRK)
Plaintiff,    :
:
VS.    :
:
BENJAMIN SCHILBERG; SCHILBERG INTEGRATED   :
METALS CORP.; THOMAS NIGRO; ASHFORD        :
DEVELOPMENT CO.; DENNIS V. LOVLEY;         :
ANTHONY M. MILO; JAMES A. STEVENS; WILSON  :
MORIN; JEAN G. MARTIN; DAVID W. FLORIAN    :
THOMAS STANTON, JR.; CHRISTIAN R. BRAYFIELD :
CHARLES HILLS; AND SUBURBAN EXCAVATORS     :
INC.                                       :
:
Defendants.    :
---------------------------------------------------------------------X

AFFIDAVIT OF ATTORNEY THOMAS M. ARMSTRONG

STATE OF CONNECTICUT    )
                        )    ss.    HARTFORD    July 2, 2004
COUNTY OF HARTFORD      )

Thomas M. Armstrong, being duly sworn, deposes and states:

1. I am over the age of eighteen and believe in the obligations of an oath.

2. This affidavit is based on personal knowledge.

3. I am an attorney representing Defendant Anthony Milo in this action.

17086.001/363491.1

4. On July 2, 2004, I performed a computerized search of the records of the United States District Court for the District of Connecticut in order to find any record of a governmental action against Plaintiff Cadlerock Properties Joint Venture, L.P.

5. That computerized search showed no record of any governmental action in the District Court. *See* Search Record, Attached as Exhibit W.

6. The only record of any action involving Cadlerock Properties Joint Venture, L.P. was a record of the instant and above-captioned action.

_____
Thomas M. Armstrong

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned authority, on this the 2nd day of July, 2004, to certify which, witness my hand and seal of office.

_____
Notary Public
~~Commissioner of the Superior Court~~
My Comm. exp. 12-31-08

2