**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| CADLEROCK PROPERTIES JOINT VENTURE, L.P. | : <br> : <br> : |
| V. | : CASE NO.: 301 CV 896 (MRK) |
| BENJAMIN SCHILBERG; SCHILBERG INTEGRATED METALS, CORP.; THOMAS NIGRO; ASHFORD DEVELOPMENT CO.; DENNIS V. LOVELY; ANTHONY M. MILO; JAMES A. STEVENS; WILSON MORIN; JEAN G. MARTIN; DAVID W. FLORIAN; THOMAS STANTON, JR.; CHRISTIAN R. BRAYFIELD; CHARLES HILL; and SUBURBAN EXCAVATORS, INC. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : JULY 2, 2004 |

FILED
JUL 6  2 15 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

**MOTION FOR SUMMARY JUDGMENT**
**OF DEFENDANTS THOMAS STANTON, JR. AND CHRISTIAN R. BRAYFIELD**

Pursuant to F.R.C.P. Rule 56, defendants Thomas Stanton, Jr. and Christian R. Brayfield respectfully move for summary judgment on the grounds that:

1. Defendants Thomas Stanton, Jr. and Christian R. Brayfield are not owners nor operators under CERCLA. Their involvement does not meet the standard for "operator" liability under United States v. Bestfoods, 524 U.S. 51 (1998).

2. There is no basis upon which the court can "pierce the corporate veil," and hold defendants Stanton and Brayfield personally liable for the conduct or obligations of Ashford Development Corp.

3. The plaintiff's claims are barred by the entry of a deficiency judgment and the satisfaction of that judgment.

4. The plaintiff's claims are barred because this court lacks jurisdiction, and the plaintiff lacks standing, due to the absence of the statutorily required underlying government action pursuant to sections 106 and 107 (A) of CERCLA.

1

5. The defendants adopt all other applicable additional arguments asserted by the Ashford codefendants (Milo, Florian, Martin, and Lovely).

Each of the foregoing claims compels the entry of Judgment for the defendants on the complaint.

Respectfully Submitted,
THE DEFENDANTS
THOMAS STANTON, JR.
and CHRISTIAN R. BRAYFIELD

By_____
Thomas S. Luby
Luby Olson, P.C.
405 Broad Street
P.O. Box 2695
Meriden, CT 06450
Their Attorneys
Phone: 203-639-3560
Facsimile: 203-639-3569
Federal Bar No.: ct00187

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CADLEROCK PROPERTIES JOINT VENTURE, L.P. | : <br> : <br> : |
| V. | : CASE NO.: 301 CV 896 (MRK) <br> : |
| BENJAMIN SCHILBERG; SCHILBERG INTEGRATED METALS, CORP.; THOMAS NIGRO; ASHFORD DEVELOPMENT CO.; DENNIS V. LOVELY; ANTHONY M. MILO; JAMES A. STEVENS; WILSON MORIN; JEAN G. MARTIN; DAVID W. FLORIAN; THOMAS STANTON, JR.; CHRISTIAN R. BRAYFIELD; CHARLES HILL; and SUBURBAN EXCAVATORS, INC. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : JULY 2, 2004 |

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, by first class mail, postage prepaid, on this 2nd day of July, 2004 to the following:

Jill Hartley, Esq.
Michael G. Albano, Esq.
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT  06103

Thomas A. Armstrong, Esq.
Reid & Riege, P.C.
One Financial Plaza, 21st Floor
Hartford, CT 06103

Joseph F. DePaolo, Jr., Esq.
132 Main Street
P.O. Box 554
Southington, CT 06489

Joseph B. Sappington, Esq.
Levy & Droney, PC
74 Batterson Park Road
P.O. Box 887
Farmington, CT  06034-0887

Steven Berglass, Esq.
John W. Sullivan, Esq.
Seeley & Berglass
121 Whitney Avenue
New Haven, CT 06510

Jon David Biller, Esq.
Biller, Sachs, Raio & Bonadies
2750 Whitney Avenue
Hamden, CT 06518

Mr. Thomas Nigro
7 Howard Road
Ashford, CT 06278

_____
Thomas S. Luby

tsl\stanton.ii\motion for summary judgment 7-2-04

3