UNTIED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------x

CADLEROCK PROPERTIES JOINT VENTURE, L.P.  :   CIVIL ACTION NO.
                                                                                                              :   301CV896(MRK)

      Plaintiff

VS.

BENJAMIN SCHILBERG; SCHILBERG INTEGRATED
METALS CORP.; THOMAS NIGRO; ASHFORD
DEVELOPMENT CO.; DENNIS V. LOVELY;
ANTHONY M. MILO; JAMES A. STEVENS; WILSON
MORIN; JEAN G. MARTIN; DAVID W. FLORIAN;
THOMAS STANTON, JR.; CHRISTIAN R. BRAYFIELD;
CHARLES HILLS; AND SUBURBAN EXCAVATORS
INC.

      Defendants   :   July 19, 2004

------------------------------------------------------------------x

## DEFENDANT JEAN MARTIN'S MOTION FOR SUMMARY JUDGMENT

Pursuant to the Federal and Local Rules of Civil Procedure, defendant Jean Martin ("Defendant Martin") respectfully moves for summary judgment on the grounds that:

1. Defendant Martin is not an owner or operator as the term is defined and interpreted under the Comprehensive Environmental Response, Compensation and Liability Act of 1980, 42 U.S.C. 9601 et seq.

2. Plaintiff may not pierce the corporate veil against Defendant Martin.

3. Defendant Martin is paid consideration for a release that would constitute a bar to the plaintiff's instant action.

4. Defendant Martin also respectfully references and incorporates Defendants Florian, Milo, Brayfield and Stanton's arguments to the extent that they supplement the legal basis of Defendant Martin's Motion for Summary Judgment.

5. Defendant Martin respectfully references and incorporates Defendant Milo's well reasoned and persuasive argument set forth in Defendant Milo's Motion for Summary Judgment submitted on July 2, 2004, page 6.

The grounds for the motion for summary judgment are more fully described in Defendant Martin's attached Memorandum of Law.

Respectfully submitted,

THE DEFENDANT
JEAN MARTIN

By: _____
Jon D. Biller
Federal ID No. ct03546
Biller, Sachs, Raio & Zito
2750 Whitney Avenue
Hamden, CT 06518
Telephone No. (203) 281-1717

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **CADLEROCK PROPERTIES JOINT VENTURE, L.P.** | : | **CASE NO. 3:01CV896(SRU)** |
| | : | |
| vs. | : | |
| | : | |
| **BENJAMIN SCHILBERG, ET AL** | : | **July 19, 2004** |

## CERTIFICATION

      I hereby certify that a copy of the foregoing was mailed to the following counsel and pro se parties of record on the above date:

Jill Hartley, Esq.
Michael G. Albano, Esq.
Sabia & Hartley
190 Trumbull Street
Suite 202
Hartford, CT 06103-2205

Thomas A. Armstrong, Esq.
Dominic Fulco, III, Esq.
Reid & Reige, P.C.
One Financial Plaza
Hartford, CT 06103

Joseph F. DePaolo, Jr., Esq.
132 Main Street
P.O. Box 554
Southington, CT 06489

1

Joseph B. Sappington, Esq.
Levy & Droney
74 Batterson Park Road
P.O. Box 887
Farmington, CT 06034-0887

Steven Berglass, Esq.
Sloan W. Farrell, Esq.
Seeley & Berglass
121 Whitney Avenue
New Haven, CT 06510

Mr. Thomas Nigro
7 Howard Road
Ashford, CT 06278

Thomas S. Luby, Esq.
Luby Olson, PC
405 Broad Street
P.O. Box 2695
Meriden, CT 06450



Jon D. Biller

2