FILED

JUL 20  1 03 PM '04

U.S. DISTRICT COURT
                HARTFORD CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CADLEROCK PROPERTIES JOINT VENTURE, LP. | CASE NO. 3:01 CV 896 (MRK) |
| V. | |
| BENJAMIN SCHILBERG; SCHILBERG INTEGRATED METALS, CORP.; THOMAS NIGRO; ASHFORD DEVELOPMENT CO.; DENNIS V. LOVLEY; ANTHONY M. MILO; JAMES A. STEVENS; JEAN G. MARTIN; DAVID W. FLORIAN; THOMAS STANTON, JR.; CHRISTIAN R. BRAYFIELD; CHARLES HILL; and SUBURBAN EXCAVATORS, INC. | JULY 19, 2004 |

## DEFENDANT DENNIS V. LOVLEY'S
## MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56(b) of the Federal Rules of Civil Procedure and Rule 56(a) of the Local Rules of Civil Procedure for the United States District Court, District of Connecticut, Defendant, Dennis V. Lovley, respectfully moves for summary judgment on the grounds that:

1. Defendant, Dennis V. Lovley, is entitled to judgment as a matter of law on his Tenth Affirmative Defense because the Plaintiff's claims against him concern a release or threatened release of hazardous waste that occurred before he filed his bankruptcy petition and were therefore discharged in bankruptcy.

2. The Plaintiff's claims are barred because this Court lacks jurisdiction, and the Plaintiff lacks standing, due to the absence of the statutorily required underlying government action pursuant to sections 106 and 107(A) of CERCLA.

1

3. Defendant, Dennis V. Lovley, further joins in all other applicable additional arguments asserted by the Ashford Development Company co-defendants (Milo, Florian, Martin, Stanton and Brayfield) that support the entry of summary judgment in his favor.

The attached Affidavit of Dennis V. Lovley, Local Rule 56(a)(1) Statement, Exhibits and Memorandum of Law are filed in support of this Motion.

Respectfully Submitted,

DENNIS V. LOVELY, Defendant

By: _____
JOSEPH F. DEPAOLO, JR.
His Attorney
P.O. Box 554
Southington, CT 06489-0554
Tel. (860) 621-1225
Fax: (860) 621-6389
jfdesq@depaolo-law.necoxmail.com
Fed. Bar #CT06570

2

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion for Summary Judgment, Local Rule 56(a)(1) Statement, Affidavit of Dennis V. Lovley, Memorandum of Law in Support of Motion for Summary Judgment and Exhibits were mailed, first class postage prepaid, on July 19, 2004 to the following counsel and parties of record:

Jill Hartley, Esq.
Michael Albano, Esq.
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103-2205

Mr. Thomas Nigro
7 Howard Road
Ashford, CT 06278

Thomas Armstrong, Esq.
Reid and Riege, P.C.
One Financial Plaza, 21st Floor
Hartford, CT 06103

Thomas S. Luby, Esq.
Luby Olson, P.C.
405 Broad Street
P.O. Box 2695
Meriden, CT 06450

Jon D. Biller, Esq.
Biller, Sachs, Raio & Bonadies
2750 Whitney Avenue
Hamden, CT 06518

Steven Berglass, Esq.
Sloan W. Farrel, Esq.
Seeley & Berglass
121 Whitney Avenue
New Haven, CT 06510

Joseph Sappington, Esq.
Levy & Drony, P.C.
P.O. Box 887
Farmington, CT 06034-0887

_____
Joseph F. DePaolo, Jr.