FILED

Jul 20  1 ᴘ³ PM '04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CADLEROCK PROPERTIES JOINT VENTURE, LP. : | CASE NO. 3:01 CV 896 (MRK) |
| : | |
| V. : | |
| : | |
| BENJAMIN SCHILBERG; : | |
| SCHILBERG INTEGRATED METALS, : | |
| CORP.; THOMAS NIGRO; ASHFORD : | |
| DEVELOPMENT CO.; DENNIS V. : | |
| LOVLEY; ANTHONY M. MILO; JAMES : | |
| A. STEVENS; JEAN G. MARTIN; DAVID : | |
| W. FLORIAN; THOMAS STANTON, JR.; : | |
| CHRISTIAN R. BRAYFIELD; CHARLES : | |
| HILL; and SUBURBAN EXCAVATORS, INC. : | JULY 19, 2004 |

## DEFENDANT DENNIS V. LOVLEY'S
## LOCAL RULE 56(a)1 STATEMENT

Pursuant to Rule 56(a)(1) of the Local Rules of Civil Procedure, the Defendant Dennis V. Lovley contends that there is no genuine issue to be tried as to each of the following material facts:

1. On or about December 1, 1993 Defendant, Dennis V. Lovley, filed a bankruptcy petition under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Connecticut. *In Re Dennis Lovley, Case No. 93-24552 (RLK)   Exhibit 1*

2. On March 22, 1994 Hon. Robert L. Krechevsky issued an order discharging Mr. Lovley from all of his debts. *Exhibit 1*

3. Prior to filing his bankruptcy petition, Mr. Lovley purchased property known as 392 and 460 Squaw Hollow Road (Route 44) in the Towns of Ashford and Willington, Connecticut on August 23, 1988

1

from Ernest Reed. *Exhibit 2; Exhibit 3; Exhibit 4-Correcting Deed*

4. On the same day as the purchase, August 23, 1988, Mr. Lovley conveyed the property to Ashford Development Company. *Exhibit 5; Exhibit 6*

5. In connection with the sale to Ashford Development Company, Mr. Lovley entered into an escrow agreement dated August 23, 1988 to give Ernest Reed additional time to remove junk and debris from the property. *Affidavit of Dennis Lovley; Exhibit 7*

6. Ashford Development Company was formed to develop a hotel, conference center and golf course on the property. *Affidavit of Dennis Lovley*

7. At the time of the transfer of the property to Ashford Development Company, Dennis Lovley, was President of the corporation and one of its investors. *Affidavit of Dennis Lovley*

8. Dennis Lovley served as the President of Ashford Development Company until November 1, 1990 when he was removed by a vote of the other investors. *Affidavit of Dennis Lovley; Exhibit 8*

9. Ashford Development Company obtained financing for the project from State Savings Bank of Southington, Connecticut in the amount of $3,000,000.00. *Exhibit 9; Exhibit 10*

10. Connecticut National Bank acquired the Ashford Development Company note when it purchased State Savings Bank. When Mr. Lovley filed his bankruptcy petition, Connecticut National Bank was the holder of the note from Ashford Development Company. *Affidavit of Dennis Lovley*

11. Before new construction could begin, the Town of Ashford building department required Ashford Development Company to demolish the existing buildings on the property which included a residence with attached barn and outbuilding used as a restaurant. *Affidavit of Dennis Lovley*

12. Ashford Development Company hired Suburban Excavators, Inc. to demolish and remove the

2

buildings from the property. *Affidavit of Dennis Lovley*

13. The Town of Ashford issued a permit to Suburban Excavators, Inc. on October 17, 1988 to complete the demolition. *Exhibit 11*

14. Suburban Excavators, Inc. destroyed the buildings with a backhoe and placed the debris into piles. *Exhibit 12; Affidavit of Dennis Lovley*

15. On October 23, 1988 the Ashford Volunteer Fire Department set fire to the debris piles as a fire training exercise. The fire department returned to the site on November 12, 1988 to wet down the debris pile. *Exhibit 13; Affidavit of Dennis Lovley*

16. Suburban Excavators, Inc. completed the demolition of the buildings and cleaned up the site within a few weeks after the demolition debris was burned. *Exhibit 12; Affidavit of Dennis Lovley*

17. In 1991 Connecticut National Bank notified Ashford Development Company that it would no longer disburse any money from the State Savings Bank loan to fund the project. *Affidavit of Dennis Lovley*

18. On October 18, 1991 Connecticut National Bank accelerated the note and began foreclosure proceedings against Ashford Development Company and its shareholders. *Exhibit 14; Exhibit 15*

19. By October 18, 1991 all construction ceased on the property because Ashford Development Company no longer had any funds to continue with the project. *Affidavit of Dennis Lovley*

20. Shawmut Bank Connecticut, N.A., which acquired the Ashford Development Company note when it merged with Connecticut National Bank, sold the note and mortgage to The Cadle Company of Connecticut, Inc. *Exhibit 16*

21. The Plaintiff, Cadlerock Properties Joint Venture, L.P., acquired title to the property from Cadle Properties of Connecticut, Inc. (a holding company for The Cadle Company of Connecticut, Inc.) on November 16, 1996. *Exhibit 17; Exhibit 18*

                            Respectfully Submitted,

                            DENNIS V. LOVLEY, Defendant

By:_____
     JOSEPH F. DEPAOLO, JR.
     His Attorney
     P.O. Box 554
     Southington, CT 06489-0554
     Tel. (860) 621-1225
     Fax: (860) 621-6389
     jfdesq@depaolo-law.necoxmail.com
     Fed. Bar #CT06570