FILED
JUL 20  1 ՞՝3 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| CADLEROCK PROPERTIES JOINT VENTURE, LP, Plaintiff | : <br> : <br> : |
| vs. | : CIVIL ACTION NO. <br> : 3:01 CV 896 (MRK) |
| BENJAMIN SCHILBERG, et al., Defendants | : <br> : <br> : June 28, 2004 |

## AFFIDAVIT OF DEFENDANT, DENNIS LOVLEY

I, Dennis Lovley, being over the age of eighteen years and believing in the obligation of an oath hereby depose and say:

1. I am a Defendant in the above captioned case.

2. On August 24, 1988 Anthony Milo and I purchased the property known as 392 and 460 Squaw Hollow Road (Route 44) in the Towns of Ashford and Willington, Connecticut from Ernest Reed.

3. We conveyed the property to Ashford Development Company on August 24, 1988.

4. Ashford Development Company was formed to develop a hotel, conference center and golf course on the property. I was the President of Ashford Development Company and one of its investors at the time we conveyed the property to the corporation.

5. As part of the transaction I entered into an escrow agreement with Ashford Development Company to give Ernest Reed additional time to remove junk and debris from the property that belonged to Mr. Reed's tenant, Thomas Nigro.

1

6. The materials were removed to the satisfaction of Ashford Development Company and the escrow funds held pursuant to the agreement were released.

7. Ashford Development Company obtained financing for the project from State Savings Bank of Southington, Connecticut in the amount of $3,000,000.00. Connecticut National Bank became the holder of the note when it purchased State Savings Bank.

8. At the time the property was conveyed to Ashford Development Company there were several buildings on the property including a small residence with attached barn and an outbuilding used as a restaurant.

9. The Town of Ashford Building Department required Ashford Development Company to demolish the existing residence, barn and restaurant before the proposed new construction could begin on the property. The reason for this was that the existing buildings on the property were too close to Route 44 and obstructed the view of drivers attempting to enter or exit the property.

10. Ashford Development Company hired Suburban Excavators, Inc. to demolish the buildings on the property.

11. Prior to demolition Defendant, Thomas Nigro, removed all fixtures, beams and anything else of value from the buildings and took these things to his property across the street.

12. Ashford Development Company also agreed to allow the Ashford Volunteer Fire Department to burn the buildings on the property as a fire training exercise.

13. Suburban Excavators, Inc. knocked the buildings down and placed the debris into piles. The Ashford Volunteer Fire Department set fire to the debris piles and monitored the fire to make sure that it did not spread.

14. Suburban Excavators, Inc. completed the demolition of the buildings and cleaned up the site within a few weeks after the demolition debris was burned.

15. I was removed as President of Ashford Development Company by a vote of the other investors on November 1, 1990.

16. In 1991 Connecticut National Bank notified Ashford Development Company that they would no longer disburse any money from the State Savings Bank loan to fund the project.

17. On October 18, 1991 Connecticut National Bank accelerated the note and began foreclosure proceedings against Ashford Development Company and its shareholders.

18. All construction ceased on the project by October 18, 1991 because Ashford Development Company no longer had any funds to continue.

19. On December 1, 1993 I filed a Voluntary Chapter 7 Bankruptcy Petition in the U.S. Bankruptcy Court for the District of Connecticut. I did not participate in any of the meetings or other activities of Ashford Development Company nor did I make any decisions about the company or the 392 and 460 Squaw Hollow Road (Route 44) site after I filed my bankruptcy petition.

20. At the time I filed my bankruptcy petition I considered my entire investment in Ashford Development Company to be lost.

_____
DENNIS LOVLEY

Subscribed and sworn to before me this 28th day of June, 2004.

_____
Joseph F. DePaolo, Jr.
Commissioner of the Superior Court

4