UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------------------x
:
CADLEROCK PROPERTIES JOINT VENTURE, L.P.   : CIVIL ACTION NO.
: 301CV896(MRK)
       Plaintiff,                                                             :
:
VS.                                                                                     :
:
BENJAMIN SCHILBERG; SCHILBERG INTEGRATED     :
METALS CORP.; THOMAS NIGRO; ASHFORD                 :
DEVELOPMENT CO.; DENNIS V. LOVELY;                     :
ANTHONY M. MILO; JAMES A. STEVENS; WILSON    :
MORIN; JEAN G. MARTIN; DAVID W. FLORIAN;          :
THOMAS STANTON, JR.; CHRISTIAN R. BRAYFIELD :
CHARLES HILLS; AND SUBURBAN EXCAVATORS      :
INC.                                                                                   :
:
       Defendant.                                                            : JULY 20, 2004
------------------------------------------------------------------------------x

## DEFENDANT DAVID W. FLORIAN'S JOINDER IN THE MOTIONS FOR SUMMARY JUDGMENT FILED BY DEFENDANTS MILO, STANTON, BRAYFIELD, AND MARTIN

       The defendant David Florian, in the above captioned matter, respectfully joins in the summary judgment motions and their respective arguments filed by defendants Milo (July 14, 2004), Stanton and Brayfield (July 8, 2004) and Martin (July 19, 2004) to the extent that those arguments are not set forth in defendant Florian's Motion for Summary Judgment dated May 25, 2004.

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED

Respectfully submitted,

THE DEFENDANT
DAVID W. FLORIAN


By:_____
    Steven Berglass, Esq.
    Federal ID No.: ct06030
    Patrick M. Fryer, Esq.
    Federal ID No.: ct24267
    Seeley & Berglass
    121 Whitney Avenue
    New Haven, CT  06510
    Telephone No.:  (203) 562-5888

CERTIFICATION

This is to certify that a copy of the foregoing has been mailed by first class mail, postage prepaid, to the following counsel of record this _____ day of July 2004:

Jill Hartley, Esq.
Sabia & Hartley
190 Trumbull Street
Suite 2002
Hartford, CT  06103

Joseph B. Sappington, Esq.
Levy & Drony, P.C.
75 Batterson Park Road
Farmington, CT 06034

Joseph F. Depaolo, Jr., Esq.
132 Main Street
P O Box 554
Southington, CT 06489

Thomas M. Armstrong, Esq.
Lawrence H. Lissitzyn Esq.
Reid & Riege, P.C.
One Financial Plaza
Hartford, CT 06103

Thomas S. Luby, Esq.
Luby Olson, P.C.
405 Broad Street
P.O. Box 2695
Meriden, CT 06450

John D. Biller, Esq.
Biller, Sachs, Raio & Bonadies
2750 Whitney Avenue
Hamden, CT 06518

This is to certify that a copy of the foregoing has been mailed by certified mail, return receipt requested and first class mail, postage prepaid, to the following pro se party this _____ day of July 2004:

Thomas Nigro
7 Howard Road
Ashford, CT 06278

_____
Steven Berglass
Patrick M. Fryer