UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CADLEROCK PROPERTIES JOINT VENTURE, L.P. | : CASE NO.3:01CV896(MRK) |
| | : |
| V. | : |
| | : |
| BENJAMIN SCHILBERG, SCHILBERG INTEGRATED METALS, CORP., THOMAS NIGRO, ASHFORD DEVELOPMENT CO., DENNIS V. LOVLEY, ANTHONY M. MILO, JAMES A. STEVENS, WILSON MORIN, JEAN G. MARTIN, DAVID W. FLORIAN, THOMAS STANTON, JR., CHRISTIAN R. BRAYFIELD, CHARLES HILL, AND SUBURBAN EXCAVATORS, INC. | : : : : : : : : : JULY 20, 2004 |

## DEFENDANT ANTHONY M. MILO'S
## MOTION FOR STAY OF PROCEEDINGS

Pursuant to Rule 7 of the Federal Rules of Civil Procedure and in recognition of this Court's authority[1] to control its docket for the economy of the Court, litigants, and counsel, Defendant Anthony M. Milo moves this Court for an entry of an Order granting a Stay of the proceedings in the above-encaptioned action pending the decision in *Cooper Industries v. Aviall Services*, Docket No. 02-1192, which is scheduled to be argued before the United States Supreme Court in its October Term of 2004, such Stay to take effect immediately after the due date for Plaintiff's reply to the Summary Judgment/Dispositive Motions presently scheduled for August 4, 2004. Defendant Milo bases this motion upon the following reasons, as described in the attached Memorandum of Law in Support of Motion for Stay of Proceedings:

ORAL ARGUMENT REQUESTED

1) The resolution of *Cooper Industries v. Aviall Services* would dispose of this action if the United States Supreme Court decides the case in favor of the petitioner.

2) The Solicitor General has filed an amicus brief in support of the petitioner's position in *Cooper Industries v. Aviall Services*.

3) The issue to be resolved in *Cooper Industries v. Aviall Services* goes to the subject matter jurisdiction of the Court in that case, and the forthcoming decision would determine the question of subject matter jurisdiction in this action.

4) The issue and relevant facts to be decided in *Cooper Industries v. Aviall Services* are identical to the issue and relevant facts to be decided in this instant case.

5) Going forward with new discovery and trial in this action would result in considerable expense to all parties involved, and would also consume substantial resources of this Court; a Stay would avoid an unnecessary waste of resources by the parties and the Court.

6) The issuance of a Stay in this action until the Supreme Court's ruling would not cause prejudice or hardship to any party; furthermore, by crafting the Stay to require the Plaintiff to submit its responsive pleadings on the Summary Judgment and Dispositive Motions currently before the Court in the present action, and as further explained in the accompanying Memorandum of Law in Support of Motion for Stay of Proceedings, this Court would facilitate settlement and case management in the event the Supreme Court does not adopt the position of the Solicitor General in *Cooper Industries v. Aviall Services*.

---

[1] *Landis v. North American Co.*, 229 U.S. 248 (1936).

17086.001/364220.1

For these reasons as further described in the attached Memorandum of Law in Support of Motion for Stay of Proceedings, Defendant Anthony M. Milo respectfully moves for an entry of an Order issuing a Stay of the proceedings pending the resolution by the United States Supreme Court of *Cooper Industries v. Aviall Services*, Docket No. 02-1192, such Stay to take effect immediately after the due date for Plaintiff's reply to the Summary Judgment/Dispositive Motions presently scheduled for August 4, 2004. Defendant Milo further requests that the Amended Scheduling Order dated March 9, 2004 be tolled during this Stay. Defendant Milo also requests this Court to continue such Stay for thirty days after the Supreme Court's decision in *Cooper Industries v. Aviall Services*. During that thirty day period, the Court could hold a status conference with counsel and the pro se party to discuss the decision and decide how to proceed.

The following parties join Defendant Anthony M. Milo in the present Motion: Benjamin Schilberg, Schilberg Integrated Metals Corp., and Thomas Nigro.

Christian Brayfield and Thomas Stanton join in requesting a Stay but ask the Court to rule on parts 1, 2, and 3 of their pending summary judgment motions.

Cadlerock Properties Joint Venture L.P. does not oppose a stay but does not join in this Motion, because Plaintiff believes that all activity should be stayed.

In lieu of oral argument Defendant Milo would prefer a conference call to discuss this Motion, and hereby requests the same.

17086.001/364220.1

3

**DEFENDANT,**
**ANTHONY M. MILO**

By *[signature: Thomas M. Armstrong]*
Thomas M. Armstrong, Esq.
Federal Bar Number ct03545
Reid & Riege, P.C.
One Financial Plaza, 21st Floor
Hartford, CT 06103
(860) 278-1150 - Telephone
(860) 240-1002 - Fax
Email:  tarmstrong@reidandriege.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed U.S. Mail, postage prepaid on this 20th day of July 2004 to:

Michael Albano, Esq.
Jill Hartley, Esq.
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06130-2205

Joseph Sappington, Esq.
Levy & Droney PC
P.O. Box 887
Farmington, CT 06034-0887

Steven Berglass, Esq.
Sloan W. Farrell
Seeley & Berglass
121 Whitney Avenue
New Haven, CT 06510

Thomas S. Luby
Luby Olson, P.C.
405 Broad Street
P.O. Box 2695
Meriden, CT 06450

Mr. Thomas Nigro
7 Howard Road
Ashford, CT 06278

Joseph F. DePaolo, Jr., Esq.
132 Main Street
P.O. Box 554
Southington, CT 06489

Jon D. Biller, Esq.
Biller, Sachs, Raio & Bonadies
2750 Whitney Avenue
Hamden, CT 06518

_____
Thomas M. Armstrong

17086.001/364220.1