UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CADLEROCK PROPERTIES JOINT VENTURE, L.P. | : CASE NO.3:01CV896(MRK) |
| V. | |
| BENJAMIN SCHILBERG, SCHILBERG INTEGRATED METALS, CORP., THOMAS NIGRO, ASHFORD DEVELOPMENT CO., DENNIS V. LOVLEY, ANTHONY M. MILO, JAMES A. STEVENS, WILSON MORIN, JEAN G. MARTIN, DAVID W. FLORIAN, THOMAS STANTON, JR., CHRISTIAN R. BRAYFIELD, CHARLES HILL, AND SUBURBAN EXCAVATORS, INC. | : DECEMBER 16, 2004 |

### DEFENDANT ANTHONY M. MILO'S MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure Defendant Anthony M. Milo moves this Court for Judgment on the Pleadings of the above-encaptioned action. Based upon the pleadings, Defendant Milo is entitled to judgment as a matter of law, as described in the attached Memorandum of Law in Support of Defendant Anthony M. Milo's Motion for Judgment on the Pleadings. Judgment as a matter of law is required for the following reasons:

1. On July 20, 2004, Defendant Anthony M. Milo filed a motion requesting the stay of proceedings in the above-encaptioned action pending ruling by the Supreme Court of the United States on *Cooper Industries, Inc. v. Aviall Services, Inc.*, No. 02-1192. (Defendant Anthony M. Milo's Motion for Stay of Proceedings, July 20, 2004).

**ORAL ARGUMENT NOT REQUESTED**

2. On July 26, 2004, this Court granted, in part, a stay pending a ruling on *Cooper Industries, Inc. v. Aviall Services, Inc.*, No. 02-1192.

3. On December 13, 2004, the U.S. Supreme Court rendered its decision in <u>Aviall</u> (Exhibit 1).

4. Pending before the Court is Plaintiff's Amended Complaint asserting a claim under 42 U.S.C. § 9613(f), Section 113(f) of CERCLA. (Amended Complaint).

5. Plaintiff has asserted that the defendants in the present action have liability to it arising solely out of 42 U.S.C. §9613(f), Section 113(f) of CERCLA and has conceded all other claims raised in its original and amended Complaints. (Plaintiff's Memorandum of Law in Opposition to Motion to Dismiss dated March 20, 2002, pp. 2-3, n.6).

6. Pursuant to the Supreme Court's ruling in <u>Aviall</u>, a private party who has not been sued under Section 106 or Section 107(a) of CERCLA may not maintain an action for contribution under Section 113(f).

7. Plaintiff has never asserted the existence of a predicate Section 106 or Section 107(a) suit.

8. Plaintiff has not been sued under Section 106 or 107(a) of CERCLA.

9. Accordingly, Defendant Anthony M. Milo is entitled to judgment of dismissal on the pleadings.

For these reasons as further described in the attached Memorandum of Law, Defendant Anthony M. Milo moves the Court to dismiss the Plaintiff's action against him and all defendants based on the <u>Aviall</u> decision.

17086.001/376015.1

DEFENDANT,
ANTHONY M. MILO

By  /s/ Thomas M. Armstrong
Thomas M. Armstrong, Esq.
Federal Bar Number ct03545
Reid & Riege, P.C.
One Financial Plaza, 21st Floor
Hartford, CT 06103
(860) 278-1150 - Telephone
(860) 240-1002 - Fax
Email: tarmstrong@reidandriege.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed U.S. Mail, postage prepaid on this 16th day of December 2004 to:

Michael Albano, Esq.
Jill Hartley, Esq.
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06130-2205

Joseph Sappington, Esq.
Levy & Droney PC
P.O. Box 887
Farmington, CT 06034-0887

Steven Berglass, Esq.
Sloan W. Farrell
Seeley & Berglass
121 Whitney Avenue
New Haven, CT 06510

Thomas S. Luby
Luby Olson, P.C.
405 Broad Street
P.O. Box 2695
Meriden, CT 06450

Mr. Thomas Nigro
7 Howard Road
Ashford, CT 06278

Joseph F. DePaolo, Jr., Esq.
132 Main Street
P.O. Box 554
Southington, CT 06489

Jon D. Biller, Esq.
Biller, Sachs, Raio & Bonadies
2750 Whitney Avenue
Hamden, CT 06518

_____
Thomas M. Armstrong

17086.001/376015.1