FILED

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

2004 DEC 22 P 1: 55

U.S. DISTRICT COURT

CADLEROCK PROPERTIES
JOINT VENTURE, L.P.

V.

CASE NO.: 301 CV 896 (MRK)

BENJAMIN SCHILBERG;
SCHILBERG INTEGRATED METALS,
CORP.; THOMAS NIGRO; ASHFORD
DEVELOPMENT CO.; DENNIS V.
LOVELY; ANTHONY M. MILO; JAMES
A. STEVENS; WILSON MORIN; JEAN G.
MARTIN; DAVID W. FLORIAN;
THOMAS STANTON, JR.; CHRISTIAN R.
BRAYFIELD; CHARLES HILL; and
SUBURBAN EXCAVATORS, INC.

DECEMBER 21, 2004

## MOTION TO JOIN DEFENDANT MILO'S MOTION
## FOR JUDGMENT ON THE PLEADINGS

Defendants Thomas Stanton, Jr. and Christian R. Brayfield respectfully join in the

December 16, 2004 motion of defendant Milo requesting that this matter be dismissed in

light of the Supreme Court decision *Cooper Industries v. Aviall Services*, No. 02-1192.

The defendants Stanton and Brayfield raised the *Aviall* issue in their Motion for

Summary Judgment dated July 2, 2004. Furthermore, if the *Aviall* decision does not

dispose of this matter, the defendants request that the temporary stay on proceedings now

be lifted and the court consider the other issues raised in their Motion for Summary

Judgment dated July 2, 2004.

ORAL ARGUMENT REQUESTED

Respectfully Submitted,

THE DEFENDANTS
THOMAS STANTON, JR.
and CHRISTIAN R. BRAYFIELD

by _____
Thomas S. Luby
Luby Olson, P.C.
405 Broad Street
P.O. Box 2695
Meriden, CT  06450
Their Attorneys
Phone:  203-639-3560
Facsimile:  203-639-3569
Federal Bar No.:  ct00187

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLEROCK PROPERTIES<br>JOINT VENTURE, L.P. | : | |
| | : | |
| V. | : | CASE NO.: 301 CV 896 (MRK) |
| | : | |
| BENJAMIN SCHILBERG; | : | |
| SCHILBERG INTEGRATED METALS, | : | |
| CORP.; THOMAS NIGRO; ASHFORD | : | |
| DEVELOPMENT CO.; DENNIS V. | : | |
| LOVELY; ANTHONY M. MILO; JAMES | : | |
| A. STEVENS; WILSON MORIN; JEAN G. | : | |
| MARTIN; DAVID W. FLORIAN; | : | |
| THOMAS STANTON, JR.; CHRISTIAN R. | : | |
| BRAYFIELD; CHARLES HILL; and | : | |
| SUBURBAN EXCAVATORS, INC. | : | DECEMBER 21, 2004 |

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, by first class mail, postage prepaid, on this 21st day of December, 2004 to the following:

Michael G. Albano, Esq.
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103

Thomas A. Armstrong, Esq.
Reid & Riege, P.C.
One Financial Plaza, 21st Floor
Hartford, CT 06103

Joseph F. DePaolo, Jr., Esq.
132 Main Street
P.O. Box 554
Southington, CT 06489

Joseph B. Sappington, Esq.
Levy & Droney, PC
74 Batterson Park Road
P.O. Box 887
Farmington, CT 06034-0887

Steven Berglass, Esq.
John W. Sullivan, Esq.
Seeley & Berglass
121 Whitney Avenue
New Haven, CT 06510

Jon David Biller, Esq.
Biller, Sachs, Raio & Bonadies
2750 Whitney Avenue
Hamden, CT 06518

Mr. Thomas Nigro
7 Howard Road
Ashford, CT 06278

Thomas S. Luby