FILED

2004 DEC 27 P 1: 57

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
NEW HAVEN, CT

| | | |
|---|---|---|
| CADLEROCK PROPERTIES JOINT VENTURE, L.P. | : | CASE NO. 3:01CV896(MRK) |
| vs. | : | |
| BENJAMIN SCHILBERG, ET AL | : | December 22, 2004 |

### DEFENDANT, JEAN MARTIN'S, MOTION TO JOIN IN DEFENDANT, ANTHONY M. MILO'S MOTION FOR JUDGMENT ON THE PLEADINGS DATED DECEMBER 16, 2004

The Defendant, JEAN G. MARTIN, in the above captioned matter hereby joins in the Defendant, Anthony M. Milo's Motion for Judgment on the Pleadings dated December 16, 2004 for the reasons set forth in the Defendant, Milo's Memorandum of Law of July 20, 2004 and his Memorandum of Law dated December 16, 2004.

To the extent that the Court wishes a supplemental memorandum of law in support of the referenced matter or in the event the Court permits oral argument on these motions, the Defendant, Jean Martin respectfully requests permission to so file and attend.

1

The Defendant, Martin, joins in the request that the Court grant judgment on the pleadings.

                              THE DEFENDANT

                         BY_____
                              JON D. BILLER
                              BILLER, SACHS, RAIO & ZITO
                              2750 Whitney Avenue
                              Hamden, CT 06518
                              (203) 281-1717
                              Facsimile (203) 281-7887
                              Juris No. ct03546

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLEROCK PROPERTIES JOINT VENTURE, L.P. | : | CASE NO. 3:01CV896(MRK) |
| vs. | : : : | |
| BENJAMIN SCHILBERG, ET AL | : | December 22, 2004 |

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following counsel and pro se parties of record on the above date:

Jill Hartley, Esq.
Michael G. Albano, Esq.
Sabia & Hartley
190 Trumbull Street
Suite 202
Hartford, CT 06103-2205

Thomas A. Armstrong, Esq.
Dominic Fulco, III, Esq.
Reid & Reige, P.C.
One Financial Plaza
Hartford, CT 06103

Joseph F. DePaolo, Jr., Esq.
132 Main Street
P.O. Box 554
Southington, CT 06489

1

Joseph B. Sappington, Esq.
Levy & Droney
74 Batterson Park Road
P.O. Box 887
Farmington, CT 06034-0887

Steven Berglass, Esq.
Sloan W. Farrell, Esq.
Seeley & Berglass
121 Whitney Avenue
New Haven, CT 06510

Mr. Thomas Nigro
7 Howard Road
Ashford, CT 06278

Thomas S. Luby, Esq.
Luby Olson, PC
405 Broad Street
P.O. Box 2695
Meriden, CT 06450

_____
Jon D. Biller