FILED

2005 JAN -4 P 1:56

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CADLEROCK PROPERTIES JOINT VENTURE, LP. | : |
| V. | : |
| BENJAMIN SCHILBERG; SCHILBERG INTEGRATED METALS, CORP.; THOMAS NIGRO; ASHFORD DEVELOPMENT CO.; DENNIS V. LOVLEY; ANTHONY M. MILO; JAMES A. STEVENS; JEAN G. MARTIN; DAVID W. FLORIAN; THOMAS STANTON, JR.; CHRISTIAN R. BRAYFIELD; CHARLES HILL; and SUBURBAN EXCAVATORS, INC. | CASE NO. 301 CV 896 (MRK)<br><br>DECEMBER 23, 2004 |

### DEFENDANT DENNIS V. LOVLEY'S MOTION TO JOIN DEFENDANT MILO'S MOTION FOR JUDGMENT ON THE PLEADINGS

Defendant, Dennis V. Lovley, hereby moves to join in the December 16, 2004 Motion for Judgment on the Pleadings filed by Defendant, Anthony M. Milo, requesting that this matter be dismissed based on *Cooper Industries v. Aviall Services*, No. 02-1192, 543 U.S. ___ (2004).

Respectfully Submitted,

DENNIS V. LOVELY, Defendant

By: _____
JOSEPH F. DEPAOLO, JR.
His Attorney
P.O. Box 554
Southington, CT 06489-0554
Tel. (860) 621-1225
Fax: (860) 621-6389
jfdesq@depaolo-law.necoxmail.com
Fed. Bar #CT06570

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion was mailed, first class postage prepaid, on December 23, 2004 to the following counsel and parties of record:

Jill Hartley, Esq.
Michael Albano, Esq.
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103-2205

Mr. Thomas Nigro
7 Howard Road
Ashford, CT 06278

Thomas Armstrong, Esq.
Reid and Riege, P.C.
One Financial Plaza, 21st Floor
Hartford, CT 06103

Thomas S. Luby, Esq.
Luby Olson, P.C.
405 Broad Street
P.O. Box 2695
Meriden, CT 06450

Jon D. Biller, Esq.
Biller, Sachs, Raio & Bonadies
2750 Whitney Avenue
Hamden, CT 06518

Steven Berglass, Esq.
Sloan W. Farrel, Esq.
Seeley & Berglass
121 Whitney Avenue
New Haven, CT 06510

Joseph Sappington, Esq.
Levy & Drony, P.C.
P.O. Box 887
Farmington, CT 06034-0887

_____
Joseph F. DePaolo, Jr.