UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLEROCK PROPERTIES JOINT VENTURE, L.P. | : | NO. 3:01CV896(MRK) |
| | : | |
| vs. | : | |
| | : | |
| BENJAMIN SCHILBERG, ET AL | : | January 6, 2005 |

## APPEARANCE

TO:   CLERK, UNITED STATES DISTRICT COURT
      DISTRICT OF CONNECTICUT
      141 Church Street
      New Haven, CT 06510

Please enter the Appearance of:    Benjamin R. Boutaugh, Jr.
                                          Biller, Sachs, Raio & Zito
                                          2750 Whitney Avenue
                                          Hamden, CT 06518
                                          Fed. Bar No. CT 22394

for the Defendant, JEAN G. MARTIN, only, in addition to the appearance of Jon D. Biller on file.

                                                                  **THE DEFENDANT**

                                           **BY:**_____
                                             **Benjamin R. Boutaugh, Jr.**
                                             Biller, Sachs, Raio & Zito
                                             2750 Whitney Avenue
                                             Hamden, CT 06518
                                             (203) 281-1717
                                             Fed Bar No. CT 22394

**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| CADLEROCK PROPERTIES JOINT VENTURE, L.P. | : | NO. 3:01CV896(MRK) |
| | : | |
| vs. | : | |
| | : | |
| BENJAMIN SCHILBERG, ET AL | : | January 6, 2005 |

## CERTIFICATION

  I hereby certify that a copy of the foregoing was mailed to the following counsel and pro se parties of record on the above date:

Jill Hartley, Esq.
Michael G. Albano, Esq.
Sabia & Hartley
190 Trumbull Street
Suite 202
Hartford, CT 06103-2205

Thomas A. Armstrong, Esq.
Dominic Fulco, III, Esq.
Reid & Reige, P.C.
One Financial Plaza
Hartford, CT 06103

Joseph F. DePaolo, Jr., Esq.
132 Main Street
P.O. Box 554
Southington, CT 06489

Joseph B. Sappington, Esq.

2

Levy &  Droney
74 Batterson Park Road
P.O. Box 887
Farmington,  CT  06034-0887

Steven Berglass, Esq.
Sloan W. Farrell, Esq.
Seeley & Berglass
121 Whitney Avenue
New Haven, CT 06510

Mr. Thomas Nigro
7 Howard Road
Ashford, CT 06278

Thomas S. Luby, Esq.
Luby Olson, PC
405 Broad Street
P.O. Box 2695
Meriden,  CT  06450

 

_____
Benjamin R. Boutaugh, Jr.