MAR 02 2005

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 MAR -8 P 2: 22
U.S. DISTRICT COURT
NEW HAVEN, CT

CADLEROCK PROPERTIES
JOINT VENTURE, L.P.

V.

BENJAMIN SCHILBERG;
SCHIBERG INTERGRATED METALS,
CORP; THOMAS NIGRO; ASHFORD
DEVELOPMENT Co; DENNIS Y.
LOVELY; ANTHONY M. MILO; JAMES
A. STEVENS; JEAN G MARTIN; DAVID
W. FLORIAN; THOMAS STANTON JR;
CHRISTIAN R. BRAYFIELD; CHARLES
HILL; AND SUBURBAN EXCAVATORS, INC

CASE NO: 301 CV 896 (MRK)

FEBRUARY 27, 2005

## DEFENDANT THOMAS NIGRO's MOTION TO JOIN DEFENDANT MILO's MOTION FOR JUDGEMENT ON THE PLEADINGS

DEFENDANT, THOMAS NIGRO, HEREBY MOVES TO JOIN IN THE DECEMBER 16, 2004 MOTION FOR JUDGEMENT ON THE PLEADINGS FILED BY DEFENDANT, ANTHONY M. MILO, REQUESTING THAT THIS MATTER BE DISMISSED BASED ON COOPER INDUSTRIES V. AVIALL SERVICES, NO. 02-1192, 543 U.S. ___ 2004.

RESPECTFULLY SUBMITTED
THOMAS NIGRO

Thomas Nigro, PRO SE

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion was mailed, first class postage prepaid, on February 28, 2005 to the following counsel and parties of record:

Jill Hartley, Esq.
Michael Albano, Esq.
Sabia & Hartley, LLC
190 Trumbull St. Suite 202
Hartford, CT 06103-2205

Thomas Armstrong, Esq.
Reid & Riege, P.C.
One Financial Plaza, 21st Floor
Hartford, CT 06103

Thomas S. Luby, Esq.
Luby Olson, P.C.
405 Broad St
P.O. Box 2695
Meriden, CT 06450

Jon D. Biller, Esq.
Biller, Sachs, Raio, & Bonadies
2750 Whitney Ave
Hamden, CT 06518

Steven Berglass, Esq.
Sloan W. Farrel, Esq.
Seeley & Berglass
131 Whitney Ave
New Haven, CT 06510

Joseph Sappington, Esq.
Levy & Droney, P.C.
P.O. Box 887
Farmington, CT 06034-0887

THOMAS NIGRO
_Thomas Nigro_, Pro Se.