UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------------------------------x
:
CADLEROCK PROPERTIES JOINT VENTURE, L.P.   : CIVIL ACTION NO.
: 301CV896(MRK)
       Plaintiff,   :
:
VS.   :
:
BENJAMIN SCHILBERG; SCHILBERG INTEGRATED   :
METALS CORP.; THOMAS NIGRO; ASHFORD   :
DEVELOPMENT CO.; DENNIS V. LOVELY;   :
ANTHONY M. MILO; JAMES A. STEVENS; WILSON   :
MORIN; JEAN G. MARTIN; DAVID W. FLORIAN;   :
THOMAS STANTON, JR.; CHRISTIAN R. BRAYFIELD   :
CHARLES HILLS; AND SUBURBAN EXCAVATORS   :
INC.   :
:
       Defendant.   : MARCH 3, 2005
-------------------------------------------------------------------------------x

## DEFENDANT DAVID W. FLORIAN'S MOTION TO JOIN DEFENDANT MILO'S MOTION FOR JUDGMENT ON THE PLEADINGS

The defendant David Florian, in the above captioned matter, respectfully joins in the December 16, 2004 motion of defendant Milo requesting that plaintiff's Complaint be dismissed in light of the Supreme Court decision <u>Cooper Industries v. Aviall Services</u>, No. 02-1192 without prejudice as to defendant Florian's Counterclaims dated June 2, 2003. If the <u>Availl</u> decision does not dispose of this matter, the defendant respectfully request the temporary stay of proceedings now be lifted so the Court can consider the other issues raised in defendant's Motion for Summary Judgment dated May 25, 2004, as well as defendant Florian's Counterclaims against plaintiff.

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED

Respectfully submitted,

THE DEFENDANT
DAVID W. FLORIAN

By:_____
   Steven Berglass, Esq.
   Federal ID No.: ct06030
   Patrick M. Fryer, Esq.
   Federal ID No.: ct24267
   Seeley & Berglass
   121 Whitney Avenue
   New Haven, CT  06510
   Telephone No.:  (203) 562-5888

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed by first class mail, postage prepaid, to the following counsel of record this _____ day of March 2005:

Jill Hartley, Esq.
Sabia & Hartley
190 Trumbull Street
Suite 2002
Hartford, CT  06103

Joseph F. Depaolo, Jr., Esq.
132 Main Street
P O Box 554
Southington, CT 06489

Thomas S. Luby, Esq.
Luby Olson, P.C.
405 Broad Street
P.O. Box 2695
Meriden, CT 06450

Joseph B. Sappington, Esq.
Levy & Drony, P.C.
75 Batterson Park Road
Farmington, CT 06034

Thomas M. Armstrong, Esq.
Lawrence H. Lissitzyn Esq.
Reid & Riege, P.C.
One Financial Plaza
Hartford, CT 06103

John D. Biller, Esq.
Biller, Sachs, Raio & Bonadies
2750 Whitney Avenue
Hamden, CT 06518

This is to certify that a copy of the foregoing has been mailed by certified mail, return receipt requested and first class mail, postage prepaid, to the following pro se party this _____ day of March 2005:

Thomas Nigro
7 Howard Road
Ashford, CT 06278

_____
Steven Berglass
Patrick M. Fryer