


# STATE OF CONNECTICUT
## DEPARTMENT OF ENVIRONMENTAL PROTECTION
79 ELM STREET   HARTFORD, CONNECTICUT 06106

Arthur J. Rocque, Jr.
Commissioner

PHONE: (860) 424-3001    November 17, 1997

Daniel C. Cadle
President
Cadle Properties of Connecticut, Inc.
100 North Center Street
Newton Falls, Ohio 44444

**RECEIVED**

NOV 25 1997

THE CADLE COMPANY

CT01A003
Ashford

Re:   Order No. SRD-080
      Towns of Ashford/Willington, CT
      392-460 Squaw Hollow Road

Dear Mr. Cadle:

On February 26, 1997 Order No. SRD-080 was issued to Cadle Properties of Connecticut, Inc. pursuant to Section 22a-432 of the Connecticut General Statutes.

At this time, as Order SRD-080 has been replaced by Order SRD-088 to CadleRock Properties Joint Venture, L.P., the current owner of the site, I hereby revoke Order No. SRD-080.

Nothing in this revocation shall affect the Commissioner's authority to institute any proceeding to prevent or abate pollution, to recover costs for natural resource damages or to impose penalties for violations of the law.

Sincerely,

Arthur J. Rocque, Jr.
Commissioner

AJR:to

cc: Jill Hartley, Sabia & Hartley, L.L.C.
    Patricia Horgan, AAG
    Thomas O'Connor, DEP

certified mail, return receipt requested

Printed on recycled paper

53469