UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------------------------------x
:
CADLEROCK PROPERTIES JOINT VENTURE, L.P.   : CIVIL ACTION NO.
: 301CV896(MRK)
      Plaintiff,   :
:
VS.   :
:
BENJAMIN SCHILBERG; SCHILBERG INTEGRATED   :
METALS CORP.; THOMAS NIGRO; ASHFORD   :
DEVELOPMENT CO.; DENNIS V. LOVELY;   :
ANTHONY M. MILO; JAMES A. STEVENS; WILSON   :
MORIN; JEAN G. MARTIN; DAVID W. FLORIAN;   :
THOMAS STANTON, JR.; CHRISTIAN R. BRAYFIELD   :
CHARLES HILLS; AND SUBURBAN EXCAVATORS   :
INC.   :
:
      Defendant.   : MARCH 17, 2005
-------------------------------------------------------------------------------x

### DEFENDANT DAVID W. FLORIAN'S MOTION TO JOIN DEFENDANT MILO'S SUPPLEMENTAL BRIEF IN SUPPORT OF HIS MOTION FOR JUDGMENT ON THE PLEADINGS

The defendant David Florian, in the above captioned matter, respectfully joins in the March 11, 2005, supplemental brief filed by defendant Milo addressing the issues which were not decided by the U.S. Supreme Court in Cooper Industries v. Aviall Services, No. 02-1192. Accordingly, the defendant David Florian, respectfully requests that this Court grant Defendant's pending Motion for Judgment on the Pleadings dated December 16, 2004.

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED

        Respectfully submitted,

        THE DEFENDANT
        DAVID W. FLORIAN


By:_____
    Steven Berglass, Esq.
    Federal ID No.: ct06030
    Patrick M. Fryer, Esq.
    Federal ID No.: ct24267
    Seeley & Berglass
    121 Whitney Avenue
    New Haven, CT  06510
    Telephone No.:  (203) 562-5888

CERTIFICATION

This is to certify that a copy of the foregoing has been mailed by first class mail, postage prepaid, to the following counsel of record this _____ day of March 2005:

Jill Hartley, Esq.
Sabia & Hartley
190 Trumbull Street
Suite 2002
Hartford, CT  06103

Joseph F. Depaolo, Jr., Esq.
132 Main Street
P O Box 554
Southington, CT 06489

Thomas S. Luby, Esq.
Luby Olson, P.C.
405 Broad Street
P.O. Box 2695
Meriden, CT 06450

Joseph B. Sappington, Esq.
Levy & Drony, P.C.
75 Batterson Park Road
Farmington, CT 06034

Thomas M. Armstrong, Esq.
Lawrence H. Lissitzyn Esq.
Reid & Riege, P.C.
One Financial Plaza
Hartford, CT 06103

John D. Biller, Esq.
Biller, Sachs, Raio & Bonadies
2750 Whitney Avenue
Hamden, CT 06518

This is to certify that a copy of the foregoing has been mailed by certified mail, return receipt requested and first class mail, postage prepaid, to the following pro se party this _____ day of March 2005:

Thomas Nigro
7 Howard Road
Ashford, CT 06278

_____
Steven Berglass
Patrick M. Fryer