UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLEROCK PROPERTIES JOINT VENTURE, L.P. | : : : | CIVIL ACTION NO. 3:01CV0896 (MRK) |
| V. | : : | |
| BENJAMIN SCHILBERG, ET AL | : | March 25, 2005 |

## APPEARANCE

To:   Clerk
United States District Court
141 Church Street
New Haven, CT 06510

Please enter the appearance of Nicholas J. Harding as attorney for the defendant Anthony M. Milo in the above-referenced action.

Dated at Hartford, Connecticut, this 25th day of March, 2005.

*[signature]*
Nicholas J. Harding
Fed. ID # ct06387
Reid and Riege, P.C.
One Financial Plaza
Hartford, CT 06103
Tel. (860) 278-1150
Fax: (860) 240-1002
Email: nharding@reidandriege.com

17086.001/382989.1

## CERTIFICATION

I hereby certify that on the 25th day of March, 2005, a copy of the foregoing was sent via first class mail, postage prepaid, to the following counsel of record:

Michael Albano, Esq.
Jill Hartley, Esq.
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06130-2205

Jeffrey Mirman, Esq.
Levy & Droney PC
P.O. Box 887
Farmington, CT 06034-0887

Steven Berglass, Esq.
Sloan W. Farrell
Seeley & Berglass
121 Whitney Avenue
New Haven, CT 06510

Thomas S. Luby
Luby Olson, P.C.
405 Broad Street
P.O. Box 2695
Meriden, CT 06450

Mr. Thomas Nigro
7 Howard Road
Ashford, CT 06278

Joseph F. DePaolo, Jr., Esq.
132 Main Street
P.O. Box 554
Southington, CT 06489

Jon D. Biller, Esq.
Biller, Sachs, Raio & Bonadies
2750 Whitney Avenue
Hamden, CT 06518

_____
Nicholas J. Harding