**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **CADLEROCK PROPERTIES JOINT** | | |
|     **VENTURE, L.P.** | : | **CASE NO. 3:01CV896(MRK)** |
| | : | |
| vs. | : | |
| | : | |
| **BENJAMIN SCHILBERG, ET AL** | : | March 30, 2005 |

**DEFENDANT, JEAN MARTIN'S, MOTION TO JOIN IN DEFENDANT,**
**ANTHONY M. MILO'S SUPPLEMENTAL BRIEF IN SUPPORT OF**
**MOTION FOR JUDGMENT ON THE PLEADINGS DATED DECEMBER 16, 2004**

    The Defendant, JEAN G. MARTIN, having previously moved to join in the Defendant, Anthony M. Milo's Motion for Judgment on the Pleadings dated December 16, 2004, hereby respectfully joins in the March 11, 2005 supplemental brief filed by Mr. Milo addressing the issues not decided by the United States Supreme Court in <u>Cooper Industries v. Aviall Services</u>, No. 02-1192.


    ORAL ARGUMENT REQUESTED

    TESTIMONY NOT REQUIRED

1

To the extent that the Court permits oral argument on these motions, the Defendant, Jean Martin respectfully requests permission to attend.

        THE DEFENDANT

BY_____
        JON D. BILLER
        BILLER, SACHS, RAIO & ZITO
        2750 Whitney Avenue
        Hamden, CT 06518
        (203) 281-1717
        Facsimile (203) 281-7887
        Juris No. ct03546