UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------------------x
:
CADLEROCK PROPERTIES JOINT VENTURE, L.P.  : CIVIL ACTION NO.
: 301CV896(MRK)
      Plaintiff,  :
:
VS.  :
:
BENJAMIN SCHILBERG; SCHILBERG INTEGRATED  :
METALS CORP.; THOMAS NIGRO; ASHFORD  :
DEVELOPMENT CO.; DENNIS V. LOVELY;  :
ANTHONY M. MILO; JAMES A. STEVENS; WILSON  :
MORIN; JEAN G. MARTIN; DAVID W. FLORIAN;  :
THOMAS STANTON, JR.; CHRISTIAN R. BRAYFIELD  :
CHARLES HILLS; AND SUBURBAN EXCAVATORS  :
INC.  :
:
      Defendant.  : APRIL 11, 2005
------------------------------------------------------------------------------x

## DEFENDANT DAVID W. FLORIAN'S MOTION TO JOIN DEFENDANT MILO'S REPLY MEMORANDUM OF LAW REGARDING THE AVAILL DECISION AND REPLY TO PLAINTIFF'S OPPOSITION TO MILO'S MOTION FOR JUDGMENT ON THE PLEADINGS

      The defendant David Florian, in the above captioned matter, respectfully joins in defendant Anthony Milo's April 8, 2005, Reply Memorandum of Law regarding the Availl Decision and Reply to Plaintiff's Opposition to Milo's Motion for Judgment on the Pleadings. Defendant Florian respectfully requests that the Court enter judgment in favor of the defendant.

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED

       Respectfully submitted,

       THE DEFENDANT
       DAVID W. FLORIAN


By:_____
    Steven Berglass, Esq.
    Federal ID No.: ct06030
    Patrick M. Fryer, Esq.
    Federal ID No.: ct24267
    Seeley & Berglass
    121 Whitney Avenue
    New Haven, CT  06510
    Telephone No.:  (203) 562-5888

CERTIFICATION

This is to certify that a copy of the foregoing has been mailed by first class mail, postage prepaid, to the following counsel of record this _____ day of April 2005:

Jill Hartley, Esq.
Sabia & Hartley
190 Trumbull Street
Suite 2002
Hartford, CT  06103

Joseph F. Depaolo, Jr., Esq.
132 Main Street
P O Box 554
Southington, CT 06489

Thomas S. Luby, Esq.
Luby Olson, P.C.
405 Broad Street
P.O. Box 2695
Meriden, CT 06450

Joseph B. Sappington, Esq.
Levy & Drony, P.C.
75 Batterson Park Road
Farmington, CT 06034

Thomas M. Armstrong, Esq.
Lawrence H. Lissitzyn Esq.
Reid & Riege, P.C.
One Financial Plaza
Hartford, CT 06103

John D. Biller, Esq.
Biller, Sachs, Raio & Bonadies
2750 Whitney Avenue
Hamden, CT 06518

This is to certify that a copy of the foregoing has been mailed by certified mail, return receipt requested and first class mail, postage prepaid, to the following pro se party this _____ day of April 2005:

Thomas Nigro
7 Howard Road
Ashford, CT 06278

_____
Steven Berglass
Patrick M. Fryer