UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLE ROCK PROPERTIES | ) | |
| JOINT VENTURE, LP | ) | |
| Plaintiff | ) | CIVIL ACTION NO: |
| | ) | 3:01CV9896 (MRK) |
| V. | ) | |
| | ) | |
| BENJAMIN SCHILBERG, ET AL | ) | |
| Defendants | ) | APRIL 12, 2005 |

**DEFENDANT BENJAMIN SCHILBERG'S REPLY REGARDING THE *AVIALL* DECISION AND REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT ANTHONY M. MILO'S MOTION FOR JUDGMENT ON THE PLEADINGS**

  Defendant Benjamin Schilberg, by and through undersigned counsel, joins in the Defendant Anthony M. Milo's Reply Memorandum of Law dated April 8, 2005.

         Respectfully submitted,

         THE DEFENDANT
         BENJAMIN SCHILBERG


         By_____
          Jeffrey J. Mirman, Esq. (ct05433)
          LEVY & DRONEY, P.C.
          74 Batterson Park Road
          Farmington, CT 06032
          (860) 676-3120
          (860) 676-3200 (fax)
          His Attorneys

## CERTIFICATION OF SERVICE

I hereby certify that on this 12th day of April, 2005, a copy of the foregoing was mailed, postage prepaid, to the following:

Benjamin R. Boutaugh, Jr., Esq.
Biller, Sachs, Raio & Zito
2750 Whitney Avenue
Hamden, CT   06518

Jill Hartley, Esq.
Michael G. Albano, Esq.
Sabia & Hartley
190 Trumbull Street, Suite 202
Hartford, CT  06103-2205

Thomas A. Armstrong, Esq.
Dominic Fulco III, Esq.
Reid & Reige, P.C.
One Financial Plaza
Hartford, CT  06103

Joseph F. DePaolo, Jr., Esq.
132 Main Street
P.O. Box 554
Southington, CT  06489

Steven Berglass, Esq.
Sloan W. Farrell, Esq.
Seeley & Berglass
121 Whitney Avenue
New Haven, CT   06510

Mr. Thomas Nigro
7 Howard Road
Ashford, CT  06278

Thomas S. Luby, Esq.
Luby Olson, P.C.
405 Broad Street
P.O. Box 2695
Meriden, CT  06450

_____
Jeffrey J. Mirman