UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

APR 19 2005

| | |
|---|---|
| CADLE ROCK PROPERTIES JOINT VENTURE, LP<br>Plaintiff<br><br>V<br><br>BENJAMIN SCHILBERG, ET AL<br>Defendants | CIVIL ACTION NO: 32<br>3:01 CV 896 (MRK)<br><br>FILED<br>2005 APR 22<br><br>APRIL 18, 2005 |

DEFENDANT THOMAS NIGRO's REPLY REGARDING THE AVIALL DECISION AND REPLY TO PLAINTIFF's OPPOSITION TO DEFENDANT ANTHONY M. MILO's MOTION FOR JUDGEMENT ON THE PLEADING

DEFENDANT THOMAS NIGRO, JOINS IN THE DEFENDANT ANTHONY M. MILO's REPLY MEMORANDUM OF LAW DATED APRIL 8, 2005

RESPECTFULLY SUBMITTED
DEFENDANT
THOMAS NIGRO, Pro Se
Thomas Nigro
7 Howard Rd
Ashford, CT 06278

# CERTIFICATION OF SERVICE

I, hereby certify that on this 18th day of April 2005, a copy of the foregoing was mailed, prepaid, to the following

Benjamin R. Boutaugh, Jr. Esq.
Biller, Sachs, Raio & Zito
2750 Whitney Ave
Hamden, Ct 06518

Thomas S. Lubp, Esq.
Lubp Olson, P.C.
405 Broad St
P.O. Box 2695
Meriden, Ct 06450

Jill Hartley, Esq.
Sabin & Hartley
Michael G. Albano, Esq
190 Trumbull St Suite 202
Hartford, Ct 06103-2205

Levy & Droney, P.C.
Jeffery J Mirman, Esq
74 Batterson Park Rd
Farmington, Ct 06032

Thomas A. Armstrong, Esq
Reid & Reige, P.C.
One Financial Plaza
Hartford, Ct 06103

Joseph F. DePaolo, Esq.
132 Main St
P.O. Box 554
Southington, Ct 06489

Steven Berglass, Esq.
Sloan W. Farrell, Esq.
Seely Berglass
121 Whitney Ave
New Haven, Ct 06510