**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| CADLEROCK PROPERTIES JOINT VENTURE, L.P. | : | CASE NO. 3:01CV896(MRK) |
| | : | |
| vs. | : | |
| | : | |
| BENJAMIN SCHILBERG, ET AL | : | April 22, 2005 |

**DEFENDANT, JEAN MARTIN'S, MOTION TO JOIN IN DEFENDANT, ANTHONY M. MILO'S REPLY MEMORANDUM OF LAW AND REPLY TO PLAINTIFFS OPPOSITION TO MOTION FOR JUDGMENT ON THE PLEADINGS**

The Defendant, JEAN G. MARTIN, hereby respectfully joins in the Defendant, Anthony Milo's April 8, 200 Reply Memorandum of Law regarding the Availl Decision and Reply to Plaintiff's Opposition to Milo's Motion for Judgment on the Pleadings. The Defendant, Jean Martin respectfully requests that the Court enter judgment in favor of the Defendant.

THE DEFENDANT

BY_____
JON D. BILLER
BILLER, SACHS, RAIO & ZITO
2750 Whitney Avenue
Hamden, CT 06518
(203) 281-1717
Facsimile (203) 281-7887
Juris No. ct03546

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED

1