UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLEROCK PROPERTIES JOINT VENTURE, L.P. | : | CASE NO. 3:01CV896(MRK) |
| | : | |
| vs. | : | |
| | : | |
| BENJAMIN SCHILBERG, ET AL | : | April 22, 2005 |

## CERTIFICATION

     I hereby certify that a copy of the foregoing was mailed to the following counsel and pro se parties of record on the above date:

Jill Hartley, Esq.
Michael G. Albano, Esq.
Sabia & Hartley
190 Trumbull Street
Suite 202
Hartford, CT 06103-2205

Thomas A. Armstrong, Esq.
Dominic Fulco, III, Esq.
Reid & Reige, P.C.
One Financial Plaza
Hartford, CT 06103

Joseph F. DePaolo, Jr., Esq.
132 Main Street
P.O. Box 554
Southington, CT 06489

1

Joseph B. Sappington, Esq.
Levy & Droney
74 Batterson Park Road
P.O. Box 887
Farmington, CT 06034-0887

Steven Berglass, Esq.
Sloan W. Farrell, Esq.
Seeley & Berglass
121 Whitney Avenue
New Haven, CT 06510

Mr. Thomas Nigro
7 Howard Road
Ashford, CT 06278

Thomas S. Luby, Esq.
Luby Olson, PC
405 Broad Street
P.O. Box 2695
Meriden, CT 06450

                                                                    _____
                                                                    Jon D. Biller