UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CADLEROCK PROPERTIES JOINT VENTURE, L.P., | : | |
| | : | |
| Plaintiff, | : | NO.   3:01cv896 (MRK) |
| | : | |
| v. | : | |
| | : | |
| BENJAMIN SCHILBERG, THOMAS NIGRO, ASHFORD DEV CO, DENNIS V. LOVELY, ANTHONY M. MILO, JAMES A. STEVENS, JEAN G. MARTIN, DAVID W. FLORIAN, THOMAS STANTON, JR., CHRISTIAN R. BRAYFIELD, CHARLES HILL, SUBURBAN EXCAVATORS, INC. DEPT OF ENVIRONMENTAL PROTECTION, CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL LLC, | : | |
| | : | |
| Defendants. | : | |

## JUDGMENT

This action came on for consideration on defendants' Motion for Judgment on the Pleadings and Motion for Judgment on the Pleadings or in the Alternative to Dismiss for Lack of Subject Matter Jurisdiction, before the Honorable Mark R. Kravitz, United States District Judge. The court has reviewed all the papers in conjunction with then motions and on July 19, 2005, a Memorandum of Decision entered granting the relief and dismissing all of Cadlerock Properties Joint Venture's claims.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at New Haven, Connecticut, this 21st day of July 2005.

EOD: _____

       KEVIN F. ROWE, CLERK

    By  _____
     Kenneth R. Ghilardi
     Deputy Clerk